UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| Veolia Propreté, formerly known as CGEA Onyx, S.A. and SARP Industries Mexico S.A. de C.V., | : | 07 CV 5598 (AKH) ECF CASE |
| Plaintiffs, | : | Rule 7.1 Statement |
| -against- | : | |
| Valores Ecológicos S.A. de C.V. and Hector Vargas Garza, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Veolia Propreté and SARP Industries Mexico S.A. de C.V., (private non-governmental parties) certifies that:

Veolia Propreté is a wholly owned subsidiary of Veolia Environnement, a corporation that is publicly traded on the NYSE and Euronext Paris, with its headquarters at 36-38, avenue Kléber 75116 Paris, France.

Veolia Propreté owns 90% of SARP Industries Mexico S.A. de C.V.

There are no other publicly held companies that own 10% of the stock of Veolia Propreté or SARP Industries Mexico S.A. de C.V.

JONES DAY

Dated: New York, New York
June 7, 2007

By:   s/ Lynn M. Marvin
Lynn M. Marvin (LM-2281)
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939