UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Veolia Propreté, formerly known as CGEA
Onyx, S.A. and SARP Industries Mexico S.A.   :   07 CV 5598 (AKH) (GWG)
de C.V.,                                         ECF CASE
                 Plaintiffs,    :
                                                                                     DECLARATION OF
                                                                                      LYNN MARVIN, ESQ.
              -against-                       :   TO EXHIBIT B2 OF
                                                                                       THE PETITION TO
Valores Ecológicos S.A. de C.V. and Hector   :   CONFIRM AN
Vargas Garza,                                    ARBITRAL AWARD
                                                                                      :
                                      Defendants.
                                                                                       :
-----------------------------------------------------------------x

I declare under penalty of perjury under the laws of the United States of America that the attached Exhibit B2 to the Petition to Confirm an Arbitral Award is a true and correct copy of the Agreement for the Purchase of Stock of Residuos Industriales Multiquím, S.A. de C.V., pages numbered CGEA0041079 through CGEA0041424.

Dated:  New York, New York
        June 7, 2007

                                                /s/ Lynn M. Marvin
                                       Lynn M. Marvin, Esq. (LM-2281)
                                       Jones Day
                                       222 East 41st Street
                                       New York, New York 10017-6702
                                       (212) 326-3939