II.- PRESENTACION DE LA PROPUESTA PARA ADQUIRIR ACCIONES EMITIDAS POR LA SOCIEDAD RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.-

III.-NOMBRAMIENTO DE DELEGADO O DELEGADOS ESPECIALES PARA FORMALIZAR LOS ACUERDOS ADOPTADOS, EN SU CASO.

Leida que fue la Orden del Dia, por unanimidad de votos se aprobó, pasándose a su desahogo.

I.- Con respecto al desahogo del PRIMER PUNTO contenido en la Orden del Dia, el Presidente informó sobre la conveniencia de aumentar el capital social de la Sociedad en su parte variable en la suma de $327,000,000.00 (Trescientos veintisiete millones de pesos 00/100 Moneda Nacional).-

El Presidente de la Asamblea manifestó que dicha cantidad debera ser aportada en efectivo por los actuales accionistas por razones de carácter financiero.

Al efecto el Lic. Guillermo Vargas Aguirre en representación de la Accionista MINERA LA FE DEL NORTE, S.A. DE C.V. manifestó a la Asamblea la renuncia irrevocable de su representada al derecho preferencial de suscribir en su parte proporcional el aumento al Capital Social en su parte variable propuesto en la presente Asamblea.

Asi mismo el Lic. Hector Vargas Aguirre manifestó el deseo de su representada VALORES ECOLOGICOS, S.A. DE C.V. de suscribir en su totalidad el aumento de capital social en la parte variable propuesto en la presente Asamblea.

Después de una amplia discusión del tema al respecto, la Asamblea por unanimidad de votos tomó los siguientes ACUERDOS:

PRIMERO:    Se resuelve aumentar el capital social de la Sociedad en su parte variable en la cantidad de $327,000,000.00 (Trescientos Veintisiete Millones de Pesos 00/100 Moneda Nacional) mediante la emisión de 3,270,000 (tres millones doscientas setenta mil) acciones con valor nominal de $100.00 (cien pesos 00/100) cada una, correspondiendo a la Serie "B" Parte Variable, ordinarias, nominativas totalmente suscritas e íntegramente pagadas y por tanto liberadas.-

SEGUNDO:    Estas 3,270,000 (tres millones doscientas setenta mil) acciones ordinarias, nominativas y liberadas han quedado totalmente suscritas y pagadas en este acto con la cantidad $327,000,000.00 (Trescientos Veintisiete Millones de Pesos 00/100 Moneda Nacional) que la accionista VALORES ECOLOGICOS, S.A. DE C.V. entrega en efectivo a la Sociedad.-

TERCERO:    Se acepta la renuncia irrevocable de la accionista MINERA LA FE DEL NORTE, S.A. DE C.V. al derecho preferencial de suscribir el aumento al Capital Social en su parte Variable acordado en la presente Asamblea.

CGEA0041245

**CUARTO:**  Procédase al canje total de los títulos actualmente en circulación por los Títulos Definitivos emisión Octubre 25, 2000, que amparen en su totalidad las 3,270,500 (tres millones doscientas setenta mil quinientas) acciones a fin de que dichos títulos nuevos consignen el capital social total de **INMOBILIARIA CONFINAMINA, S.A. DE C.V.-**

Por tanto el Capital Social Total de la Sociedad asciende a la suma de $327,050,000.00 (trescientos veintisiete millones cincuenta mil pesos 00/100 M.N.) de los cuáles $50,000.00 (cincuenta mil pesos 00/100 M.N.) corresponden al Capital Mínimo Fijo y $327,000,000.00 (trescientos veintisiete millones de pesos 00/100 M.N.) corresponden al Capital Variable quedando representado de la siguiente manera:

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A |
|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. | 495 |
| MINERA LA FE DEL NORTE, S.A. DE C.V. | 5 |
| TOTAL CAPITAL MINIMO FIJO | 500 |

| ACCIONISTAS | ACCIONES PARTE VARIABLE SERIE B |
|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. | 3,270,000 |
| TOTAL CAPITAL VARIABLE | 3,270,000 |
| TOTAL CAPITAL SOCIAL | **3,270,500** |

- Con respecto al desahogo del SEGUNDO PUNTO contenido en la Orden del Día, el Secretario dio lectura a propuesta presentada a esta Asamblea para adquirir 2,400 acciones emitidas por la Sociedad Residuos Industriales Multiquim, S. A. de C.V. por considerar una buena adquisición para el portafolio de inversión de la Sociedad y puede redituar ganancias para los accionistas de la Sociedad por considerar a Residuos Industriales Multiquim, S.A. de C.V. una empresa solida y lider en su ramo.-

Discutida que fue la proposición anterior, la Asamblea por unanimidad de votos tomó el siguiente ACUERDO:

**QUINTO:**  Se autoriza la compra de 2,400 acciones de la Sociedad Residuos Industriales Multiquim, S.A. de C.V., que representan el 30% del capital social de dicha empresa, en los términos que se consideren más convenientes para la Sociedad, autorizándose asimismo la celebración de los actos jurídicos necesarios para llevar a cabo la transacción mencionada.

CGEA0041246

..- Con respecto al desahogo del TERCER y último PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos, salvando el suyo los interesados, tomó el siguiente ACUERDO:

SEXTO:    Se designan a los Señores LIC. HECTOR VARGAS AGUIRRE y LIC. GUILLERMO VARGAS AGUIRRE como DELEGADOS ESPECIALES de la presente Asamblea, a fin de que en forma conjunta o separada ocurran ante el Notario Público de su elección a protocolizar en lo conducente el Acta que se levante de la presente Asamblea y gestionar la inscripción en el Registro Público de la Propiedad y del Comercio, correspondiente del Testimonio que de dicha protocolización se expida, en caso de así considerarse necesario o conveniente, formalizando los Acuerdos adoptados.-

No habiendo otro asunto que tratar, se dio por terminada la presente Asamblea que se suspendió por el término prudente para que el Secretario procediera a levantar la presente Acta por duplicado; acto seguido el Secretario dio lectura a la misma, y por unanimidad de votos se aprobó, firmándose por el Presidente y el Secretario de la samblea, todos los representantes de los accionistas y el Comisario.-

Se hace constar que todos los representantes de accionistas estuvieron presentes desde el inicio de la presente Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los ACUERDOS adoptados.-

Se agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose a esta última las Cartas Poder exhibidas, la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los Escrutadores designados y demás documentos presentados en la Asamblea. Todo ello forma el expediente de esta Asamblea que se conserva en el archivo de la Secretaria.-

Se concluyó la Asamblea a las 11:00 horas del día, mes y año al principio señalados.-


ING. ABELARDO RAUL CAVAZOS GARZA                LIC. HECTOR VARGAS AGUIRRE
PRESIDENTE                                       SECRETARIO


VALORES ECOLOGICOS, S.A. DE C.V.                 MINERA LA FE DEL NORTE, S.A. DE C.V.
Representada por el LIC. HECTOR VARGAS           Representada por el LIC. GUILLERMO
AGUIRRE                                          VARGAS AGUIRRE


C.P. RAUL SALINAS GARZA
COMISARIO

CGEA0041247

## LISTA DE ASISTENCIA

A LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE INMOBILIARIA CONFINAMINA, S.A. DE C.V. CELEBRADA A LAS 10:30 HORAS DEL DIA 25 DE OCTUBRE DEL 2000, EN LAZARO CARDENAS 2400 DESPACHO PB-5, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES | FIRMAS |
|---|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. Representada por el LIC. HECTOR VARGAS AGUIRRE. | 495 | |
| NERA LA FE DEL NORTE, S.A. DE C.V. Representada por el LIC. GUILLERMO VARGAS AGUIRRE. | 5 | |
| TOTAL CAPITAL SOCIAL | 500 | |



Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de relación, HACEMOS CONSTAR que, habiendo revisado la presente Asamblea se encuentran representadas la totalidad de las 500 acciones del Capital Social Total de INMOBILIARIA CONFINAMINA, S.A. DE C.V.

LIC. HECTOR VARGAS AGUIRRE
ESCRUTADOR

LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR

CGEA0041248

# PROXY/CARTA PODER

San Pedro Garza García, N.L.

October/Octubre 16, 2000

MR.(SR.)JOSE DE JESUS VARGAS AGUIRRE

Present./Presente

| Dear sir: | Muy señor nuestro: |
|---|---|
| Through this letter we grant you a SPECIAL PROXY, as broad, complied, and sufficient as may be necessary under law, so that you can attend the General Ordinary Shareholders' Meeting of INMOBILIARIA CONFINAMINA, S.A. DE C.V. that will take place on October 25, 2000 representing 495 Series "A" shares all of them issued by the company INMOBILIARIA CONFINAMINA, S.A. DE C.V. and owned by VALORES ECOLOGICOS, S.A. DE C.V. and so that thereat you may hear, discuss, and vote regarding the issues to be dealt with at such Meeting. Additionally you are expressly authorized so that, in case the corresponding proposal is submitted to the Meeting, in our name and representation you may approve the increase in the variable portion of the capital stock that will be proposed in such Meeting for the amount of $327'000.000.00 Pesos Mexican Currency represented by 3'270.000 shares of the Series "B" and so that you accept to subscribe and subscribe, in our name and representation, the aforesaid shares to be issued as a consequence of the referred increase in the capital stock. | Por medio de la presente otorgamos a Usted un PODER ESPECIAL, tan amplio, cumplido y suficiente, cuanto en derecho sea necesario para asistir a la Asamblea General Ordinaria de Accionistas de la sociedad denominada INMOBILIARIA CONFINAMINA, S.A. DE C.V., que se celebrará el día 25 de octubre del 2000, representando 495 acciones Serie "A" todas emitidas por la citada sociedad INMOBILIARIA CONFINAMINA, S.A. DE C.V., propiedad de VALORES ECOLOGICOS, S.A. DE C.V. y para que oiga, opine y vote sobre los asuntos que en dicha Asamblea hayan de tratarse. Adicionalmente de manera expresa se autoriza a Usted para que, en caso de que se presente en dicha Asamblea la propuesta respectiva, en nuestro nombre y representación apruebe el aumento de capital variable que se propondrá en dicha Asamblea por la cantidad de $327'000.000 Pesos M.N. representada por 3'270.000 acciones de la Serie "B" y para que acepte suscribir y suscriba, en nuestro nombre y representación, las citadas acciones que se emitan con motivo del referido aumento de capital. |
| Of course we bind ourselves to be and pass through everything that you perform within the limits of this proxy. | Desde luego nos obligamos a estar y pasar por todo lo que usted realice dentro de los límites del presente poder. |
| Sincerely, | Atentamente, |

VALORES ECOLOGICOS, S.A. DE C.V.

By/Por: ING. HECTOR VARGAS GARZA
Position/Cargo: Sole Administrator/Administrador Unico

Testigo/Witness

Testigo/Witness

# PROXY/CARTA PODER

San Pedro Garza García, N.L.

October/Octubre 16, 2000

## MR.(SR). HECTOR VARGAS AGUIRRE

Present./Presente.

Dear sir:

Through this letter we grant you a SPECIAL PROXY, as broad, complied, and sufficient as may be necessary under law, so that you attend the General Ordinary Shareholders' Meeting of INMOBILIARIA CONFINAMINA, S.A. DE C.V. that will take place on October 25, 2000 representing 5 Series "A" shares issued by the company INMOBILIARIA CONFINAMINA, S.A. DE C.V. and owned by MINERA LA FE DEL NORTE, S.A. DE C.V. and so that thereat you may hear, discuss, and vote regarding the issues to be dealt with at such Meeting. Additionally you are expressly authorized so that, in case the corresponding proposal is submitted to the Meeting, in our name and representation you may approve the increase· in the variable portion of the capital stock that will be proposed in such Meeting for the amount of $327'000,000.00 Pesos Mexican Currency represented by 3'270,000 shares of the Series "B" and so that you waive our right to subscribe the aforesaid shares to be issued as a consequence of the referred increase in the capital stock.

Of course we bind ourselves to be and pass through everything that you perform within the limits of this proxy.

Muy señor nuestro:

Por medio de la presente otorgamos a Usted un PODER ESPECIAL, tan amplio, cumplido y suficiente, cuanto en derecho sea necesario para asistir a la Asamblea General Ordinaria de Accionistas de la sociedad denominada INMOBILIARIA CONFINAMINA, S.A. DE C.V., que se celebrará el día 25 de octubre del 2000, representando 5 acciones Serie "A" emitidas por la citada sociedad INMOBILIARIA CONFINAMINA, S.A. DE C.V., propiedad de MINERA LA FE DEL NORTE, S.A. DE C.V. y para que oiga, opine y vote sobre los asuntos que en dicha Asamblea hayan de tratarse. Adicionalmente de manera expresa se autoriza a Usted para que, en caso de que se presente en dicha Asamblea la propuesta respectiva, en nuestro nombre y representación apruebe el aumento de capital variable que se propondrá en dicha Asamblea por la cantidad de $327'000,000.00 Pesos M.N. representada por 3'270,000 acciones de la Serie "B" y para que renuncie al derecho que nos corresponda para suscribir las citadas acciones que se emitan con motivo del referido aumento de capital.

Desde luego nos obligamos a estar y pasar por todo lo que usted realice dentro de los límites del presente poder.

Sincerely,

Atentamente,

MINERA LA FE DEL NORTE, S.A. DE C.V.

By/Por: ING. HECTOR VARGAS GARZA
Position/Cargo: Sole Administrator/Administrador Unico

Testigo/Witness

Testigo/Witness

## (TRANSLATION FOR INFORMATION PURPOSES ONLY)

### INMOBILIARIA CONFINAMINA, S.A. DE C.V.
### MINUTE OF THE GENERAL ORDINARY SHAREHOLDERS' MEETING
### OCTOBER 25, 2000

In the City of San Pedro Garza García, N.L., corporate domicile of INMOBILIARIA CONFINAMINA, S.A. DE C.V. being the 10:30 hours of October 25, 2000 the representatives of the shareholders, whose names and signatures appear in the Attendance List prepared and certified by the appointed Tellers whose original is attached to the file of the duplicate of this minute, gathered in Lázaro Cárdenas 2400 Edificio Losoles Office PB-5 in order to hold a General Ordinary Shareholders' Meeting to which the aforesaid were duly called. There were also present Messrs. ING.. ABELARDO RAUL CAVAZOS GARZA, Sole Administrator of the Corporation, C.P. RAUL SALINAS GARZA, Examiner of the Corporation, and as guest MR. GUILLERMO VARGAS AGUIRRE.

The Meeting was presided by MR. ING. ABELARDO RAÚL CAVAZOS GARZA, as Sole Administrator of the Corporation, and MR. HECTOR VARGAS AGUIRRE was appointed as Secretary by the unanimous vote of the Meeting according to the By-laws.

Due to the proposal of the President, by unanimous vote the Meeting appointed MR HECTOR VARGAS AGUIRRE and ING. GUILLERMO VARGAS AGUIRRE as Tellers who accepted those positions and proceeded to verify the corresponding Attendance List, the Registry of Shares, and the Proxies that were shown, certifying that the 500 Shares in which the total corporate stock of the Corporation is divided were legally represented and consequently the quorum referred by the By-laws in order to legitimately declare installed a Meeting, distributed as follows:

| SHAREHOLDERS | SHARES |
| --- | --- |
| | SERIES A FIXED |
| VALORES ECOLOGICOS, S.A. DE C.V. | 495 |
| MINERA LA FE DEL NORTE, S.A. DE C.V. | 5 |
| TOTAL CAPITAL STOCK | 500 |

As a consequence of the certification of the Tellers regarding the representation of 100% of the shares that form the total subscribed and paid capital stock of the Corporation, the President declared the meeting legally installed and able to treat and resolve the issues that originated it, even though there was no publication of a previous Call, according to the By-laws.

Afterwards, the Secretary read the following:-

### AGENDA:

CGEA0041251

I.- PROPOSAL, DISCUSSION, AND, IF APPLICABLE, APPROVAL OF THE PROJECT SUBMITTED BY THE SOLE ADMINISTRATOR OF THE CORPORATION TO INCREASE THE VARIABLE PORTION OF THE CAPITAL STOCK.

II.- PRESENTATION OF A PROPOSAL TO PURCHASE SHARES ISSUED BY THE CORPORATION RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

III.- APPOINTMENT OF SPECIAL DELEGATE OR DELEGATES TO FORMALIZE THE RESOLUTIONS ADOPTED, IF APPLICABLE.

Once the Agenda was read, it was approved by unanimous vote and the attendants dealt with its points as follows:

I. Regarding the FIRST POINT of the Agenda, the President informed about the convenience of increasing the variable portion of the capital stock of the Corporation in the amount of $327,000,000.00 (Three hundred twenty seven million pesos and 00/100 Mexican Currency).

The President of the Meeting set forth that such amount shall be contributed in cash by the current shareholders due to reasons of financial nature.

Mr. Guillermo Vargas Aguirre as representative of MINERA LA FE DEL NORTE, S.A. DE C.V. informed to the Meeting the irrevocable waiver of the company that he represents to the preferential right to subscribe in the corresponding proportional part the increase of the variable portion of the capital stock proposed in this Meeting.

Similarly, C.P. Héctor Vargas Aguirre informed the intention of his representative VALORES ECOLOGICOS, S.A. DE C.V. to entirely subscribe the increase in the variable portion of the capital stock proposed to the Meeting.

After discussing the aforesaid, the Meeting by unanimous vote adopted the following RESOLUTIONS:

FIRST: It is hereby approved to increase the variable portion of the capital stock of the Corporation in the amount of $327,000,000.00 (Three hundred twenty seven million pesos and 00/100 Mexican Currency) through the issuance of 3,270,000 (three million two hundred seventy thousand) shares with a par value of $100.00 each one, corresponding to the Series "B", variable portion, ordinary, nominative and entirely subscribed, paid and therefore released.

SECOND: These 3,270,000 (three million two hundred seventy thousand) ordinary, nominative and paid-up shares have been entirely subscribed and paid in this act with the amount of $327,000,000.00 (Three hundred twenty seven million pesos and 00/100 Mexican Currency) that the shareholder VALORES ECOLOGICOS, S.A. DE C.V. delivers in cash to the Corporation.

THIRD: It is hereby accepted the irrevocable waiver of the shareholder MINERA LA FE DEL NORTE, S.A. DE C.V. to the preferential right to subscribe the increase of the variable portion of the capital stock agreed by this Meeting.

FOURTH: It is hereby approved to replace the certificates currently circulating with the Definite Stock Certificates issued on October 26, 2000 that support the 3,270,500 (three million two

CGEA0041252

hundred seventy thousand five hundred) shares so that these new certificates cover all the capital stock of INMOBILIARIA CONFINAMINA, S.A. DE C.V.

Consequently, the Capital Stock of the Corporation is the amount of $327,050,000.00 (three hundred twenty seven million fifty thousand pesos and 00/100 Mexican Currency) from which $50,000 (fifty thousand pesos and 00/100 Mexican Currency) correspond to the Fixed Minimum Capital and $327,000,000.00 (three hundred twenty seven million pesos and 00/100 Mexican Currency) to the variable portion, in the understanding that hereinafter the capital stock will be represented as follows:

| SHAREHOLDERS | SHARES | |
| --- | --- | --- |
| | SERIES A FIXED | SERIES B VARIABLE |
| VALORES ECOLOGICOS, S.A. DE C.V. | 495 | |
| MINERA LA FE DEL NORTE, S.A. DE C.V. | 5 | |
| VALORES ECOLOGICOS, S.A. DE C.V. | | 3,270,000 |
| TOTALS | 500 | 3,270,000 |
| TOTAL CAPITAL STOCK | 3,270,500 | |

II. Regarding the SECOND POINT of the Agenda, the Secretary read the proposal of the Sole Administrator to purchase 2,400 shares issued by the Corporation Residuos Industriales Multiquim, S.A: de C:V. since they consider it a good purchase for the Corporation suitable to produce gains for the shareholders of the Corporation since they consider Residuos Industriales Multiquim, S.A. de C.V. a solid company that is a leader on its line of business.

After discussing the aforesaid proposal, the Meeting by unanimous vote adopted the following RESOLUTION:

FIFTH: It is hereby approved the purchase of 2,400 shares of the Corporation Residuos Industriales Multiquim, S.A. de C.V. that represent 30% of the capital stock of Residuos Industriales Multiquim, S.A. de C.V. in the terms that may be considered more convenient to the interests of the Corporation and the execution of the required legal acts in order to perform the aforementioned transaction are also hereby authorized.

III. Regarding the THIRD and last POINT of the Agenda, the Meeting by unanimous vote, adopted the following RESOLUTION:

SIXTH. Messrs. LIC. HECTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE are appointed as SPECIAL DELEGATES of this Meeting so that in a joint or separate form they appear before the Notary public of their choice in order to protocolize the required parts of this Minute and in general to perform the required procedures in order to file the corresponding Public Deed of the aforesaid protocolization in the Public Registry of Property and Commerce, in case that would be necessary or convenient, formalizing the adopted Resolutions.

CGEA0041253

Without any other issue to deal with, this Meeting finished after being suspended by the proper time so that the Secretary could draft this Minute; following the Secretary read it and it was approved by unanimous vote, and was signed by the President, the Secretary and the Examiner.

It is herein set forth that all the representatives of the shareholders were present since the beginning of this Meeting until it finished, as well as in the moment of taking each and every one of the adopted RESOLUTIONS.

A copy of this Minute in simple paper, the shown proxies, the Attendance List signed by the Attendants and duly certified by the appointed examiners and the other documents shown in the Meeting are added as attachments of this Minute. The aforesaid forms the file of this Meeting that is kept in the files of the Secretary.

The Meeting was adjourned at the 11:00 hours of the day, month, and year mentioned at the beginning.


ING. ABELARDO RAUL CAVAZOS
GARZA
PRESIDENT

ING. HECTOR VARGAS GARZA
SECRETARY


VALORES ECOLOGICOS, S.A. DE C.V.
represented by C.P.HECTOR VARGAS
GARZA

MINERA LA FE DEL NORTE, S.A. DE
C.V. represented by GUILLERMO VARGAS
AGUIRRE


C.P. RAUL SALINAS GARZA
EXAMINER

CGEA0041254

# ATTENDANCE LIST

TO THE GENERAL ORDINARY SHAREHOLDERS' MEETING OF INMOBILIARIA CONFINAMINA S.A. DE C.V. THAT TOOK PLACE AT THE 10:30 HOURS OF OCTOBER 25, 2000 IN LAZARO CARDENAS 2400 OFFICE PB-5, SAN PEDRO GARZA GARCIA, N.L. CORPORATE DOMICILE.

| SHAREHOLDERS | SHARES SERIES A FIXED | SIGNATURES |
|---|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. represented by MR. HECTOR VARGAS AGUIRRE | 495 | _____ |
| MINERA LA FE DEL NORTE, S.A. DE C.V. represented by MR. GUILLERMO VARGAS AGUIRRE | 5 | _____ |
| TOTAL CAPITAL STOCK | 500 | |

The undersigned appointed as Tellers in order to verify the Attendance Quorum of this Meeting, CERTIFY that, after revising the Stock Registry Book, the submitted proxies, and the Attendance List the totality of the 500 shares of the Total Capital Stock of INMOBILIARIA CONFINAMINA, S.A. DE C.V., that represents 100% of the subscribed and paid capital stock of the Corporation, are represented.

| LIC. HECTOR VARGAS AGUIRRE TELLER | LIC. GUILLERMO VARGAS AGUIRRE TELLER |
|---|---|

CGEA0041255

**INMOBILIARIA CONFINAMINA, S.A. DE C.V.**
**ACTA DE ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS**
**NOVIEMBRE 14, 2000**

En la ciudad de San Pedro Garza García, N.L., domicilio social de **INMOBILIARIA CONFINAMINA, S.A. DE C.V.** siendo las (12:00) horas del día (14) de noviembre del (2000) se reunieron en Lázaro Cárdenas 2400 Edificio Losoles Despacho PB-5, los representantes de accionistas cuyos nombres y firmas aparecen en la Lista de Asistencia al efecto preparada y certificada por los Escrutadores designados, de la cual el original se agrega al expediente del duplicado de la presente Acta, con el objeto de celebrar una Asamblea General Ordinaria de Accionistas a la cual fueron debidamente citados.- Se encontraron presentes los Señores Ing. ABELARDO RAUL CAVAZOS GARZA, Administrador Unico de la Sociedad, C.P. RAUL SALINAS GARZA, Comisario de la Sociedad.-

Presidió la Asamblea el Señor Ing. ABELARDO RAUL CAVAZOS GARZA, en su calidad de Administrador Unico de la Sociedad y actuó como Secretario el señor Ing. HÉCTOR VARGAS AGUIRRE, el cual fué nombrado por unanimidad de votos de la Asamblea, esto de conformidad con los Estatutos Sociales.

A propuesta del Presidente, por unanimidad de votos la Asamblea designó Escrutadores a los Señores Lic. GUILLERMO VARGAS AGUIRRE y Lic. HECTOR VARGAS AGUIRRE, quienes aceptaron sus cargos y procedieron a verificar la correspondiente Lista de Asistencia, el Registro de Acciones y las Cartas Poder exhibidas, certificando que en la Asamblea de relación se encontraron legalmente representadas las 3,270,500 Acciones en que se encuentra dividido el capital social total de la Sociedad y por ende el quórum a que se refieren los Estatutos Sociales para declarar legítimamente instalada la Asamblea, distribuidas de la siguiente manera:

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A |
|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. | 495 |
| MINERA LA FE DEL NORTE, S.A. DE C.V. | 5 |
| TOTAL CAPITAL MINIMO FIJO | 500 |

| ACCIONISTAS | ACCIONES PARTE VARIABLE SERIE B |
|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. | 3,270,000 |
| TOTAL CAPITAL VARIABLE | 3,270,000 |
| TOTAL CAPITAL SOCIAL | 3,270,500 |

En virtud de la certificación de los Escrutadores respecto de haberse encontrado representado el 100% de las acciones representativas del Capital Social total suscrito y pagado de la Sociedad, el Presidente declaró legalmente instalada la Asamblea y apta para tratar y resolver los asuntos que la motivan, a pesar de no haberse publicado Convocatoria previa, de conformidad con lo dispuesto por los Estatutos Sociales.

Acto seguido, el Secretario dio lectura, a la siguiente:-

CGEA0041256

**ORDEN DEL DIA:**

I.-PRESENTACION DEL INFORME DEL ADMINISTRADOR UNICO, INCLUYENDO LOS
ESTADOS FINANCIEROS RELATIVOS AL EJERCICIO SOCIAL PARCIAL COMPRENDIDO
DEL 01 DE ENERO A 31 DE OCTUBRE DEL 2000, SU DISCUSION Y APROBACION, EN
SU CASO, DESPUES DE CONOCER EL INFORME DEL COMISARIO.-

II.-RATIFICACION, EN SU CASO, DE TODOS LOS ACTOS Y ACUERDOS TOMADOS
POR EL ADMINISTRADOR UNICO DE LA SOCIEDAD EN FUNCIONES DURANTE EL
EJERCICIO SOCIAL PARCIAL COMPRENDIDO DE 01 DE ENERO A 31 DE OCTUBRE
DEL 2000.-

III. PRESENTACION DE LA PROPUESTA PARA VENDER ACCIONES EMITIDAS POR
ESTA SOCIEDAD.

IV.- PRESENTACION DE LA RENUNCIA DEL ADMINISTRADOR UNICO Y EL COMISARIO
EN FUNCIONES .-

V.- NOMBRAMIENTO DEL CONSEJO DE ADMINISTRACION Y COMISARIO QUE
ENTRARAN EN FUNCIONES A PARTIR DE ESTA FECHA Y DETERMINACION DE SUS
EMOLUMENTOS.-

VI.-NOMBRAMIENTO DE DELEGADO O DELEGADOS ESPECIALES PARA FORMALIZAR
LOS ACUERDOS ADOPTADOS, EN SU CASO.

I.- Con respecto al desahogo del PRIMER PUNTO contenido en la Orden del Dia, el Secretario dio lectura al
Informe del Administrador Unico de la Sociedad sobre la situación y actividades de la Sociedad durante el
Ejercicio Social Parcial comprendido del 01 de enero al 31 de octubre del año 2000, y presentó a los Señores
Accionistas las Cuentas Generales del Ejercicio Social que se da a cuenta y los Estados Financieros de la
Sociedad.-

:to seguido, el Comisario dio lectura a su Informe correspondiente.-

Escuchado que fue el Informe del Administrador Unico de la Sociedad, el Informe del Comisario y revisados que
fueron los Estados Financieros de la Sociedad, la Asamblea por unanimidad de votos tomó los siguientes
ACUERDOS:

PRIMERO:       Se aprueba sin reserva alguna el Informe del Administrador Unico de la Sociedad
               sobre la situación y actividades de la Sociedad durante el Ejercicio Social Parcial
               comprendido del 01 de enero al 31 de octubre del año 2000.-

SEGUNDO:       Se aprueban sin reserva alguna y basados en el Informe del Comisario, las
               Cuentas Generales del Ejercicio Social comprendido del 01 de enero al 31 de
               octubre del año 2000, asi como los Estados Financieros de la Sociedad

CGEA0041257

correspondientes al período que se menciona. Agréguense al expediente de esta Acta los documentos mencionados.-

II.- Por lo que toca al SEGUNDO PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos tomó el siguiente acuerdo:

TERCERO:     Se ratifican todos y cada uno de los Acuerdos y Actos tomados y ejecutados por el Administrador Único de la Sociedad realizados en el desempeño de sus funciones durante el Ejercicio Social del que se da cuenta, liberándolo de cualesquier responsabilidad que pudiere derivarse de la misma.-

III. Con respecto al desahogo del TERCER PUNTO contenido en la Orden del Día, el Secretario dió lectura a la propuesta presentada a esta Asamblea para enajenar 5 acciones emitidas por esta Sociedad propiedad de la Accionista MINERA LA FE DEL NORTE, S.A. DE C.V., en favor de CGEA, S.A. o de SARP INDUSTRIES, S.A., o de otra empresa filial de alguna de las sociedades mencionadas, por así convenir a sus intereses.-

n uso de la palabra el representante de la Accionista VALORES ECOLOGICOS, S.A. DE C.V. expresó la renuncia irrevocable de parte de su representada al derecho de preferencia para adquirir dicho paquete accionario.

El Secretario dio lectura a la propuesta presentada a esta Asamblea para enajenar 3,270,495 acciones emitidas por esta Sociedad propiedad de la accionista VALORES ECOLOGICOS, S.A. DE C.V. en favor de CGEA, S.A. o de SARP INDUSTRIES, S.A., o de otra empresa filial de alguna de las sociedades mencionadas, por así convenir a sus intereses.-

En uso de la palabra el representante de la Accionista MINERA LA FE DEL NORTE, S.A. DE C.V. expresó la renuncia irrevocable de parte de su representada al derecho de preferencia para adquirir dicho paquete accionario.

Discutidas que fueron las proposiciones anteriores, la Asamblea por unanimidad de votos tomó los siguientes ACUERDOS:

CUARTO:     Se autoriza la enajenación de las 5 acciones emitidas por esta Sociedad propiedad de MINERA LA FE DEL NORTE, S.A. DE C.V. a favor de CGEA, S.A. o de SARP INDUSTRIES, S.A., o de otra empresa filial de alguna de las sociedades mencionadas.

QUINTO:     Se acepta la renuncia irrevocable al derecho de preferencia de la Accionista VALORES ECOLOGICOS, S.A. DE C.V. para adquirir las 5 acciones mencionadas en el ACUERDO que antecede.

SEXTO:     Se autoriza la enajenación de 3,270,495 acciones emitidas por esta Sociedad propiedad de la Accionista VALORES ECOLOGICOS, S.A. DE C.V. a favor de CGEA, S.A. o de SARP INDUSTRIES, S.A., o de otra empresa filial de alguna de las sociedades mencionadas.

CGEA0041258

**SEPTIMO:**   Se acepta la renuncia irrevocable al derecho de preferencia de la Accionista MINERA LA FE DEL NORTE, S.A. DE C.V., Inc: para adquirir las 3,270,495 acciones mencionadas en el ACUERDO que antecede.

IV.- Con respecto al desahogo del CUARTO PUNTO contenido en la Orden del Día, el Secretario dio lectura a los comunicados de la renuncia, con efectos a esta fecha, del Administrador Unico y el Comisario de la Sociedad, presentadas con motivo de la reestructuración administrativa de la Sociedad.

Acto seguido, la Asamblea por unanimidad de votos tomó los siguientes ACUERDOS:

**OCTAVO:**   Se acepta la renuncia del Administrador Unico y el Comisario en funciones y se les libera de cualquier responsabilidad en pudieron haber incurrido en el desempeño de sus cargos, desde que tomaron posesión hasta esta fecha.

V.- Con respecto al desahogo del QUINTO PUNTO contenido en la Orden del Día, el Secretario informó a los Señores Accionistas que en los términos de los Estatutos Sociales, es necesario nombrar el Consejo de Administración y el Comisario que entrarán en funciones a partir de esta fecha, así como la determinación de us emolumentos.

Acto Seguido el Secretario dio lectura a la propuesta que un Accionista presentó a la consideración de la Asamblea en relación al Consejo de Administración y Comisario que entrarán en funciones a partir de esta fecha.-

Discutida que fue la proposición anterior, así como la determinación de los emolumentos correspondientes, la Asamblea por unanimidad de votos tomó los siguientes ACUERDOS:

**NOVENO:**   Se designa el siguiente Consejo de Administración  y Comisarios que entrarán en funciones a partir de esta fecha:

### CONSEJO DE ADMINISTRACION

| CONSEJEROS PROPIETARIOS | | CONSEJEROS SUPLENTES |
|---|---|---|
| JEAN ALAIN JULLIEN | PRESIDENTE | VACANTE |
| PASCAL GAUTHIER | CONSEJERO | VACANTE |
| JEAN JACQUES GRIMAUX | CONSEJERO | VACANTE |
| PIERRE RELLET | CONSEJERO | VACANTE |

LIC. LUIS SANTOS THERIOT   SECRETARIO NO CONSEJERO

**COMISARIO**
**SR. ALBERTO VAZQUEZ**

CGEA0041259

DECIMO:    El Consejo de Administración designado conforme al ACUERDO precedente tendrá los poderes, facultades y obligaciones contenidos en los Estatutos Sociales. Por su parte, el Comisario de la Sociedad designado tendrá las obligaciones y atribuciones contenidas en los Estatutos Sociales y se acepta la renuncia de los Consejeros y los Comisarios a percibir remuneración alguna por el desempeño de sus funciones, lo cual les es agradecido plenamente por la presente Asamblea.-

DECIMO
PRIMERO:    Se establece la cantidad de $1,000.00 como el monto de la garantía que deberán otorgar los Consejeros y Comisario para caucionar su función en los términos de los Estatutos Sociales.-

VI.- Con respecto al desahogo del SEXTO y último PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos, tomó el siguiente ACUERDO:

DECIMO
SEGUNDO:    Se designan a los Señores LIC. HECTOR VARGAS AGUIRRE Y LIC. GUILLERMO VARGAS AGUIRRE como DELEGADOS ESPECIALES de la presente Asamblea, a fin de que en forma conjunta o separada ocurran ante el Notario Público de su elección a protocolizar en lo conducente el Acta que se levante de la presente Asamblea y gestionar la inscripción en el Registro Público de la Propiedad y del Comercio, correspondiente del Testimonio que de dicha protocolización se expida, en caso de así considerarse necesario o conveniente, formalizando los Acuerdos adoptados.-

No habiendo otro asunto que tratar, se dió por terminada la presente Asamblea que se suspendió por el término prudente para que el Secretario procediera a levantar la presente Acta por duplicado; acto seguido el Secretario dió lectura a la misma, y por unanimidad de votos se aprobó, firmándose por el Presidente y el Secretario de la Asamblea, todos los representantes de los accionistas y el Comisario, de conformidad con lo dispuesto por los Estatutos Sociales y Artículo 194 de la Ley General de Sociedades Mercantiles.-

Se hace constar que todos los representantes de los accionistas estuvieron presentes desde el inicio de la presente Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los ACUERDOS adoptados.-

CGEA0041260

˙ ˙ agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose a esta .ma las Cartas Poder exhibidas, la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los Escrutadores designados y demás documentos presentados en la Asamblea. Todo ello forma el expediente de esta Asamblea que se conserva en el archivo de la Secretaria.-

Se concluyó la Asamblea a las 13:00 horas del día, mes y año al principio señalados.-

_____          _____
ING. ABELARDO RAÚL CAVAZOS GARZA          LIC. HECTOR VARGAS AGUIRRE
PRESIDENTE                                SECRETARIO


_____          _____
VALORES ECOLOGICOS, S.A. DE C.V.          MINERA LA FE DEL NORTE, S.A. DE C.V.
:presentada por el LIC. HÉCTOR VARGAS     Representada por el LIC. GUILLERMO
AGUIRRE                                   VARGAS AGUIRRE


_____
C.P. RAUL SALINAS GARZA
COMISARIO

CGEA0041261

**INMOBILIARIA CONFINAMINA, S.A. DE C.V.**

**ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS**

**NOVIEMBRE, 14, 2000**

SEÑORES ACCIONISTAS

De acuerdo con las facultades y obligaciones que me conceden los Estatutos de esta Sociedad , así como los artículos 164,166,169 y demás relativos de la Ley General de Sociedades Mercantiles, procedí a realizar un examen de las operaciones de la Sociedad respecto del Ejercicio Social Parcial del año 2000 el cual comprende del 1° de Enero del 2000 al 31 de octubre del 2000.

Con base en dicho examen, me permito informar a la Asamblea lo siguiente:

Me cercioré de la subsistencia de las garantías a que se refiere el artículo 152 de la Ley General de Sociedades Mercantiles.

II.    Recibí mensualmente del Administrador Unico la información suficiente sobre el Estado de Situación Financiera, así como el Estado de Resultados de cada mes.

III.   Realice personalmente, un examen de las operaciones, documentación y registros que lleva la empresa, a mi juicio con suficiente extensión para cumplir con la obligación de vigilar las operaciones de la empresa.

IV.    En mi opinión las políticas, criterios contables y de información seguidos por la Sociedad son adecuadas y suficientes.

V.     En mi opinión el informe rendido por el Administrador Unico a esta Asamblea es veraz y da una información suficiente sobre las operaciones de la empresa.

VI.    Por todo lo anteriormente expuesto y con base en los Estados Financieros emitido por la Sociedad me permito recomendar a esta honorable Asamblea sea aprobado el Informe rendido por el Administrador Unico, así como también ratificar todos los actos y acuerdos tomados por el Administrador Unico durante el periodo mencionado.

Atentamente

C.P. RAUL SALINAS GARZA
COMISARIO

CGEA0041262

**LISTA DE ASISTENCIA**

A LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE INMOBILIARIA CONFINAMINA, S.A. DE C.V. CELEBRADA A LAS 12:00 HORAS DEL DIA 14 DE NOVIEMBRE DEL 2000, EN LAZARO CARDENAS 2400 DESPACHO PB-5, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-



| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. Representada por el LIC. HÉCTOR VARGAS AGUIRRE | 495 | |
| MINERA LA FE DEL NORTE, S.A. DE C.V. Representada por el LIC. GUILLERMO VARGAS AGUIRRE | 5 | |

| ACCIONISTAS | ACCIONES PARTE VARIABLE SERIE B | FIRMAS |
|---|---|---|
| VALORES ECOLOGICOS, S.A. DE C.V. Representada por el LIC. HÉCTOR VARGAS AGUIRRE. | 3.270,000 | |
| TOTAL CAPITAL SOCIAL | **3,270,500** | |

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de relación, HACEMOS CONSTAR que, habiendo revisado el Libro de Registro de Acciones, las Cartas Poder exhibidas y esta Lista de Asistencia, se encuentran representadas la totalidad de las 3,270,500 acciones del Capital Social Total de INMOBILIARIA CONFINAMINA, S.A. DE C.V., mismas que representan el 100% del capital social suscrito y pagado de la Sociedad.

| LIC. GUILLERMO VARGAS AGUIRRE | LIC. HECTOR VARGAS AGUIRRE |
|---|---|
| ESCRUTADOR | ESCRUTADOR |

CGEA0041263

# PROXY/CARTA PODER

San Pedro Garza García, N.L.

November/Noviembre 8, 2000

MR.(SR).HECTOR VARGAS AGUIRRE

Present./Presente.

Dear sir:

Through this letter we grant you a SPECIAL PROXY, as broad, complied, and sufficient as may be necessary under law, so that you can attend the General Ordinary Shareholders' Meeting of INMOBILIARIA CONFINAMINA, S.A. DE C.V. that will take place on November 14, 2000 representing 495 Series "A" shares and 3.270.000 Series "B" shares, all of them issued by the company INMOBILIARIA CONFINAMINA, S.A. DE C.V. and owned by VALORES ECOLOGICOS, S.A. DE C.V. and so that thereat you may hear, discuss, and vote regarding the issues to be dealt with at such Meeting. Additionally you are expressly authorized so that in our name and representation you may approve the sale of shares representing the capital stock of INMOBILIARIA CONFINAMINA, S.A. DE C.V., that the shareholder MINERA LA FE DEL NORTE, S.A. DE C.V. wishes to make in favor of COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. and so that you irrevocably waive our right to acquire the aforesaid shares whose transfer is pretended.

Of course we bind ourselves to be and pass through everything that you perform within the limits of this proxy.

Muy señor nuestro:

Por medio de la presente otorgamos a Usted un PODER ESPECIAL, tan amplio, cumplido y suficiente, cuanto en derecho sea necesario para asistir a la Asamblea General Ordinaria de Accionistas de la sociedad denominada INMOBILIARIA CONFINAMINA, S.A. DE C.V., que se celebrará el día 14 de noviembre del 2000, representando 495 acciones Serie "A" y 3.270.000 acciones Serie "B", todas emitidas por la citada sociedad INMOBILIARIA CONFINAMINA, S.A. DE C.V., propiedad de VALORES ECOLOGICOS, S.A. DE C.V. y para que oiga, opine y vote sobre los asuntos que en dicha Asamblea hayan de tratarse. Adicionalmente de manera expresa se autoriza a Usted para que en nuestro nombre y representación apruebe la venta de acciones representativas del capital social de INMOBILIARIA CONFINAMINA, S.A. DE C.V., que pretende realizar la accionista MINERA LA FE DEL NORTE, S.A. DE C.V. en favor de COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. y para que renuncie de manera irrevocable al derecho que nos corresponda para adquirir las citadas acciones que se pretendan transmitir.

Desde luego nos obligamos a estar y pasar por todo lo que usted realice dentro de los límites del presente poder.

Sincerely,

Atentamente,

VALORES ECOLOGICOS, S.A. DE C.V.

By/Por: ING. HECTOR VARGAS GARZA
Position/Cargo: Sole Administrator/Administrador Unico

Testigo/Witness

Testigo/Witness

CGEA0041264

## PROXY/CARTA PODER

San Pedro Garza García, N.L.

November/Noviembre 8, 2000

MR.(SR).GUILLERMO VARGAS AGUIRRE

Present./Presente.

Dear sir:

Through this letter we grant you a SPECIAL PROXY, as broad, complied, and sufficient as may be necessary under law, so that you attend the General Ordinary Shareholders' Meeting of INMOBILIARIA CONFINAMINA, S.A. DE C.V. that will take place on November 14, 2000 representing 5 Series "A" shares issued by the company INMOBILIARIA CONFINAMINA, S.A. DE C.V. and owned by MINERA LA FE DEL NORTE, S.A. DE C.V. and so that thereat you may hear, discuss, and vote regarding the issues to be dealt with at such Meeting. Additionally you are expressly authorized so that, in case the corresponding proposal is submitted to the Meeting, in our name and representation you may approve the sale of shares representing the capital stock of INMOBILIARIA CONFINAMINA, S.A. DE C.V., that the shareholder VALORES ECOLOGICOS, S.A. DE C.V. wishes to make in favor of SARP INDUSTRIES MEXICO, S.A. DE C.V. and so that you irrevocably waive our right to acquire the aforesaid shares whose transfer is pretended

Of course we bind ourselves to be and pass through everything that you perform within the limits of this proxy.

Sincerely,

Muy señor nuestro:

Por medio de la presente otorgamos a Usted un PODER ESPECIAL, tan amplio, cumplido y suficiente, cuanto en derecho sea necesario para asistir a la Asamblea General Ordinaria de Accionistas de la sociedad denominada INMOBILIARIA CONFINAMINA, S.A. DE C.V., que se celebrará el día 14 de noviembre del 2000, representando 5 acciones Serie "A" emitidas por la citada sociedad INMOBILIARIA CONFINAMINA, S.A. DE C.V., propiedad de MINERA LA FE DEL NORTE, S.A. DE C.V. y para que oiga, opine y vote sobre los asuntos que en dicha Asamblea hayan de tratarse. Adicionalmente de manera expresa se autoriza a Usted para que, en caso de que se presente en dicha Asamblea la propuesta respectiva, en nuestro nombre y representación apruebe la venta de acciones representativas del capital social de INMOBILIARIA CONFINAMINA, S.A. DE C.V., que pretende realizar la accionista VALORES ECOLOGICOS, S.A. DE C.V. en favor SARP INDUSTRIES MEXICO, S.A. DE C.V., y para que renuncie de manera irrevocable al derecho que nos corresponda para adquirir las citadas acciones que se pretenden transmitir.

Desde luego nos obligamos a estar y pasar por todo lo que usted realice dentro de los límites del presente poder.

Atentamente.

MINERA LA FE DEL NORTE, S.A. DE C.V.

By/Por: ING. HECTOR VARGAS GARZA
Position/Cargo: Sole Administrator/Administrador Unico

Testigo/Witness

Testigo/Witness

CGEA0041265

(TRANSLATION FOR INFORMATION PURPOSES ONLY)

## INMOBILIARIA CONFINAMINA, S.A. DE C.V.
## MINUTE OF THE GENERAL ORDINARY SHAREHOLDERS' MEETING
## NOVEMBER 14, 2000

In the City of San Pedro Garza García, N.L., corporate domicile of INMOBILIARIA CONFINAMINA, S.A. DE C.V. being the 12:00 hours of November 14, 2000 the representatives of the shareholders, whose names and signatures appear in the Attendance List prepared and certified by the appointed Tellers whose original is attached to the file of the duplicate of this minute, gathered in Lázaro Cárdenas 2400 Edificio Losoles Office PB-5 in order to hold a General Ordinary Shareholders' Meeting to which the aforesaid were duly called. There were also present Messrs. ING., ABELARDO RAUL CAVAZOS GARZA, Sole Administrator of the Corporation, C.P. RAUL SALINAS GARZA, Examiner of the Corporation.

The Meeting was presided by MR. ING. ABELARDO RAÚL CAVAZOS GARZA, as Sole Administrator of the Corporation, and MR. HECTOR VARGAS GARZA was appointed as Secretary by the unanimous vote of the Meeting according to the By-laws.

Due to the proposal of the President, by unanimous vote the Meeting appointed Mr. ARQ. GUILLERMO VARGAS AGUIRRE and LIC. HECTOR VARGAS AGUIRRE as Tellers who accepted those positions and proceeded to verify the corresponding Attendance List, the Registry of Shares, and the Proxies that were shown, certifying that the 3,270,500 Shares in which the total corporate stock of the Corporation is divided were legally represented and consequently the quorum referred by the By-laws in order to legitimately declare installed a Meeting, distributed as follows:

| SHAREHOLDERS | SHARES | |
|---|---|---|
| | SERIES A FIXED | SERIES B VARIABLE |
| VALORES ECOLOGICOS, S.A. DE C.V. | 495 | |
| MINERA LA FE DEL NORTE, S.A. DE C.V. | 5 | |
| VALORES ECOLOGICOS, S.A. DE C.V. | | 3,270,000 |
| TOTALS | 500 | 3,270,000 |
| TOTAL CAPITAL STOCK | 3,270,500 | |

As a consequence of the certification of the tellers regarding the representation of 100% of the shares that form the total subscribed and paid capital stock of the Corporation, the President declared the meeting legally installed and able to treat and resolve the issues that originated it, even though there was no publication of a previous Call, according to the By-laws.

Afterwards, the Secretary read the following:-

CGEA0041266

## AGENDA:

I.- PRESENTATION OF THE REPORT OF THE SOLE ADMINISTRATOR, INCLUDING THE FINANCIAL REPORTS REGARDING THE PARTIAL CORPORATE YEAR COMPRISED BETWEEN JANUARY 1 TO OCTOBER 31 2000, ITS DISCUSSION AND APPROVAL, IF APPLICABLE, AFTER REVIEWING THE EXAMINER'S REPORT.

II.- RATIFICATION, IF APPLICABLE, OF ALL THE ACTS AND AGREEMENTS TAKEN BY THE CURRENT SOLE ADMINISTRATOR DURING THE PARTIAL CORPORATE YEAR COMPRISED BETWEEN JANUARY 1 AND OCTOBER 31, 2000.

III.- PRESENTANTION OF THE PROPOSAL TO SELL SHARES ISSUED BY THE CORPORATION.

IV.- PRESENTATION OF THE RESIGNATION OF THE CURRENT SOLE ADMINISTRATOR AND EXAMINER OF THE CORPORATION.

V.- APPOINTMENT OF THE BOARD OF DIRECTORS AND EXAMINER WHOSE APPOINTMENTS WILL BE EFFECTIVE BEGINNING ON THIS DATE AND DETERMINATION OF THEIR FEE.

VI.- APPOINTMENT OF SPECIAL DELEGATE OR DELEGATES TO FORMALIZE THE RESOLUTIONS ADOPTED, IF APPLICABLE.

I. Regarding the FIRST POINT of the Agenda, the Secretary read the Report of the sole Administrator regarding the situation and activities of the Corporation during the Partial Corporate Year comprised between January 1 and October 31 2000, and also submitted to the Shareholders the General Accounts of the Corporate Year that is being revised and the Financial Reports of the Corporation.-

Following, the Examiner read his report.

After listening to the Report of the Sole Administrator, the Examiner's Report and after revising the Financial Reports of the Corporation, the Meeting by unanimous vote adopted the following RESOLUTIONS:

FIRST: The Report of the Sole Administrator about the situation and activities of the Corporation during the Partial Corporate Year comprised between January 1 and October 31 of the year 2000 is approved without any reserve.

SECOND. Based upon the report of the Examiner the General Accounts of the Corporate Year comprised between January 1 and October 31 of the year 2000, as well as the Financial Reports of the Corporation that correspond to the referred period are approved without any reserve. The aforementioned documents shall be attached to the file of this Minute.

II.- Regarding the SECOND POINT of the AGENDA, the Meeting by unanimous vote adopted the following RESOLUTION:

THIRD: All the acts and agreements adopted and performed by the Sole Administrator of the Corporation performed while performing his functions during the referred Corporate Year, and he is released from any responsibility that could originate from them.

III. Regarding the THIRD POINT contained in the Agenda, the Secretary read a proposal submitted to this Meeting to sell 5 shares issued by this Corporation owned by the Shareholder MINERA LA FE DEL NORTE, S.A. DE C.V. in favor of the company COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. since that benefits their interests.

The representative of the Shareholder VALORES ECOLOGICOS, S.A. DE C.V. expressed that it irrevocably waives its preferential right to acquire such shares:

The Secretary read a proposal submitted to this Meeting to sell 3,270,495 shares issued by this Corporation owned by the Shareholder VALORES ECOLOGICOS, S.A. DE C.V., in favor the company SARP INDUSTRIES MEXICO, S.A. DE C.V. since that benefits their interests.

The representative of the Shareholder MINERA LA FE DEL NORTE, S.A. DE C.V. expressed the irrevocable withdrawal by such company of its preemption right to acquire such shares' package.

After discussing the aforesaid proposals, the Meeting by unanimous vote adopted the following RESOLUTIONS:

FOURTH: It is hereby approve the sale of 5 shares issued by this Corporation owned by MINERA LA FE DEL NORTE, S.A. DE C.V. in favor of COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A.

FIFTH. It is hereby accepted the irrevocable waiver of the Shareholder VALORES ECOLOGICOS, S.A. DE C.V. to its preferential right to acquire the 5 shares mentioned in the previous RESOLUTION.

SIXTH: It is hereby authorized the sale of 3,270,495 shares issued by this Corporation owned by VALORES ECOLOGICOS, S.A. DE C.V. in favor of SARP INDUSTRIES MEXICO, S.A. DE C.V.

SEVENTH. It is hereby accepted the irrevocable waiver of the Shareholder MINERA LA FE DEL NORTE, S.A. DE C.V. to its preferential right to acquire the 3,270,495 shares mentioned in the previous RESOLUTION is accepted.

IV. Regarding the FOURTH POINT of the Agenda, the Secretary read the letters of resignation of the Sole Administrator and the Examiners.

Following, the Meeting by unanimous vote adopted the following RESOLUTIONS:

EIGHT: The resignation of the Sole Administrator, the Secretary and the current Examiner are hereby accepted and the Meeting gave thanks to them for the work that they performed during their period.

V.- Regarding the FIFTH POINT of the Agenda the Secretary informed the Shareholders that in the terms of the By-laws, it is necessary to appoint a Board of Directors and the Examiners that shall hold those positions beginning on this date, as well as the determination of their fees.

Following, the Secretary read the proposal that a Shareholder submitted for the consideration of the Meeting regarding the Board of Directors and the Examiners that shall hold those positions beginning on this date.

CGEA0041268

After discussing the aforesaid proposal, as well as the determination of the corresponding fees, the Meeting by unanimous vote adopted the following RESOLUTIONS:

NINTH: The following Board of Directors and Examiners whose positions will be effective beginning on this date are appointed:

## BOARD OF DIRECTORS

| DIRECTOR | | ALTERANTES |
|---|---|---|
| JEAN ALAIN JULLIEN | PRESIDENT | VACANT |
| PASCAL GAUTHIER | MEMBER | VACANT |
| JEAN JACQUES GRIMAUX | MEMBER | VACANT |
| PIERRE RELLET | MEMBER | VACANT |

LIC. LUIS SANTOS THERIOT     SECRETARY (BUT NOT DIRECTOR)

MR. ALBERTO VAZQUEZ     EXAMINER

TENTH: The Board of Directors appointed according to the previous RESOLUTION shall have the power, authority, and obligations contained in the by-laws. Similarly the appointed Examiners of the Corporation shall have the obligations and attributions contained in the by-laws and this Assembly takes note of the Directors' and Examiners' decision to waive their right to receive any fee for the performance of their position is accepted, same that is thanked to them by this Meeting.

ELEVENTH: The amount of $1,000.00 is hereby established as the amount of the guarantee that must be granted by the Directors and Examiners in order to secure their performance in the terms of the law.-

It is hereby certified that the Directors and Examiners have granted the guarantee set forth in this RESOLUTION.

VI. Regarding the FIFTH and last POINT of the Agenda, the Meeting by unanimous vote, adopted the following RESOLUTION:

TWELFTH. Messrs. LIC. HECTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE are appointed as SPECIAL DELEGATES of this Meeting so that in a joint or separate form they appear before the Notary public of their choice in order to protocolize the required parts of this Minute and in general to perform the required procedures in order to file the corresponding Public Deed of the aforesaid protocolization in the Public Registry of Property and Commerce, in case that would be necessary or convenient, formalizing the adopted Resolutions.

Without any other issue to deal with, this Meeting finished after being suspended by the proper time so that the Secretary could draft this Minute; following the Secretary read it and it was approved by unanimous vote, and was signed by the President, the Secretary and the Examiner according to the By-laws and Article 194 of the General Law of Commercial Corporations.

It is herein set forth that all the representatives of the shareholders were present since the beginning of this Meeting until it finished, as well as in the moment of taking each and every one of the adopted RESOLUTIONS.

A copy of this Minute in simple paper, the shown proxies, the Attendance List signed by the Attendants and duly certified by the appointed examiners and the other documents shown in the Meeting are added as attachments of this Minute. The aforesaid forms the file of this Meeting that is kept in the files of the Secretary.

The Meeting was adjourned at the 13:00 hours of the day, month, and year mentioned at the beginning.

ING. ABELARDO RAUL CAVAZOS
GARZA
PRESIDENT

ING. HECTOR VARGAS GARZA
SECRETARY

VALORES ECOLOGICOS, S.A. DE C.V.
represented by ING. HECTOR VARGAS
AGUIRRE

MINERA LA FE DEL NORTE, S.A. DE
C.V. represented by LIC. GUILLERMO
VARGAS AGUIRRE

C.P. RAUL SALINAS GARZA
EXAMINER

## ATTENDANCE LIST

TO THE GENERAL ORDINARY SHAREHOLDERS' MEETING OF INMOBILIARIA CONFINAMINA S.A. DE C.V. THAT TOOK PLACE AT THE 12:00 HOURS OF NOVEMBER 14, 2000 IN LAZARO CARDENAS 2400 OFFICE PB-5, SAN PEDRO GARZA GARCIA, N.L. CORPORATE DOMICILE.

| SHAREHOLDERS | SHARES | | SIGNATURES |
|---|---|---|---|
| | SERIES A FIXED | SERIES B VARIABLE | |
| VALORES ECOLOGICOS, S.A. DE C.V. represented by ING. HECTOR VARGAS AGUIRRE | 495 | | _____ |
| MINERA LA FE DEL NORTE, S.A. DE C.V. represented GUILLERMO VARGAS AGUIRRE | 5 | | _____ |
| VALORES ECOLOGICOS, S.A. DE C.V. represented by ING. HECTOR VARGAS AGUIRRE | | 3,270,000 | _____ |
| | | | ████████ |
| TOTALS | 500 | 3,270,000 | |
| TOTAL CAPITAL STOCK | | 3,270,500 | |

The undersigned appointed as Tellers in order to verify the Attendance Quorum of this Meeting, CERTIFY that, after revising the Stock Registry Book, the submitted proxies, and the Attendance List the totality of the 3,270,500 shares of the Total Capital Stock of INMOBILIARIA CONFINAMINA, S.A. DE C.V., that represents 100% of the subscribed and paid capital stock of the Corporation, are represented.

LIC. GUILLERMO VARGAS AGUIRRE
TELLER

LIC. HECTOR VARGAS AGUIRRE
TELLER

INMOBILIARIA CONFINAMINA, S.A. DE C.V.
GENERAL ANNUAL ORDINARY SHAREHOLDERS' MEETING
NOVEMBER 14, 2000

DEAR SHAREHOLDERS

According to the attributions and obligations that the By-laws of the Corporation grant me, as well as articles 164, 166, 169 and other relatives of the General Law of Commercial Corporations I proceeded to perform an examination of the operations of the Corporation regarding the Partial Corporate Year of the year 2000 that covers from January 1 to October 31, 2000.

Based upon such examination, I inform the Meeting the following:

I. I revised the existence of the guarantees referred by article 152 of the General Law of Commercial Corporations.
II. Every month I received from the Board of Directors sufficient information about the Financial Situation Sheet, as well as of the Gain and Loss Sheet..
III. I personally performed and exam of the operations, documentation and registries that the company has, to my judgment with the required extension to comply with the obligation of surveying the operations of the company.
IV. In my opinion the policies, accounting criteria and of information followed by the Corporation are adequate and sufficient.
V. In my opinion the report rendered by the Board of Directors to this Meeting is accurate and gives sufficient information about the operations of the company.
VI. As a consequence of all the above expressed and based upon the Financial Statements issued by the Corporation as of October 31, 2000 I recommend to this honorable Meeting the approval of the report rendered by the Sole Administrator as well as the ratification of all the acts and agreements taken by the Sole Administrator during the mentioned period.

ATTENTIVELY

C.P. RAUL SALINAS GARZA
EXAMINER

CGEA0041272

**INMOBILIARIA CONFINAMINA, S.A. DE C.V.**
**ACTA DE ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS**
**NOVIEMBRE 14, 2000**

En la ciudad de San Pedro Garza García, N.L., domicilio social de **INMOBILIARIA CONFINAMINA, S.A. DE C.V.** siendo las (14:00) horas del día (14) de noviembre del (2000) se reunieron en Lázaro Cárdenas 2400 Edificio Losoles Despacho PB-5, los representantes de accionistas cuyos nombres y firmas aparecen en la Lista de Asistencia al efecto preparada y certificada por el Escrutador designado, de la cual el original se agrega al expediente del duplicado de la presente Acta, con el objeto de celebrar una Asamblea General Ordinaria de Accionistas a la cual fueron debidamente citados.- Se encontraron presentes los Señores SR. JEAN ALAIN JULLIEN, eb sy calidad de Presidente del Consejo de Administración de la Sociedad, Sr. ALBERTO VAZQUEZ, Comisario de la Sociedad y, en calidad de invitados los señores LIC. HECTOR VARGAS AGUIRRE y LIC. GUILLERMO VARGAS AGUIRRE.-

Presidio la Asamblea el Sr. JEAN ALAIN JULLIEN, en su calidad de Presidente del Consejo de la Sociedad y actúo como Secretario el LIC. LUIS SANTOS THERIOT en calidad de Secretario del Consejo de Administración, esto de conformidad con los Estatutos Sociales.

A propuesta del Presidente, por unanimidad de votos la Asamblea designó Escrutadores a los Señores LIC. HECTOR VARGAS AGUIRRE y LIC. GUILLERMO VARGAS AGUIRRE, quienes aceptaron sus cargos y procedieron a verificar la correspondiente Lista de Asistencia, el Registro de Acciones y las Cartas Poder exhibidas, certificando que en la Asamblea de relación se encontraron legalmente representadas las 3,270,500 Acciones en que se encuentra dividido el capital social total de la Sociedad y por ende el quórum a que se refieren los Estatutos Sociales para declarar legítimamente instalada·la Asamblea, distribuidas de la siguiente manera:

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A |
|---|---|
| SARP INDUSTRIES MEXICO, S.A. DE C.V. | 495 |
| COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. | 5 |
| TOTAL CAPITAL MINIMO FIJO | 500 |

| ACCIONISTAS | ACCIONES PARTE VARIABLE SERIE B |
|---|---|
| SARP INDUSTRIES MEXICO, S.A. DE C.V. | 3,270,000 |
| TOTAL CAPITAL VARIABLE | 3,270,000 |
| TOTAL CAPITAL SOCIAL | 3,270,500 |

CGEA0041273

En virtud de la certificación de los Escrutadores respecto de haberse encontrado representado el 100% de las acciones representativas del Capital Social total suscrito y pagado de la Sociedad, el Presidente declaró legalmente instalada la Asamblea y apta para tratar y resolver los asuntos que la motivan, a pesar de no haberse publicado Convocatoria previa, de conformidad con lo dispuesto por los Estatutos Sociales.

Acto seguido, el Secretario dio lectura, a la siguiente:-

### ORDEN DEL DIA:

I.- RATIFICACION DEL NOMBRAMIENTO DEL CONSEJO DE ADMINISTRACION Y COMISARIOS Y DETERMINACION DE SUS EMOLUMENTOS.-

II.- REVOCACION DE PODERES OTORGADOS POR LA SOCIEDAD

III.- NOMBRAMIENTO DE DIVERSOS FUNCIONARIOS DE LA SOCIEDAD Y OTORGAMIENTO DE PODERES A FAVOR DE DIVERSAS PERSONAS.-

IV.- NOMBRAMIENTO DE DELEGADO O DELEGADOS ESPECIALES PARA FORMALIZAR LOS ACUERDOS ADOPTADOS, EN SU CASO.

I.- Con respecto al desahogo del PRIMER PUNTO contenido en la Orden del Día, el Secretario informó a los Señores Accionistas que se había presentado una propuesta para la ratificación del nombramiento del Consejo de Administración y los Comisarios, así como la determinación de sus emolumentos.

Discutida que fue la proposición anterior, así como la determinación de los emolumentos correspondientes, la Asamblea por unanimidad de votos tomó los siguientes ACUERDOS:

PRIMERO:    Se ratifica la designación del Consejo de Administración y Comisario de la Sociedad, de modo que que dichos órganos de administración y vigilancia quedan designados como sigue:

CGEA0041274

## CONSEJO DE ADMINISTRACION

| PROPIETARIOS | | SUPLENTES |
|---|---|---|
| JEAN ALAIN JULLIEN | PRESIDENTE | VACANTE |
| PASCAL GAUTHIER | CONSEJERO | VACANTE |
| JEAN JACQUES GRIMAUX | CONSEJERO | VACANTE |
| PIERRE RELLET | CONSEJERO | VACANTE |

LIC. LUIS SANTOS THERIOT        SECRETARIO NO CONSEJERO

COMISARIO

SR. ALBERTO VAZQUEZ

**SEGUNDO:** El Consejo de Administración designado conforme al ACUERDO precedente tendrá los poderes, facultades y obligaciones contenidos en los Estatutos Sociales. Asi mismo el Comisario de la Sociedad designado tendrá, las obligaciones y atribuciones contenidas en los Estatutos Sociales y se acepta la renuncia de los Consejeros y el Comisario a percibir remuneración alguna por el desempeño de sus funciones, lo cual les es agradecido plenamente por la presente Asamblea.-

**TERCERO:** Se establece la cantidad de $1,000.00 como el monto de la garantía que deberán otorgar los Consejeros y Comisario para caucionar su función en los términos de los Estatutos Sociales.-

Se hace constar que los Consejeros y Comisario han otorgado la garantía establecida en el presente ACUERDO.

II.- Con respecto al desahogo del SEGUNDO PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos, tomó el siguiente ACUERDO:

**CUARTO:** Se revocan todas las designaciones y poderes otorgados por la Sociedad hasta esta fecha.

III.- Con respecto al desahogo del TERCER PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos, salvando el suyo los interesados, tomó los siguientes ACUERDOS:

QUINTO: Se otorgan y confieren al Señor Jean-Alain Jullien como Presidente del Consejo de esta Sociedad los siguientes poderes y facultades:

a) **Poder General para Actos de Administración**, de acuerdo con lo previsto en el segundo párrafo del artículo 2,448 (dos mil cuatrocientos cuarenta y ocho) del Código Civil del Estado de Nuevo León, su correlativo párrafo segundo del artículo 2,554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y los artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos.

b) **Poder General para Actos de Administración Laboral**, de acuerdo con lo previsto en los numerales 11 (once), 786 (setecientos ochenta y seis) y 787 (setecientos ochenta y siete) de la Ley Federal del Trabajo; incluyendo expresamente, pero sin que ello sea limitativo, facultades para actos de administración en materia laboral tales como la ocupación y distribución de trabajadores, la determinación de las tareas que corresponden a cada puesto o área de trabajo y su remuneración y, en su caso, la desocupación o promoción de todo tipo de trabajadores, pudiendo, por ende, negociar, celebrar, terminar o rescindir toda clase de contratos o convenios de trabajo; proponer arreglos conciliatorios, absolver posiciones para desahogar la prueba confesional y representar a la Sociedad frente a todo tipo de autoridades, dependencias, entidades y organismos federales, estatales o municipales, de naturaleza judicial, administrativa o del trabajo, sean de la especie y de la denominación que fueren y frente a todo tipo de personas morales y físicas, para cualquier trámite y/o procedimiento laboral administrativo y, en general, obligar a la Sociedad en materia laboral en todo aquello que competa a la administración.

c) **Poder General Cambiario** en los términos de los artículos 9 (noveno) fracción I y 85 (ochenta y cinco) de la Ley General de Títulos y Operaciones de Crédito, que incluye, entre otras, facultades para suscribir, emitir, endosar, aceptar, protestar, avalar, presentar para aceptación y pago y, en general, para negociar títulos de crédito, así como para abrir y cerrar cuentas bancarias a nombre de la Sociedad, girar cheques en contra de dichas cuentas y retirar fondos de ellas.

d) d) **Poder General para Pleitos y Cobranzas**, que se le concede con todas las facultades generales y las especiales que requieran cláusula especial, de acuerdo con lo previsto en los artículos 2,448 (dos mil cuatrocientos cuarenta y ocho) párrafo primero y 2,481 (dos mil cuatrocientos ochenta y uno) del Código Civil del Estado de Nuevo León, sus correlativos los artículos 2,554 (dos mil quinientos cincuenta y cuatro) párrafo primero y 2,587 (dos mil quinientos ochenta y siete) del Código Civil Federal, y los artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos, estando facultado, por consiguiente, entre otras cosas, para representar a la Sociedad frente a todo tipo de autoridades, dependencias, entidades y organismos federales, estatales o municipales, sea de la especie y de la denominación que fueren, y frente a todo tipo de personas morales y físicas; para presentar toda clase de demandas; contestarlas, desistirse de ellas cuando en su opinión fuere conveniente y seguirlas en todas sus instancias; para interponer recursos o defensas; para ofrecer y desahogar pruebas; para interrogar o tachar testigos; para renunciar a términos o a plazos, para



renunciar a competencias o jurisdicciones cuando sea permitido por la ley; para comprometer en árbitros o someterse a procedimientos arbitrales; para absolver y articular posiciones; para impugnar o recusar jueces, para recibir pagos; para presentar denuncias, acusaciones o querellas de naturaleza penal y para desistirse de ellas; para convertirse en tercero coadyuvante en el ejercicio de la acción penal y conceder perdones; para presentar demandas de amparo y desistirse de ellas cuando convenga a los intereses de la poderdante; para representar a la Sociedad conforme y para los efectos de los artículos (11) once, (46) cuarenta y seis, (47) cuarenta y siete, (134) ciento treinta y cuatro fracción (III) Tercera, (523) quinientos veintitrés, (692) seiscientos noventa y dos, fracciones (I, II y III) Primera, Segunda y Tercera, (786) setecientos ochenta y seis, (787) setecientos ochenta y siete, (873) ochocientos setenta y tres, (874) ochocientos setenta y cuatro, (876) ochocientos setenta y seis, (878) ochocientos setenta y ocho, (880) ochocientos ochenta, (883) ochocientos ochenta y tres, (884) ochocientos ochenta y cuatro y demás relativos de la Ley Federal del Trabajo, para comparecer ante las Juntas de Conciliación y Arbitraje con la representación patronal y la representación legal de la empresa para todos los efectos de acreditar la personalidad y la capacidad en juicio o fuera de él, con facultades para articular y absolver posiciones, para desahogar la prueba confesional en todas sus partes; para comparecer con toda la representación legal bastante y suficiente a la audiencia de conciliación, de demanda y excepciones y de ofrecimiento y admisión de pruebas, así como para acudir a la audiencia de desahogo de pruebas; asimismo con facultades para proponer arreglos conciliatorios, celebrar transacciones, para tomar toda clase de decisiones para negociar y suscribir convenios laborales y en general, para incoar procesos y acciones de naturaleza civil, mercantil, penal, laboral, administrativa o de cualesquiera otras especies, entendiéndose que la enumeración de facultades contenida en este inciso es de carácter ejemplificativo y de ninguna manera limitativo.

e) Los poderes otorgados en los incisos a), b), c) y d) anteriores tendrán como limitaciones: a) la venta y gravamen de los activos de la Sociedad, b) la toma de decisiones respecto de la venta y gravamen de participaciones en acciones o partes sociales que la Sociedad tenga en otras empresas y c) el endeudamiento de la Sociedad en cualquier forma. La facultad para realizar las actividades antes precisadas estará expresamente reservada al Consejo de Administración o a la Asamblea de Accionistas.

f) El Sr. Jean-Alain Jullien tendrá facultades para otorgar poderes generales o especiales concediendo facultades y poderes de entre los señalados en los incisos a), b), c) y d) arriba precisados, con o sin facultades de substitución, así como para revocar los poderes que hayan sido otorgados; lo anterior, siempre con apego a las limitaciones señaladas en el inciso e) de esta resolución.

7. Se otorga a los señores Jean-Alain Jullien y/o Pascal Gauthier y/o Jean-Jacques Grimaux y/o Pierre Rellet poder cambiario especial con la finalidad de que en nombre de Inmobiliaria Confinamina, S.A. de C.V. puedan llevar a cabo las acciones conducentes para abrir cuentas bancarias en cualquier institución de crédito mexicana o extranjera, autorizar a otras personas para que con su firma puedan disponer de los recursos depositados en las cuentas, efectuar depósitos de cualquier tipo, hacer retiros, librar cheques, dar instrucciones para que se efectúen transferencias electrónicas de fondos y, en general, girar instrucciones relativas a la disposición de las cantidades depositados en la cuenta o cuentas de la Sociedad en México y/o en el extranjero.

8. Se otorgan a los señores Pascal Gauthier, Jean-Jacques Grimaux y Pierre Rellet los siguientes poderes para que los ejerzan de forma conjunta o separada:

a) **Poder General para Pleitos y Cobranzas,** que se le concede con todas las facultades generales y las especiales que requieran cláusula especial, de acuerdo con lo previsto en los artículos 2,448 (dos mil cuatrocientos cuarenta y ocho) párrafo primero y 2,481 (dos mil cuatrocientos ochenta y uno) del Código Civil del Estado de Nuevo León, sus correlativos los artículos 2,554 (dos mil quinientos cincuenta y cuatro) párrafo primero y 2,587 (dos mil quinientos ochenta y siete) del Código Civil Federal, y los artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos, estando facultado, por consiguiente, entre otras cosas, para representar a la Sociedad frente a todo tipo de autoridades, dependencias, entidades y organismos federales, estatales o municipales, sea de la especie y de la denominación que fueren, y frente a todo tipo de personas morales y físicas; para presentar toda clase de demandas; contestarlas, desistirse de ellas cuando en su opinión fuere conveniente y seguirlas en todas sus instancias; para interponer recursos o defensas; para ofrecer y desahogar pruebas; para interrogar o tachar testigos; para renunciar a términos o a plazos, para renunciar a competencias o jurisdicciones cuando sea permitido por la ley; para comprometer en árbitros o someterse a procedimientos arbitrales; para absolver y articular posiciones; para impugnar o recusar jueces, para recibir pagos; para presentar denuncias, acusaciones o querellas de naturaleza penal y para desistirse de ellas; para convertirse en tercero coadyuvante en el ejercicio de la acción penal y conceder perdones; para presentar demandas de amparo y desistirse de ellas cuando convenga a los intereses de la poderdante; para representar a la Sociedad conforme y para los efectos de los artículos (11) once, (46) cuarenta y seis, (47) cuarenta y siete, (134) ciento treinta y cuatro fracción (III) Tercera, (523) quinientos veintitrés, (692) seiscientos noventa y dos, fracciones (I, II y III) Primera, Segunda y Tercera, (786) setecientos ochenta y seis, (787) setecientos ochenta y siete, (873) ochocientos setenta y tres, (874) ochocientos  setenta y cuatro, (876) ochocientos setenta y seis, (878) ochocientos setenta y ocho, (880) ochocientos ochenta, (883) ochocientos ochenta y tres, (884) ochocientos ochenta y cuatro y demás relativos de la Ley Federal del Trabajo, para comparecer ante las Juntas de Conciliación y Arbitraje con la representación patronal y la representación legal de la empresa para todos los efectos de acreditar la personalidad y la capacidad en juicio o fuera de él, con facultades para articular y absolver posiciones, para desahogar la prueba confesional en todas sus partes; para comparecer con toda la representación legal bastante y suficiente a la audiencia de conciliación, de demanda y excepciones y de ofrecimiento y admisión de pruebas, así como para acudir a la audiencia de desahogo de pruebas; asimismo con facultades para proponer arreglos conciliatorios, celebrar transacciones, para tomar toda clase de decisiones para negociar y suscribir convenios laborales y en general, para incoar procesos y acciones de naturaleza civil, mercantil, penal, laboral, administrativa o de cualesquiera otras especies, entendiéndose que la enumeración de facultades contenida en este inciso es de carácter ejemplificativo y de ninguna manera limitativo.

g) b) **Poder General para Actos de Administración Laboral,** de acuerdo con lo previsto en los numerales 11 (once), 786 (setecientos ochenta y seis) y 787 (setecientos ochenta y siete) de la Ley Federal del Trabajo; incluyendo expresamente, pero sin que ello sea limitativo, facultades para actos de administración en materia laboral tales como la ocupación y distribución de trabajadores, la determinación de las tareas que corresponden a cada puesto o área de trabajo y su remuneración y, en su caso,  la desocupación o promoción de todo tipo de trabajadores, pudiendo, por ende, negociar, celebrar, terminar o rescindir toda clase de contratos o convenios

CGEA0041278

de trabajo; proponer arreglos conciliatorios, absolver posiciones para desahogar la prueba confesional y representar a la Sociedad frente a todo tipo de autoridades, dependencias, entidades y organismos federales, estatales o municipales, de naturaleza judicial, administrativa o del trabajo, sean de la especie y de la denominación que fueren y frente a todo tipo de personas morales y físicas, para cualquier trámite y/o procedimiento laboral administrativo y, en general, obligar a la Sociedad en materia laboral en todo aquello que competa a la administración.

c) Los poderes precisados en los incisos a) y b) anteriores se otorgan en el entendido de que los apoderados contarán con facultades de delegación.

SEXTO: Se otorgan a los señores Lic. HECTOR VARGAS AGUIRRE, LIC. ANDRES GONZALEZ SANDOVAL y LIC. RUBEN ALEJANDRO RODRIGUEZ PADILLA un Poder General Para Pleitos y Cobranzas sin facultades de delegación para que lo ejerzan de forma conjunta o separada al tenor de las siguientes facultades:

a) **Poder General para Pleitos y Cobranzas**, que se le concede con todas las facultades generales y las especiales que requieran cláusula especial, de acuerdo con lo previsto en los artículos 2,448 (dos mil cuatrocientos cuarenta y ocho) párrafo primero y 2,481 (dos mil cuatrocientos ochenta y uno) del Código Civil del Estado de Nuevo León, sus correlativos los artículos 2,554 (dos mil quinientos cincuenta y cuatro) párrafo primero y 2,587 (dos mil quinientos ochenta y siete) del Código Civil Federal, y los artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos. En consecuencia se confiere sin limitación alguna, con facultades para representar a la Sociedad ante particulares y ante toda clase de autoridades de cualquier fuero, sean federales, estatales o municipales, administrativas, judiciales, legislativas, o militares, incluyendo juntas de conciliación y arbitraje, juntas de conciliación, en general todo tipo de autoridades del trabajo. El presente poder incluye facultad para desistir, para transigir, para comprometer en arbitros, para absolver y articular posiciones, para recusar, para recibir pagos, para desistirse del juicio de Amparo, para presentar denuncias, querellas, desistirse de las mismas, coadyuvar con el Ministerio Público y otorgar perdón, así como para promover medios preparatorios de juicio, actos de jurisdicción voluntaria, en general cualquier tipo de acción o procedimiento, en juicio o fuera de él.

El presente Poder tendrá la limitación que los Apoderados designados solamente podrán llevar a cabo cesión de bienes si cuentan con la aprobación previa por escrito del Consejo de Administración de la Sociedad.

SEPTIMO:    Se otorga al Doctor JUAN ANTONIO CUELLAR LOPEZ Poder Especial para actos de administración y de dominio, suficiente y cumplido en cuanto a derecho proceda, para que pueda transferir mediante permuta a favor de Residuos Industriales Multiquim, S.A. de C.V. una superficie de hasta 700 hectáreas que forman parte de las 1,625 hectáreas que integran el Lote identificado como "Parcela No. 39" ubicado en el municipio de Mina, N.L. que Inmobiliaria Confinamina S.A. de C.V. adquirió en propiedad mediante escritura pública No. 8906 de fecha 17 de octubre del 2000 otorgada ante el Notario Público licenciado Héctor Villegas Olivares con ejercicio en la ciudad de

Monterrey, N.L. e inscrita en el Registro Público de la Propiedad bajo los siguientes datos: Bajo el No. 417, Volumen 39, Libro 5, Sección Propiedad, Unidad Mina. N.L., el 31 de octubre del 2000, a cambio de recibir de Residuos Industriales Multiquim, S.A. de C.V. una superficie equivalente que forme parte del predio colindante que esta última tiene autorizado para operar como confinamiento de residuos peligrosos pero que, por las condiciones sinuosas de parte de dicho predio, no utiliza en la actualidad dicha parte para el citado fin. El Apoderado queda tambien autorizado para gestionar y obtener de las autoridades competentes los permisos o autorizaciones que sean necesarios para los efectos aquí previstos. Del uso de este poder el apoderado deberá informar al Consejo de Administración.

IV.- Con respecto al desahogo del CUARTO y último PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos tomó el siguiente ACUERDO:

OCTAVO:    Se designan a los Señores Lic. LUIS SANTOS THERIOT y Lic. JOSE GUADALUPE GONZALEZ MERAZ como DELEGADOS ESPECIALES de la presente Asamblea, a fin de que en forma conjunta o separada ocurran ante el Notario Público de su elección a protocolizar en lo conducente el Acta que se levante de la presente Asamblea, revocar las designaciones y poderes e instituir a los funcionarios y apoderados designados, otorgarles los poderes y facultades en los términos acordados en esta Asamblea, y en general para gestionar la inscripción en el Registro Público de la Propiedad y del Comercio, correspondiente del Testimonio que de dicha protocolización se expida, en caso de así considerarse necesario o conveniente, formalizando los Acuerdos adoptados.-

No habiendo otro asunto que tratar, se dio por terminada la presente Asamblea que se suspendió por el término prudente para que el Secretario procediera a levantar la presente Acta por duplicado; acto seguido el Secretario dio lectura a la misma, y por unanimidad de votos se aprobó, firmándose por el Presidente, el Secretario de la Asamblea, todos los representantes de los accionistas y el Comisario, de conformidad con lo dispuesto por los Estatutos Sociales y Artículo 194 de la Ley General de Sociedades Mercantiles.-

Se hace constar que todos los representantes de accionistas estuvieron presentes desde el inicio de la presente Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los ACUERDOS adoptados.-

Se agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose a esta última las Cartas Poder exhibidas, la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los Escrutadores designados y demás documentos presentados en la

CGEA0041280

Asamblea. Todo ello forma el expediente de esta Asamblea que se conserva en el archivo de la Secretaría.-

Se concluyó la Asamblea a las 15:00 horas del día, mes y año al principio señalados.-

_____
. SR. JEAN ALAIN JULLIEN
PRESIDENTE

_____
SR. LIC. LUIS SANTOS THERIOT
SECRETARIO

_____
SARP INDUSTRIES MEXICO, S.A. DE C.V.

_____
COMPAGNIE GENERALE
D'ENTREPRISES AUTOMOBILES, S.A.

Representada por el LIC. LUIS SANTOS
THERIOT

Representada por el Sr. KEN LEVINE

_____
SR. ALBERTO VAZQUEZ
Comisario

CGEA0041281

## LISTA DE ASISTENCIA

A LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE INMOBILIARIA CONFINAMINA, S.A. DE C.V. CELEBRADA A LAS 14:00 HORAS DEL DIA 14 DE NOVIEMBRE DEL 2000, EN LAZARO CARDENAS 2400 DESPACHO PB-5, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| SARP INDUSTRIES MEXICO, S.A. DE C.V. Representada por el Lic. LUIS SANTOS THERIOT | 495 | |
| COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. Representada por el SR. KEN LEVINE | 5 | |

| ACCIONISTAS | ACCIONES PARTE VARIABLE SERIE B | FIRMAS |
|---|---|---|
| SARP INDUSTRIES MEXICO, S.A. DE C.V. Representada por el Lic. LUIS SANTOS THERIOT | 3,270,000 | |

TOTAL CAPITAL SOCIAL          **3,270,500**

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de relación, HACEMOS CONSTAR que, habiendo revisado el Libro de Registro de Acciones, las Cartas Poder exhibidas y esta Lista de Asistencia, se encuentran representadas la totalidad de las 3,270,500 acciones del Capital Social Total de INMOBILIARIA CONFINAMINA, S.A. DE C.V., mismas que representan el 100% del capital social suscrito y pagado de la Sociedad

LIC. HECTOR VARGAS AGUIRRE
ESCRUTADOR

LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR

CGEA0041282

 CGEA

**PROXY/CARTA PODER**

San Pedro Garza García, N.L.

November/Noviembre 8, 2000

MR.(SR.) LUIS SANTOS THERIOT

Present./Presente.

Dear sir:

Through this letter we grant you a SPECIAL PROXY, as broad, complied, and sufficient as may be necessary under law, so that you attend the General Ordinary Shareholders' Meeting of INMOBILIARIA CONFINAMINA, S.A. DE C.V. that will take place November 14, 2000 representing 495 Series "A" shares and 3,270,000 Series "B" shares issued by the company INMOBILIARIA CONFINAMINA, S.A. DE C.V. and owned by SARP INDUSTRIES MEXICO, S.A. DE C.V. and so that thereat you may hear, discuss, and vote regarding the issues to be dealt with at such Meeting.

Of course we bind ourselves to be and pass through everything that you perform within the limits of this proxy.

Sincerely,

Muy señor nuestro:

Por medio de la presente otorgamos a Usted un PODER ESPECIAL, tan amplio, cumplido y suficiente, cuanto en derecho sea necesario para asistir a la Asamblea General Ordinaria de Accionistas de la sociedad denominada INMOBILIARIA CONFINAMINA, S.A. DE C.V., que se celebrará el día 14 de noviembre del 2000, representando 495 acciones Serie "A" y 3,270,000 acciones Serie "B" emitidas por la citada sociedad INMOBILIARIA CONFINAMINA, S.A. DE C.V., propiedad de SARP INDUSTRIES MEXICO, S.A. DE C.V. y para que oiga, opine y vote sobre los asuntos que en dicha Asamblea hayan de tratarse.

Desde luego nos obligamos a estar y pasar por todo lo que usted realice dentro de los límites del presente poder.

Atentamente,

SARP INDUSTRIES MEXICO, S.A. DE C.V.

By/Por: JEAN-ALAIN JULLIEN
Position/Cargo: President of the Board of Directors/
Presidente del Consejo de Administración

Testigo/Witness

Testigo/Witness

CGEA0041283

 CGEA

**PROXY/CARTA PODER**

San Pedro Garza García, N.L.

November/Noviembre 7 , 2000

MR.(SR.) KEN LEVINE

Present./Presente

Dear sir:

Through this letter we grant you a SPECIAL PROXY, as broad, complied, and sufficient as may be necessary under law, so that you attend the General Ordinary Shareholders' Meeting of INMOBILIARIA CONFINAMINA, S.A. DE C.V. that will take place on November 14, 2000 representing 5 Series "A" shares issued by the company INMOBILIARIA CONFINAMINA, S.A. DE C.V. and owned by COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. and so that thereat you may hear, discuss, and vote regarding the issues to be dealt with at such Meeting.

Of course we bind ourselves to be and pass through everything that you perform within the limits of this proxy.

Sincerely,

Muy señor nuestro:

Por medio de la presente otorgamos a Usted un PODER ESPECIAL, tan amplio, cumplido y suficiente, cuanto en derecho sea necesario para asistir a la Asamblea General Ordinaria de Accionistas de la sociedad denominada INMOBILIARIA CONFINAMINA, S.A. DE C.V., que se celebrará el día 14 de noviembre del 2000, representando 5 acciones Serie "A" emitidas por la citada sociedad INMOBILIARIA CONFINAMINA, S.A. DE C.V., propiedad de COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. y para que oiga, opine y vote sobre los asuntos que en dicha Asamblea hayan de tratarse.

Desde luego nos obligamos a estar y pasar por todo lo que usted realice dentro de los límites del presente poder.

Atentamente,

COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A.

By/Por: _Jean Chauvier_
Position/Cargo: _Vice President_

Testigo/Witness

Testigo/Witness

CGEA0041284