El suscrito, Secretario del Consejo de Administración de la persona moral denominada SARP INDUSTRIES MEXICO, S.A. DE C.V., con fundamento en lo establecido por los Artículos 128 y 129 de la Ley General de Sociedades Mercantiles y 7ª de los Estatutos Sociales, hago constar la transmisión, por parte de SARP INDUSTRIES, S.A. en favor de SIID, S.A. de 499 (cuatrocientas noventa y nueve) acciones ordinarias, nominativas, Serie "F", con valor nominal de $100.00 (CIEN PESOS 00/100 M.N.) cada una, representativas de la parte mínima fija del capital social de SARP INDUSTRIES MEXICO, S.A. DE C.V.

Para acreditar lo anterior, se me exhibe el original del Título Accionario No. 1 (uno), que ampara las referidas 499 (cuatrocientas noventa y nueve) acciones, debidamente endosado en favor de SIID, S.A.

En consecuencia, se procede a lo siguiente:

1. Se cancela la inscripción existente en este Registro, en favor de SARP INDUSTRIES, S.A., de nacionalidad francesa, como titular de 499 (cuatrocientas noventa y nueve) acciones representativas del capital social de SARP INDUSTRIES MEXICO, S.A. DE C.V., amparadas por el Título Accionario No. 1 (uno).

2. Se inscribe a SIID, S.A., de nacionalidad francesa, con domicilio en Zone Industrielle de Limay Porcheville, Route du Hazay 78520, Limay, Francia, como titular de 499 (cuatrocientas noventa y nueve) acciones ordinarias, nominativas, Serie "F", con valor nominal de $100.00 (CIEN PESOS 00/100 M.N.) cada una, representativas de la parte mínima fija del capital social de SARP INDUSTRIES MEXICO, S.A. DE C.V., amparadas por el Título Accionario No. 1 (uno), expedido en fecha 17 de octubre del 2000.

San Pedro Garza García, N.L., a 7 de noviembre del 2000

Lic. Luis Santos Theriot

Secretario

CGEA0041370

The undersigned. Secretary of the Board of Directors of the corporation named SARP INDUSTRIES MEXICO. S.A. DE C.V., based upon the content of articles 128 and 129 of the General Law of Commercial Corporations. and Ninth-of the Corporate By-laws. begins this Book of Registry of Shares. making a relation of the form in which the 500 (five hundred) ordinary. nominative. fully paid. Series "F" shares with a par value of $100.00 (ONE HUNDRED PESOS AND 00/100 Mexican Currency) each one. which represent the total capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V. for the amount of $50,000.00 (FIFTY THOUSAND PESOS AND 00/100 Mexican Currency). This relation includes the information from the founding shareholders of the Corporation, who subscribed and paid in cash the aforesaid 500 (five hundred) shares and to whom the Definite Stock Certificates that represent those shares are issued to them on this date as follows:

| STOCK CERTIFICATE # | SHAREHOLDER | NATIONALITY | DOMICILE | SHARES |
|---|---|---|---|---|
| 1 | SARP INDUSTRIES. S.A. | French | Route du Hazay, Zone Portuaire de Limay Porcheville 78520 Limay, France | 499 Series "F" shares from number 1 to 499 |
| 2 | COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES. S.A. | French | Parc des Fontaines 169 Avenue Georges Clémenceau, Nanterre Cedex, France | 1 (one) Series "F" shares, number 500. |

San Pedro Garza García, N.L.. October 17, 2000


Lic. Luis Santos Theriot
Secretary

CGEA0041371

The undersigned, Secretary of the Board of Directors of the corporation named SARP INDUSTRIES MEXICO, S.A. DE C.V., based upon the content of articles 128 and 129 of the General Law of Commercial Corporations and Seventh of the Corporate By-laws, herein certify the transfer, by SARP INDUSTRIES, S.A. in favor of SICO, S.A., of 499 (four hundred ninety nine) ordinary, nominative, Series "F" shares with a par value of $100.00 (ONE HUNDRED PESOS AND 00/100 Mexican currency) each one, representatives of the minimum fixed portion of the capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V.

In order to support the foregoing, the Stock Certificate Number 1 (one), that covers the referred 499 (four hundred ninety nine) shares, duly endorsed in favor of SICO, S.A., is shown to me.

Consequently, the following actions result applicable:

1. The entry of this book in favor of SARP INDUSTRIES, S.A. of French nationality as title holder of 499 (four hundred ninety nine) shares representative of the capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V. supported by the Stock Certificate Number 1 (one) is canceled.

2. The company SICO, S.A. of French nationality and domicile in Zone Industrialle de Limay Porcheville, Route du Hazay 78520, Limay, Francia is registered as title holder of 499 (four hundred ninety nine) ordinary, nominative, Series "F" shares with a par value of $100.00 (ONE HUNDRED PESOS AND 00/100 Mexican currency) each one, representatives of the minimum fixed portion of the capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V. supported by the Stock Certificate Number 1 (one) issued on October 17, 2000.

San Pedro Garza García, N.L., November 7, 2000

Lic. Luis Santos Theriot
Secretary

CGEA0041372

## INMOBILIARIA CONFINAMINA, S.A. DE C.V.

| No. of Stock Certificate | Name of Owner | No. of Shares |
|---|---|---|
| 1 | Sarp Industries México, S.A. de C.V. | 495 Serie A |
| 2 | Sarp Industries México, S.A. de C.V. | 3.270.000 Serie B |
| 3 | Compagnie Générale D'Entreprises Automobiles, S.A. | 5 Serie A |

CGEA0041373

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 1 | $49,500.00 M.N. |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA |
|---|---|
| CUATROCIENTAS NOVENTA Y CINCO | SI ☑ NO ☐ |

**NOMBRE DE LA SOCIEDAD**

INMOBILIARIA CONFINAMINA, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

LA COMPRA VENTA, POSESION DE TODO TIPO DE BIENES MUEBLES E INMUEBLES EL FRACCIONAMIENTO Y TODA CLASE DE CONSTRUCCIONES O RECONSTRUCCIONES

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, N.L. | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| | |
|---|---|
| ESCRITURA No. 5442 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 4 DE AGOSTO 1999 | SECCION DE COMERCIO CON EL No. 2495 |
| CIUDAD MONTERREY, N.L. | A FOJAS SIN FOLIO |
| NOTARIO No. 3 | VOLUMEN 431 |
| LIC. EMILIO CARDENAS ESTRADA | LIBRO 3 SEGUNDO AUXILIAR |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 3,270,500 | $100.00 | $327,050,000.00 M.N. |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| NOMINATIVAS | VALORES ECOLOGICOS, S.A. DE C.V. | |
| NACIONALIDAD | DOMICILIO | |
| MEXICANA | LAZARO CARDENAS 2400 PB-7 SAN PEDRO GARZA GARCIA N.L. | |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que forman el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".

**FECHA DE EMISION** OCTUBRE 25, 2000

| FIRMA | FIRMA |
|---|---|
| NOMBRE ING. ABELARDO CAVAZOS GARZA | NOMBRE |
| CARGO ADMINISTRADOR UNICO | CARGO |

3501

CGEA0041374



POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE SARP
INDUSTRIES MEXICO, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD DE LAS
ACCIONES QUE AMPARA EL PRESENTE TITULO

NOVIEMBRE 14, 2008

VALORES ECOLOGICOS
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041375



CGEA0041376

A grid of blank stock certificate stub forms (3 columns × 7 rows), each containing the fields:

- NUMERO DEL TITULO | ACCIONES QUE AMPARA
- NOMBRE DE LA SOCIEDAD
- FIRMA

CGEA0041377

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 2 | $500.00 M.N. |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| CINCO | SI | X |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**

INMOBILIARIA CONFINAMINA,S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

LA COMPRA VENTA, POSESION DE TODO TIPO DE BIENES MUEBLES E INMUEBLES
EL FRACCIONAMIENTO Y TODA CLASE DE CONSTRUCCIONES O RECONSTRUCCIONES

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA,N.L. | NOVENTA Y NEUVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| ESCRITURA No. 5442 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| FECHA 4 DE AGOSTO 1999 | SECCION DE COMERCIO CON EL No. 2495 |
| CIUDAD MONTERREY N.L. | A FOJAS SIN FOLIO |
| NOTARIO No. 3 | VOLUMEN 431 |
| LIC. EMILIO CARDENAS ESTRADA | LIBRO 3 SEGUNDO AUXILIAR |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 3,270,500 | $100.00 | $327,050,000.00 M.N. |

| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS |
|---|---|
| NOMINATIVAS | MINERA LA FE DEL NORTE, S.A. DE C.V. |

| NACIONALIDAD | DOMICILIO |
|---|---|
| MEXICANA | TIZOC 404-3 COL VALLE DE ANAHUAC, SAN NICOLAS DE DE LOS GARZA, N.L. |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas deberan votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales seran ordinarias o extraordinarias: será obligatorio celebrar una asamblea general ordinaria dentro de los 120 dias siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asambleas ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interes o participacion social en la Sociedad, se considerara por ese simple hecho como mexicano respecto de una y otra, y se entendera que conviene en no invocar la proteccion de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interes o participacion en beneficio de la Nacion Mexicana"

**FECHA DE EMISION**    OCTUBRE 25, 2000

| FIRMA | FIRMA |
|---|---|
| NOMBRE ING. ABELARDO CAVAZOS GARZA | NOMBRE |
| CARGO ADMINISTRADOR UNICO | CARGO |

CGEA0041378

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR COMPAGNIE
GENERALE D'ENTREPRISES AUTOMOBILES, S.A. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

NOVIEMBRE 14, 2000

MINERA LA FE DEL NORTE, S.A. DE C.V.
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041379

CGEA0041380



CGEA0041381

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 3 | $327,000,000.00 M.N. |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA |
|---|---|
| TRES MILLONES DOSCIENTAS SETENTA MIL | SI ☒ <br> NO ☐ |

**NOMBRE DE LA SOCIEDAD**

INMOBILIARIA CONFINAMINA, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

LA COMPRA VENTA, POSESION DE TODO TIPO DE BIENES MUEBLES E INMUEBLES
EL FRACCIONAMIENTO Y TODA CLASE DE CONSTRUCCIONES O RECONSTRUCCIONES

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, N.L. | NOVENTA Y NUEVE AÑOS |

### DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL

| | |
|---|---|
| ESCRITURA No 5442 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 4 DE AGOSTO 1999 | SECCION DE COMERCIO CON EL No. 2405 |
| CIUDAD MONTERREY, N.L. | A FOJAS SIN FOLIO |
| NOTARIO No. 3 | VOLUMEN 431 |
| Lic.EMILIO CARDENAS ESTRADA | LIBRO 3 SEGUNDO AUXILIAR |

### DATOS DEL CAPITAL SOCIAL

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 3,270,500 | $100.00 | $327,050,000.00 M.N. |
| NOMINATIVAS | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS <br> VALORES ECOLOGICOS, S.A. DE C.V. | |
| NACIONALIDAD <br> MEXICANA | DOMICILIO <br> LAZARO CARDENAS 2400 PB-7 SAN PEDRO GARZA GARCIA,N.L. | |

### PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.

VOTO.— Los accionistas podran votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales seran ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 dias siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA - "Todo extranjero que en el acto de la Constitucion o en cualquier tiempo ulterior adquiera un interés o participacion social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la proteccion de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participacion en beneficio de la Nacion Mexicana"

| FECHA DE EMISION OCTUBRE 25, 2000 | |
|---|---|
| FIRMA | FIRMA |
| NOMBRE ING. ABELARDO CAVAZOS GARZA <br> CARGO ADMINISTRADOR UNICO | NOMBRE <br> CARGO |

CGEA0041382

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE SARP
INDUSTRIES MEXICO,S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

NOVIEMBRE 14, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZA

ADMINISTRADOR UNICO

CGEA0041383



| | | |
|---|---|---|
| VEINTIUNO | CATORCE | SIETE |
| VEINTE | TRECE | SEIS |
| DIECINUEVE | DOCE | CINCO |
| DIECIOCHO | ONCE | CUATRO |
| DIECISIETE | DIEZ | TRES |
| DIECISEIS | NUEVE | DOS |
| QUINCE | OCHO | UNO |

CGEA0041384

CGEA0041385

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

| No. of Stock Certificate | Name of Owner | Number of Shares |
|---|---|---|
| 1 | Sarp Industries México. S.A. de C.V. | 1.200 Serie F-1 |
| 4 | Sarp Industries México. S.A. de C.V. | 3.600 Serie V-1 |
| 2 | Inmobiliaria Confinamina. S.A. de C.V | 600 Serie F-1 |
| 5 | Inmobiliaria Confinamina. S.A. de C.V | 1.800 Serie V-1 |

CGEA0041386

**TITULO ACCIONARIO**
**NUMERO     1**

**AMPARA 1200 ACCIONES**
Serie "F-I"
Parte Fija

### DE

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.
DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
DURACION: 99 AÑOS

Sarp Industries México, S.A. de C.V,, de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte. Edificio Losoles, Despacho PD6D en San Pedro Garza García, Nuevo León, es titular de 1200 (un mil doscientas) de las 1800 (un mil ochocientas) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "F-I" que representa el 90% de la parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas, Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

Jean-Alain Jullien
**Presidente**

Pascal Gauthier
**Consejero**

CGEA0041387

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o mediante resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones íntegramente pagadas podrán ser amortizadas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| | |
|---|---|
| **ENDOSO:** | **ENDOSO:** |
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041388

**TITULO ACCIONARIO**
**NUMERO    2**

**AMPARA 600 ACCIONES**
**Serie "F-I"**
**Parte Fija**

DE

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

### DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
### DURACION: 99 AÑOS

Inmobiliaria Confinamina, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte, Edificio Losoles, Despacho PB5 en San Pedro Garza García, Nuevo León, es titular de 900 (seiscientas) de las 1800 (un mil ochocientas) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "F-I" que representa el 90% de la parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas, Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

_____
Jean-Alain Jullien
**Presidente**

_____
Pascal Gauthier
**Consejero**

CGEA0041389

# PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o mediante resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones íntegramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

### ENDOSO:

Cedo en propiedad todos los derechos que ampara el presente título a:

_____

De Nacionalidad_____

Con Domicilio en_____

_____

Fecha:_____

Firma:_____

### ENDOSO:

Cedo en propiedad todos los derechos que ampara el presente título a:

_____

De Nacionalidad_____

Con Domicilio en_____

_____

Fecha:_____

Firma:_____

CGEA0041390

TITULO ACCIONARIO                    AMPARA 3600 ACCIONES
NUMERO      4                        Serie "V-I"
                                     Parte Variable

DE

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
DURACION: 99 AÑOS

Sarp Industries México, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte, Edificio Losoles, Despacho PD6D en San Pedro Garza García, Nuevo León, es titular 3600 (tres mil seiscientas) de las 6000 (seis mil) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "V-I" que representa el 90% de la parte variable del capital de esta Sociedad a la echa de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital le la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la ropiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

Jean-Alain Jullien                   Pascal Gauthier
Presidente                           Consejero

CGEA0041391

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o medi resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones integramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| ENDOSO: | ENDOSO: |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041392

**TITULO ACCIONARIO**                      **AMPARA 1800 ACCIONES**
**NUMERO    5**                                 **Serie "V-I"**
                                           **Parte Variable**

### DE

### RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO**
**DURACION: 99 AÑOS**

Inmobiliaria Confinamina, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte, Edificio Losoles, Despacho PB5 en San Pedro Garza García, Nuevo León, es titular de 1800 (un mil ochocientas) de las 6000 (seis mil) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "V-I" que representa el 90% de la parte variable del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas, Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

_____               _____
Jean-Alain Jullien                      Pascal Gauthier
**Presidente**                             **Consejero**

CGEA0041393

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o mediante resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones íntegramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| ENDOSO: | ENDOSO: |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041394

## SARP INDUSTRIES MÉXICO, S.A. DE C.V.

| No. of Stock Certificate | Name of Owner | No. of Shares |
|---|---|---|
| 1 | Sico, S.A. | 499 Serie F |
| 2 | Compagnie Générale D'Entreprises. S.A. | 1 Serie F |

CGEA0041395

...

**TITULO ACCIONARIO**
**NUMERO    1**

**AMPARA 499 ACCIONES**
Serie "F"
Parte Fija

## DE

## SARP INDUSTRIES MEXICO, S.A. DE C.V.

DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
DURACION: 99 AÑOS

Sarp Industries, S.A., de nacionalidad francesa, con domicilio en Route du Hazay, Zone Portuaire de Limay Porcheville, 78520 Limay, es titular de 499 (cuatrocientas noventa y nueve) de las 500 (quinientas) acciones ordinarias, nominativas, con valor nominal de $100.00 (Cien Pesos 00/100 M.N.) cada una, que integran la Serie "F" parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas.

El capital de la Sociedad es variable. El capital mínimo fijo es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.) y el máximo es ilimitado. El capital representado por las acciones de la Serie "F" es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.).

La Sociedad se constituyó bajo la denominación SARP INDUSTRIES MEXICO, S.A. DE C.V., mediante Escritura Pública número 8,581 (ocho mil quinientos ochenta y uno), otorgada el 12 de Octubre del 2000 ante la fe del Lic. Carlos Rousseau Garza, Titular de la Notaría Pública Número 74 en Guadalupe, Nuevo León, y quedó registrada bajo el Número 3402, Volumen 1, Libro No. 1, Registro Público de Comercio, Primer Distrito de la Cd. de Monterrey, Nuevo León con fecha 16 de Octubre del 2000.

San Pedro Garza García, Nuevo León, a 17 de Octubre del 2000.
SARP INDUSTRIES MEXICO, S.A. DE C.V.

Jean-Alain Jullien
**Presidente**

Pascal Gauthier
**Consejero**

CGEA0041396

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Todo extranjero que en el acto de la constitución de la Sociedad o en cualquier tiempo posterior, adquiera un interés o participación en la Sociedad, se considerará por ese simple hecho como Mexicano respecto de uno u otra, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la Sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia Sociedad con autoridades mexicanas, obligándose así mismo a no invocar la protección de sus gobiernos bajo la pena, en caso contrario, de perder en beneficio de la Nación Mexicana dicho interés o participación social que hubieren adquirido.

Los certificados provisionales y en su caso, los títulos de las acciones, contendrán los datos a que se refiere el artículo 125 (ciento veinticinco), de la Ley General de Sociedades Mercantiles y la transcripción del artículo 5o. de estos estatutos; éstos deberán ser suscritos por dos consejeros propietarios que al efecto autorice la Asamblea General de Accionistas o el Consejo ,o, en su caso, por el Administrador Único. Llevarán la firma autógrafa o impresa en facsímil de las mencionadas personas a condición, en este último caso, de depositar el original de sus firmas en el Registro Público de Comercio del domicilio de la Sociedad. El Consejo de Administración o, en su caso, el Administrador Único, determinará las denominaciones de los títulos y demás datos convenientes a dichos documentos. A falta de designación por la Asamblea General de Accionistas, los títulos definitivos y los certificados provisionales serán suscritos por el Presidente y el Secretario del Consejo de Administración o, en su caso, por el Administrador Único.

El capital mínimo fijo de la Sociedad podrá ser aumentado o reducid · por acuerdo de una Asamblea General Extraordinaria de Accionistas tomado en los términos del Apartado No. 2 (dos) del Artículo 15o. (décimo quinto) de estos Estatutos. La parte variable del capital social podrá ser aumentada o disminuida por acuerdo de una Asamblea General Ordinaria de Accionistas adoptado en los términos establecidos en el Apartado No. 1 del Artículo 15o. (décimo quinto) de estos Estatutos. Las resoluciones de la Asamblea Ordinaria de Accionistas en que se decreten variaciones a la porción variable del capital social no requerirán ser protocolizadas ni inscritas en el Registro Público del Comercio. El capital social no podrá disminuirse por retiro total o parcial de las aportaciones de los accionistas, salvo que así lo autorice la Asamblea Ordinaria de Accionistas. No se autorizará ningún aumento de capital social a menos que las acciones que representen el aumento inmediato anterior hayan sido totalmente suscritas y pagadas.

---

### ENDOSO:

Cedo en propiedad todos los derechos que ampara el presente título a:

SICO, S.A.
_____

De Nacionalidad Francesa

Con Domicilio en Zone Industrielle de

Limay Porchevilleroute du Hazay -

78520 LIMAY
Fecha: 7 Noviembre, 2000

Firma: _____

### ENDOSO:

Cedo en propiedad todos los derechos que ampara el presente título a:

_____

De Nacionalidad_____

Con Domicilio en_____

_____

Fecha:_____

Firma:_____

CGEA0041397

**TITULO ACCIONARIO**
**NUMERO     2**

**AMPARA 1 ACCION**
**Serie "F"**
**Parte Fija**

### DE

### SARP INDUSTRIES MEXICO, S.A. DE C.V.

DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
DURACION: 99 AÑOS

Compagnie Générale d'Entreprises Automobiles, S.A., de nacionalidad francesa, con domicilio en Parc des Fontaines 169 avenue Georges Clémenceau 92735 Nanterre Cedex, es titular de 1 (una) de las 500 (quinientas) acciones ordinarias, nominativas, con valor nominal de $100.00 (Cien Pesos 00/100 M.N.) cada una, que integran la Serie "F" parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas.

El capital de la Sociedad es variable. El capital mínimo fijo es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.) y el máximo es ilimitado. El capital representado por las acciones de la Serie "F" es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.).

La Sociedad se constituyó bajo la denominación SARP INDUSTRIES MEXICO, S.A. DE C.V., mediante Escritura Pública número 8,581 (ocho mil quinientos ochenta y uno), otorgada el 12 de Octubre del 2000 ante la fe del Lic. Carlos Rousseau Garza, Titular de la Notaría Pública Número 74 en Guadalupe, Nuevo León, y quedó registrada bajo el Número 3402, Volumen 1, Libro No. 1, Registro Público de Comercio, Primer Distrito de la Cd. de Monterrey, Nuevo León con fecha 16 de Octubre del 2000.

San Pedro Garza García, Nuevo León, a 17 de Octubre del 2000.
SARP INDUSTRIES MEXICO, S.A. DE C.V.

Jean-Alain Jullien
**Presidente**

Pascal Gauthier
**Consejero**

CGEA0041398

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Todo extranjero que en el acto de la constitución de la Sociedad o en cualquier tiempo posterior, adquiera un interés o participación en la Sociedad, se considerará por ese simple hecho como Mexicano respecto de uno u otra, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la Sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia Sociedad con autoridades mexicanas, obligándose así mismo a no invocar la protección de sus gobiernos bajo la pena, en caso contrario, de perder en beneficio de la Nación Mexicana dicho interés o participación social que hubieren adquirido.

Los certificados provisionales y en su caso, los títulos de las acciones, contendrán los datos a que se refiere el artículo 125 (ciento veinticinco), de la Ley General de Sociedades Mercantiles y la transcripción del artículo 5o. de estos estatutos; éstos deberán ser suscritos por dos consejeros propietarios que al efecto autorice la Asamblea General de Accionistas o el Consejo .o, en su caso, por el Administrador Único. Llevarán la firma autógrafa o impresa en facsímil de las mencionadas personas a condición, en este último caso, de depositar el original de sus firmas en el Registro Público de Comercio del domicilio de la Sociedad. El Consejo de Administración o, en su caso, el Administrador Único, determinará las denominaciones de los títulos y demás datos convenientes a dichos documentos.  A falta de designación por la Asamblea General de Accionistas, los títulos definitivos y los certificados provisionales serán suscritos por el Presidente y el Secretario del Consejo de Administración o, en su caso, por el Administrador Único.

El capital mínimo fijo de la Sociedad podrá ser aumentado o reducido por acuerdo de una Asamblea General Extraordinaria de Accionistas tomado en los términos del Apartado No. 2 (dos) del Artículo 15o. (décimo quinto) de estos Estatutos. La parte variable del capital social podrá ser aumentada o disminuida por acuerdo de una Asamblea General Ordinaria de Accionistas adoptado en los términos establecidos en el Apartado No. 1 del Artículo 15o. (décimo quinto) de estos Estatutos. Las resoluciones de la Asamblea Ordinaria de Accionistas en que se decreten variaciones a la porción variable del capital social no requerirán ser protocolizadas ni inscritas en el Registro Público del Comercio. El capital social no podrá disminuirse por retiro total o parcial de las aportaciones de los accionistas, salvo que así lo autorice la Asamblea Ordinaria de Accionistas. No se autorizará ningún aumento de capital social a menos que las acciones que representen el aumento inmediato anterior hayan sido totalmente suscritas y pagadas.

| ENDOSO: | ENDOSO: |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041399