### RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

The following are a copy of the stock certificates which were endorsed and transfer to Sarp Industries México, S.A. de C.V. by Chemical Waste Management Inc. and to Inmobiliaria Confinamina, S.A. de C.V. by Valores Ecológicos. All these stock certificates were replaced by new ones already issued and delivery (as listed in other schedule). The old certificates include the endorsements which were made at Closing.

| No. of Stock Certificate | Former Owner | Endorsed to: | No. of Shares |
|---|---|---|---|
| 8 | Chemical Waste Management, Inc. | Sarp Industries México, S.A. de C.V. | 288 B-V |
| 9 | Chemical Waste Management, Inc. | Sarp Industries México, S.A. de C.V. | 1.085 B |
| 11 | Chemical Waste Management, Inc. | Sarp Industries México, S.A. de C.V. | 84 B |
| 12 | Chemical Waste Management, Inc. | Sarp Industries México, S.A. de C.V. | 390 P |
| 13 | Chemical Waste Management, Inc. | Sarp Industries México, S.A. de C.V. | 2.953 P |
| 14 | Valores Ecológicos, S.A. de C.V. | Inmobiliaria Confinamina, S.A. de C.V. | 687 B |
| 16 | Valores Ecológicos, S.A. de C.V. | Inmobiliaria Confinamina, S.A. de C.V. | 42 B-V |
| 18 | Valores Ecológicos, S.A. de C.V. | Inmobiliaria Confinamina, S.A. de C.V. | 1.672 P |

CGEA0041400

# "RESIDUOS INDUSTRIALES MULTIQUIM", S.A. DE C.V.

## TITULO DE ACCIONES No. 8

### REPRESENTA:    288 ACCIONES

### SERIE: "B-V"

**CAPITAL SOCIAL MINIMO:    N$20,000.00 M.N.**
**CAPITAL SOCIAL VARIABLE: ILIMITADO**
**DOMICILIO SOCIAL:    GARZA GARCIA, NUEVO LEON**
**DURACION: 99 años**

Este título de acciones se expide a favor de **CHEMICAL WASTE MANAGEMENT, INC.**, de nacionalidad estadounidense, con domicilio en 3001 Oak Brook, Illinois    60521, Estados Unidos de América, y representa 288 acciones, comunes, nominativas y liberadas de la Serie "B-V" sin expresión de valor nominal,  cada una, expedidas por **RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.**

**RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.** se constituyó mediante escritura pública número 3579, otorgada el 13 de junio de 1985 ante la fe del licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y de Comercio de esta ciudad bajo el número 456, Libro 235, Volumen 293, del libro número 3, de fecha 21 de mayo de 1987.

### PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por lo cual, el tenedor de este certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando, por lo tanto, el titular del presente, obligado en tales términos.

CGEA0041401

Todas las acciones confieren iguales derechos y obligacior a sus tenedores.    Para que los accionistas sean admitidos a cualquier Asamblea de Accionistas, es necesario que los accionistas estén inscritos en el Libro de Registro de Accionistas, que para tal efecto lleva la sociedad.  Los accionistas tendrán derecho de asistir personalmente a las Asambleas, o por medio de representantes, bastando para tal efecto carta poder simple.  La propiedad de las acciones y las transmisiones de las mismas, serán reconocidas por la sociedad, cuando están inscritos en el Libro de Registro de Accionistas.    La sociedad sólo reconocerá como accionista a quien aparezca inscrito como tal en el Libro de Registro de Accionistas.  Los accionistas tendrán el derecho del tanto para adquirir las acciones en venta, bajo los términos y condiciones estipulados en los estatutos sociales.  La sociedad no podrá inscribir ninguna transmisión de acciones en el Libro de Accionistas, hasta que no se haya cumplido con los requisitos establecidos en los estatutos sociales.  Los accionistas tendrán derecho del tanto para suscribir cualquier aumento de capital, en proporción al número de acciones de su propiedad, de conformid con el Artículo 132 de la Ley General de Sociedad Mercantile. Cualquier accionista o grupo de accionistas que representen cuando menos el 25% del capital social podrán nombrar a un Consejero o Consejero Suplente y al Comisario.

DIECISIETE.- "Todo extranjero, que en el acto de la constitución o en cualquier tiempo ulterior, adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como Mexicano respecto de uno y otra y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana."

Garza García, Nuevo León, a 8 de febrero de 1994

HECTOR VARGAS GARZA
Presidente del Consejo
de Administración.

WE HEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED BY THIS STOCK CERTIFICATES TO SARP INDUSTRIES MEXICO, S.A. DE C.V.

NOVEMBER 14,2000

CHEMICAL WASTE MANAGEMENT, INC.

MR. JOHN H. SLOCUM
ATTORNEY IN FACTT

CGEA0041402

**RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.**

<u>**TITULO DE ACCIONES No. 9**</u>

**REPRESENTA 1,085 ACCIONES
SERIE "B"**

CAPITAL SOCIAL MINIMO:     N$20,000.00 M.N.
CAPITAL SOCIAL VARIABLE:   ILIMITADO
DOMICILIO SOCIAL:          GARZA GARCIA, NUEVO LEON
DURACION:                  99 AÑOS
OBJETO:                    MANEJO Y CONTROL DE RESIDUOS SOLIDOS, PELIGROSOS O POTENCIALMENTE
                           PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON DICHOS
                           RESIDUOS.

CHEMICAL WASTE MANAGEMENT, INC., de nacionalidad Estadounidense, con domicilio en Butterfield Road 3003, Oak Brook Illinois. E.U.A., es propietaria de 1,085 acciones comúnes, nominativas y liberadas Serie "B" , sin expresión de valor nominal, de la sociedad denominada RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

La Sociedad emisora se constituyó mediante Escritura Pública número 3,579, otorgada el 13 de junio de 1985 ante la fe del Licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y del Comercio de esta ciudad bajo el número 456, folio 235, volumen 293, libro número tres, segundo auxiliar, escrituras de sociedades mercantiles, sección de comercio, de fecha 22 de mayo de 1987. Su capital social mínimo fijo se encuentra representado por 2,000 acciones comúnes, nominativas de la Serie B, sin expresión de valor nominal, su capital variable es ilimitado, mismo que está representado por 288 acciones serie BV, sin expresión de valor nominal.

Mediante Asamblea General Extraordinaria de fecha 3 de enero de 1994, la sociedad resolvió modificar totalmente sus estatutos sociales.

Mediante Asamblea General Ordinaria de fecha 8 de febrero de 1994, la sociedad resolvió aumentar su capital variable.

**PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS**

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las Leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por lo cual, el tenedor de éste certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando por lo tanto el titular del presente, obligado en tales términos. Con excepción de las acciones preferentes o con derechos especiales o limitados que se emitan, todas las acciones conferirán los mismos derechos y obligaciones. Cada accionista registrado tendrá preferencia para suscribir y adquirir las nuevas acciones que sean emitidas por la sociedad al efectuarse cualquier aumento del capital social en proporción al número de acciones que posea antes del aumento y sin contar, para los efectos de dicha proporción, las acciones poseídas por accionistas que no ejerzan sus derechos de preferencia.

"La enajenación de las acciones amparadas por el presente título o certificado esta sujeta a los términos y condiciones de las disposiciones de la Cláusula Décima de los estatutos de la sociedad."

"La sociedad llevará un Registro de Acciones en que se harán constar todas las emisiones de acciones, así como el nombre, domicilio y nacionalidad de los tenedores de las mismas, y si las acciones han sido total o parcialmente pagadas, las exhibiciones que se hagan y todas las transmisiones de acciones. Este registro será llevado por el Secretario de la sociedad, o cualquier otro funcionario autorizado por una asamblea de accionistas. Toda transmisión de acciones será efectiva respecto de la sociedad, a partir de la fecha en que dicha transmisión haya sido inscrita en el Registro de Acciones de la sociedad."

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena, en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieran adquirido.

Garza García, Nuevo León a 17 de junio de 1994.

_____                                    _____
Consejero                                              Consejero

CGEA0041403

XXXXX

XXRRRAXRRXRRRRRNXR

WEHEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO, S.A. DE C.V.
SAN PEDRO GARZA GARCIA, N.L, A 14 DENOVIEMBRE 2000

CHEMICAL WASTE MANAGEMENT,INC.

MR. JOHN H. SLOCUM
ATTORNEY-IN FACT

CGEA0041404

# RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

## TITULO DE ACCIONES No. 11

### REPRESENTA 84 ACCIONES
### SERIE "B-V"

CAPITAL SOCIAL MINIMO:        N$20,000.00 M.N.
CAPITAL SOCIAL VARIABLE:      ILIMITADO
DOMICILIO SOCIAL:             GARZA GARCIA, NUEVO LEON
DURACION:                     99 AÑOS
OBJETO:                       MANEJO Y CONTROL DE RESIDUOS SOLIDOS, PELIGROSOS O POTENCIALMENTE
                              PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON DICHOS
                              RESIDUOS.

CHEMICAL WASTE MANAGEMENT, INC., de nacionalidad Estadounidense, con domicilio en Butterfield Road 3003, Oak Brook Illinois, E.U.A., es propietaria de 84 acciones comúnes, nominativas y liberadas Serie "B-V" , sin expresión de valor nominal, de la sociedad denominada RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

La Sociedad emisora se constituyó mediante Escritura Pública número 3,579, otorgada el 13 de junio de 1985 ante la fe del Licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y del Comercio de esta ciudad bajo el número 456, folio 235, volumen 293, libro número tres, segundo auxiliar, escrituras de sociedades mercantiles, sección de comercio, de fecha 22 de mayo de 1987. Su capital social mínimo fijo se encuentra representado por 2,000 acciones comúnes, nominativas de la Serie B, sin expresión de valor nominal, su capital variable es ilimitado, mismo que está representado por 428 acciones serie BV, sin expresión de valor nominal.

Mediante Asamblea General Extraordinaria de fecha 3 de enero de 1994, la sociedad resolvió modificar totalmente sus estatutos sociales.

Mediante Asambleas Generales Ordinarias de fecha 8 de febrero de 1994 y 15 de febrero de 1996, la sociedad resolvió aumentar su capital variable.

### PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las Leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por la cual, el tenedor de éste certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando por lo tanto el titular del presente, obligado en tales términos. Con excepción de las acciones preferentes o con derechos especiales o limitados que se emitan, todas las acciones conferirán los mismos derechos y obligaciones. Cada accionista registrado tendrá preferencia para suscribir y adquirir las nuevas acciones que sean emitidas por la sociedad al efectuarse cualquier aumento del capital social en proporción al número de acciones que posea antes del aumento y sin contar, para los efectos de dicha proporción, las acciones poseídas por accionistas que no ejerzan sus derechos de preferencia.

"La enajenación de las acciones amparadas por el presente título o certificado esta sujeta a los términos y condiciones de las disposiciones de la Cláusula Décima de los estatutos de la sociedad."

"La sociedad llevará un Registro de Acciones en que se harán constar todas las emisiones de acciones, así como el nombre, domicilio y nacionalidad de los tenedores de las mismas, y si las acciones han sido total o parcialmente pagadas, las exhibiciones que se hagan y todas las transmisiones de acciones. Este registro será llevado por el Secretario de la sociedad, o cualquier otro funcionario autorizado por una asamblea de accionistas. Toda transmisión de acciones será efectiva respecto de la sociedad, a partir de la fecha en que dicha transmisión haya sido inscrita en el Registro de Acciones de la sociedad."

CGEA0041405

WE HEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena, en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Garza García, Nuevo León a 16 de febrero de 1996.

Consejero

Consejero

btacc11.rwn

WE HEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO, S.A. DE C.V.

NOVEMBER 14, 2000

chemicalwaste management, inc.

MR. JOHN H. SLOCUM
ATTORNEY IN FACT

CGEA0041406

# RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

## TITULO DE ACCIONES No. 12

### REPRESENTA 390 ACCIONES
### SERIE "P"

| | |
|---|---|
| CAPITAL SOCIAL MINIMO: | $20,000.00 M.N. |
| CAPITAL SOCIAL VARIABLE: | ILIMITADO |
| DOMICILIO SOCIAL: | GARZA GARCIA, NUEVO LEON |
| DURACION: | 99 AÑOS |
| OBJETO: | MANEJO Y CONTROL DE RESIDUOS SOLIDOS, PELIGROSOS O POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON DICHOS RESIDUOS. |

CHEMICAL WASTE MANAGEMENT, INC., de nacionalidad Estadounidense, con domicilio en Butterfield Road 3003, Oak Brook Illinois, E.U.A., es propietaria de 390 acciones preferentes de voto limitado, nominativas y liberadas Serie "P", sin expresión de valor nominal, de la sociedad denominada RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

La Sociedad emisora se constituyó mediante Escritura Pública número 3,579, otorgada el 13 de junio de 1985 ante la fe del Licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y del Comercio de esta ciudad bajo el número 456, folio 235, volumen 293, libro número tres, segundo auxiliar, escrituras de sociedades mercantiles, sección de comercio, de fecha 22 de mayo de 1987. Su capital social mínimo fijo se encuentra representado por 2,000 acciones comunes, nominativas de la Serie B, sin expresión de valor nominal, su capital variable es ilimitado, mismo que está representado por 428 acciones serie BV y 390 acciones serie "P", sin expresión de valor nominal.

Mediante Asamblea General Extraordinaria de fecha 3 de enero de 1994, la sociedad resolvió modificar totalmente sus estatutos sociales.

Mediante Asambleas Generales Ordinarias de fecha 8 de febrero de 1994, 15 de febrero de 1996 y 15 de febrero de 1997, la sociedad resolvió aumentar su capital variable.

### PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las Leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por lo cual, el tenedor de éste certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando por lo tanto el titular del presente, obligado en tales términos. Con excepción de las acciones preferentes o con derechos especiales o limitados que se emitan, todas las acciones conferirán los mismos derechos y obligaciones. Cada accionista registrado tendrá preferencia para suscribir y adquirir las nuevas acciones que sean emitidas por la sociedad al efectuarse cualquier aumento del capital social en proporción al número de acciones que posea antes del aumento y sin contar, para los efectos de dicha proporción, las acciones poseídas por accionistas que no ejerzan sus derechos de preferencia.

"La enajenación de las acciones amparadas por el presente título o certificado esta sujeta a los términos y condiciones de las disposiciones de la Cláusula Décima de los estatutos de la sociedad."

"La sociedad llevará un Registro de Acciones en que se harán constar todas las emisiones de acciones, así como el nombre, domicilio y nacionalidad de los tenedores de las mismas, y si las acciones han sido total o parcialmente pagadas, las exhibiciones que se hagan y todas las transmisiones de acciones. Este registro será llevado por el Secretario de la sociedad, o cualquier otro funcionario autorizado por una asamblea de accionistas. Toda transmisión de acciones será efectiva respecto de la sociedad, a partir de la fecha en que dicha transmisión haya sido inscrita en el Registro de Acciones de la sociedad."

CGEA0041407

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena, en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Las acciones preferentes de voto limitado que emita la sociedad se identificarán mediante la serie "P" y las mismas tendrán derecho a un dividendo y a la liquidación preferente en términos del artículo 113 de la Ley General de Sociedades Mercantiles y solamente tendrán derecho de voto en las Asambleas Extraordinarias que se reúnan para tratar los asuntos comprendidos en las Fracciones I, II, IV, V, VI y VII del artículo 182 de la Ley General de Sociedades Mercantiles.

Garza García, Nuevo León a 16 de febrero de 1997.

———— Consejero ————                                    ———— Consejero ————

btacc12.nm

WES HEREBY ENDORSE, TRANSFER, AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES

REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO, S.A. DE C.V.

NOVEMBER 14, 2000

CHEMICAL WASTE MANAGEMENT, INC.

MR. JOHN H. SLOCUM

ATTORNEY IN FACT

CGEA0041408

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 13 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA |
|---|---|
| 2,953 SERIE "P" (DOS MIL NOVECIENTOS CINCUENTA Y TRES) | SI ☒ NO ☐ |

**NOMBRE DE LA SOCIEDAD**

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS, POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION, TRATAMIENTO, REUSO....

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, NUEVO LEON | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| | |
|---|---|
| ESCRITURA No. 3,576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No. 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No. 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | | $63'507,460.00 |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| | CHEMICAL WASTE MANAGEMENT, INC. | |
| NACIONALIDAD | DOMICILIO | |
| ESTADUNIDENSE | 1001 FANNIN ST. SUITE 4000, HOUSTON, TX. | |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.—"Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana"

CONSEJERO

JOHN H. SLOCUM

| FECHA DE EMISION | JULIO 26, 2000 |
|---|---|

| FIRMA | FIRMA |
|---|---|
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041409

WE HEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES
REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO, S.A. DE C.V.

NOVEMBER 14, 2000

CHEMICAL WASTE MANAGEMENT, INC.

MR. JOHN H. SLOCUM
ATTORNEY IN FACT

CGEA0041410



CGEA0041411

CGEA0041412

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 14 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| 686 SERIE "B" (SEISCIENTOS OCHENTA Y SEIS) | SI | ☒ |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**
RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**
A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS, POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION, TRATAMIENTO, REUSO....

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, NUEVO LEON | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| ESCRITURA No. 3,576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No. 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | — | $63'507,460.00 |

| NOMINATIVAS C AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS |
|---|---|
| | ING. HECTOR VARGAS GARZA |

| NACIONALIDAD | DOMICILIO |
|---|---|
| MEXICANA | RIO PAPALOAPAN No. 450, COL. MEXICO, MTY., N.L. |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA - "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nacion Mexicana".

CONSEJERO

JOHN H. SLOCUM

| FECHA DE EMISION    JULIO 26, 2000 | |
|---|---|
| FIRMA | FIRMA |
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ |
| CARGO PTE DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041413

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE
VALORES ECOLOGICOS,S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 20, 2000

ING. HECTOR VARGAS GARZA

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE INMOBILIARIA
CONFINAMINA, S.A. DE C.V.TODOS LOS DERECHOS DE PROPIEDAD DE LAS
ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 25, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZ.
ADMINISTRADOR UNICO

CGEA0041414



CGEA0041415

CGEA0041416

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 16 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| 42 SERIRE "B-V" (CUARENTA Y DOS) | SI | ☒ |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**
A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS, PODENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION, ~~DOMICILIO SOCIAL~~ REUSO....

| | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA   NUEVO LEON | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| ESCRITURA No. 3 576 | SECCION DE COMERCIO CON EL No. 456 |
| FECHA 13 DE JUNIO DE 1985 | A FOJAS 235 |
| CIUDAD MONTERREY, NUEVO LEON | VOLUMEN 293 |
| NOTARIO Nc. 67 | LIBRO 3 |
| LIC. VICTOR M. GARZA SALINAS | |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | | $63'507,460.00 |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| | ING. HECTOR VARGAS GARZA | |
| NACIONALIDAD | DOMICILIO | |
| MEXICANA | RIO PAPALOAPAN No.450, COL. MEXICO, MTY., N.L. | |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que forman el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana"

CONSEJERO
JOHN H. SLOCUM

| FECHA DE EMISION  JULIO 26, 2000 | |
|---|---|
| FIRMA | FIRMA |
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041417

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE VALORES ECOLOGICOS, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 20, 2000

ING. HECTOR VARGAS GARZA

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE INMOBILIARIA CONFINAMINA, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 25, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041418

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 18 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA |
|---|---|
| 1,672 SERIE "P" (MIL SEISCIENTOS SETENTA Y DOS) | SI ☒ / NO ☐ |

**NOMBRE DE LA SOCIEDAD**

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS, POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION, TRATAMIENTO, REUSO...

| SAN PEDRO GARZA GARCIA, NUEVO LEON | DURACION (AÑOS EN LETRA) NOVENTA Y NUEVE AÑOS |
|---|---|

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| ESCRITURA No 3,576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | | $63'507,460.00 |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS VALORES ECOLOGICOS, S.A. DE C.V. | |
| NACIONALIDAD MEXICANA | DOMICILIO AV. LAZARO CARDENAS 2400 PTE. PB-7 SAN PEDRO GARZA GARCIA, NUEVO LEON | |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".

CONSEJERO [firma]

JOHN H. SLOCUM

| FECHA DE EMISION JULIO 26, 2000 | |
|---|---|
| FIRMA [firma] | FIRMA [firma] |
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ R. |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041419

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE
INMOBILIARIA CONFINAMINA, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 25, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041420



| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA |
| --- | --- |
| NOMBRE DE LA SOCIEDAD | |
| FIRMA | |

CGEA0041422



CGEA0041423

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

| NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA | | NUMERO DEL TITULO | ACCIONES QUE AMPARA |
|---|---|---|---|---|---|---|---|
| NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | | | NOMBRE DE LA SOCIEDAD | |
| FIRMA | | | FIRMA | | | FIRMA | |

CGEA0041424