## FRESHFIELDS BRUCKHAUS DERINGER

Avocats à la Cour

# Fax

FROM  Briana Young

Direct T+ 01 44 56 29 12

Direct F+ 01 44 56 27 30/31

E  briana.young@freshfields.com

DATE  21 August 2002

REF  120019-0003

DOC ID  PA003849.193/1+

PAGES  2

PARIS
69 Boulevard Haussmann
75008 Paris
Palais J 007

T+33 1 44 56 44 56
F+33 1 44 56 44 00//01/02/03
W  freshfields.com

**SENT** 18:47

| | NAME, ORGANISATION | CITY | FAX |
|---|---|---|---|
| TO | Jennifer Kirby<br>ICC - International Court of Arbitration | Paris | 01 49 53 57 80 |
| COPY | T. Barry Kingham, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP | New York | 1 212 697 1559 |
| | Jan Paulsson<br>Freshfields Bruckhaus Deringer | Paris | By Hand |
| | Joseph Huse<br>Freshfields Bruckhaus Deringer | Paris | By Hand |

This fax is confidential and may be privileged. If you are not the intended recipient, please notify us immediately; you should not copy it or use it for any purposes, nor disclose its contents to any other person.

**CGEA Onyx S.A., et al. v. Valores Ecologicos and Hector Vargas Garza**
**ICC Case No. 12 125/JNK**

Dear Ms Kirby,

We refer to your fax of 5 August 2002, informing us of the ICC Court's decision not to confirm Mr Robert Abrams as co-arbitrator in the above arbitration. In light of this, the Claimants now nominate as co-arbitrator in these proceedings:

Mr Job Taylor III
Latham & Watkins
885 Third Avenue
Suite 1000
New York, NY 10022-4802
USA

Freshfields Bruckhaus Deringer are solicitors and registered foreign lawyers
A list of the partners and their qualifications is open to inspection at the above address

Amsterdam Bangkok Barcelona Beijing Berlin Bratislava Brussels Budapest Cologne Düsseldorf Frankfurt am Main Hamburg Hanoi Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai· Singapore Tokyo Vienna Washington ·associated office



**FRESHFIELDS BRUCKHAUS DERINGER**
Avocats à la Cour

2|2

The Claimants have spoken to Mr Taylor, who confirms that he is willing to act as arbitrator and that he is not aware of facts or circumstances which might call into question his independence in the eyes of the parties.

Yours sincerely,

Briana Young

******** -RELEVE ENVOI-********************* DATE 21-08-2002 ***** HEURE 18:47 ********

```
         MODE = ENVOI MEMOIRE              DEBUT=21-08 18:43      FIN=21-08 18:47

         NO FICHIER=286

   NO.    COMM     AUTO/    NOM POSTE/ADRESSE ELEC/NO TEL.          PAGES     DUREE
   POSTE           NO ABR

   001    OK        ☎       6173120019#0003#01149535780#           002/002   00:00:43
   002    OK        ☎       6173120019#0003#00121269971559#        002/002   00:00:50

                                              -                         -

   ******************************** -FRESHFIELDS-BD  - ***** -      33144562929- ********
```



## FRESHFIELDS BRUCKHAUS DERINGER
Avocats à la Cour

# Fax

FROM  Briana Young
Direct T +01 44 56 29 12
Direct F +01 44 56 27 30/31
E  briana.young@freshfields.com
DATE  21 August 2002
REF  120019-0003
DOC ID  PA003849.193/1+
PAGES  2

PARIS
69 Boulevard Haussmann
75008 Paris
Palais J 007
T +33 1 44 56 44 56
F +33 1 44 56 44 00//01/02/03
W  freshfields.com

| | NAME, ORGANISATION | CITY | FAX |
|---|---|---|---|
| TO | Jennifer Kirby<br>ICC - International Court of Arbitration | Paris | 01 49 53 57 80 |
| COPY | T. Barry Kingham, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP | New York | 1 212 697 1559 |
| | Jan Paulsson<br>Freshfields Bruckhaus Deringer | Paris | By Hand |
| | Joseph Huse<br>Freshfields Bruckhaus Deringer | Paris | By Hand |

This fax is confidential and may be privileged. If you are not the intended recipient, please notify us immediately; you should not copy it or use it for any purposes, nor disclose its contents to any other person.

**CGEA Onyx S.A., et al. v. Valores Ecologicos and Hector Vargas Garza**
**ICC Case No. 12 125/JNK**

Dear Ms Kirby,

We refer to your fax of 5 August 2002, informing us of the ICC Court's decision not to confirm Mr Robert Abrams as co-arbitrator in the above arbitration. In light of this, the Claimants now nominate as co-arbitrator in these proceedings:

Mr Job Taylor III
Latham & Watkins
885 Third Avenue
Suite 1000
New York, NY 10022-4802
USA

Freshfields Bruckhaus Deringer are solicitors and registered foreign lawyers
A list of the partners and their qualifications is open to inspection at the above address

Amsterdam Bangkok Barcelona Beijing Berlin Bratislava Brussels Budapest Cologne Düsseldorf Frankfurt am Main
Hamburg Hanoi Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague
Rome Shanghai Singapore Tokyo Vienna Washington  · associated office