USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/07

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3978
lmarvin@jonesday.com

JP005147
639077-635001

July 26, 2007

VIA FACSIMILE (212) 805-7942

The Honorable Alvin K. Hellerstein
United States District Court Judge
for the Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007

*[Handwritten note: The conf. is adjourned to Sep 21, 2007, 9:30 a.m. 7/30/07 /s/ AKHellerstein]*

Re: *Veolia Propreté, et. al. v. Valores Ecológicos S.A. de C.V., et. al.,*
No. 07 CIV 5598 (AKH)

Dear Judge Hellerstein:

Petitioners Veolia Propreté and SARP Industries Mexico S.A. de C.V. respectfully request an adjournment of the Rule 16 conference scheduled for August 10, 2007, and filing of the Rule 26(f) Case Management Plan. Service of the petition has not yet been completed on either defendant. Therefore, all parties would not be in attendance at the conference, nor can all parties reach an agreement regarding case management until service has been completed.

Both defendants are citizens of Mexico and must be served in accordance with Federal Rule of Civil Procedure 4(f). Petitioners intend to execute service of process through the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents. Petitioners anticipate that service through the Convention will take several months given the time required to translate the petition, including the arbitral award and original contract, as required by the Convention, and the time needed for the Mexican Central Authority to serve the papers. Petitioners will notify the Court once service of process has been effectuated.

Petitioners have not previously requested any adjournments and there are no future dates scheduled in the case at this time. Petitioners respectfully request that the Rule 16 conference and the filing of the Rule 26(f) Case Management Plan be adjourned until such time that service of the petition on the defendants has been completed.

Sincerely,

Lynn M. Marvin

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON