# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

SEP 17 2007

Direct Number: (212) 326-3978
lmarvin@jonesday.com

JP005147
639077-635001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/07

September 17, 2007



VIA FACSIMILE (212) 805-7942

The Honorable Alvin K. Hellerstein
United States District Court Judge
for the Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007

Re:   *Veolia Propreté, et. al. v. Valores Ecológicos S.A. de C.V., et. al.,*
      No. 07 CIV 5598 (AKH)

Dear Judge Hellerstein:

Petitioners Veolia Propreté and SARP Industries Mexico S.A. de C.V. respectfully request a further adjournment of the Rule 16 conference originally scheduled for August 10, 2007 and adjourned until September 21, 2007, and filing of the Rule 26(f) Case Management Plan. Service of the petition has not yet been completed on either defendant. Therefore, all parties would not be in attendance at the conference, nor can all parties reach an agreement regarding case management until service has been completed.

As I previously explained, Petitioners intend to execute service of process through the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents (the "Convention") since both defendants are citizens of Mexico. Petitioners are in the process of translating the complete petition into Spanish, as is required for service under the Convention, and anticipate that the translation will take several more weeks to complete given the length of the arbitral award and the original contract (nearly 1,000 pages). Once the translation is complete, Petitioners anticipate that it will take at least two months for the Mexican Central Authority to complete service on the defendants. Petitioners will notify the Court as soon as they are informed by the Mexican Central Authority that service of process has been effectuated.

**JONES DAY**

The Honorable Alvin K. Hellerstein
September 17, 2007
Page 2

Petitioners have previously requested one adjournment of this conference which was granted and there are no future dates scheduled in the case at this time.  Petitioners respectfully request that the Rule 16 conference and the filing of the Rule 26(f) Case Management Plan be adjourned until such time that service of the petition on the defendants has been completed.

Sincerely,

Lynn M. Marvin