UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| Veolia Propreté, formerly known as CGEA Onyx, S.A. and SARP Industries Mexico S.A. de C.V., | : | 07 CV 5598 (AKH) (GWG) ECF CASE |
| Plaintiffs, | : | |
| | | DECLARATION OF LYNN MARVIN, ESQ. |
| -against- | : | TO EXHIBIT A OF THE AMENDED PETITION |
| Valores Ecológicos S.A. de C.V. and Hector Vargas Garza, | : | TO CONFIRM AN ARBITRAL AWARD |
| | : | |
| Defendants. | | |
| | : | |

-----------------------------------------------------------------x

I declare under penalty of perjury under the laws of the United States of America that the attached Exhibit A to the Petition to Confirm an Arbitral Award is a true and correct copy of the Award of The Arbitrators April 5, 2007, and the Addendum to Final Award dated August 14, 2007, in <u>Veolia Propreté S.A., formerly known as CGEA Onyx, S.A.(France), SARP Industries, S.A. (France) and SARP Industries Mexico S.A. de C.V. (Mexico) vs. Mr. Hector Vargas Garza (Mexico) and Valores Ecologicos S.A. de C.V. (Mexico)</u>; ICC Case No. 12, 125/JNK/EBS.

Dated:  New York, New York
        January 22, 2008

                                                        s/ Lynn M. Marvin
                                                  Lynn M. Marvin, Esq. (LM-2281)
                                                  Jones Day
                                                  222 East 41st Street
                                                  New York, New York 10017-6702
                                                  (212) 326-3939