UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| Veolia Propreté, formerly known as CGEA Onyx, S.A. and SARP Industries Mexico S.A. de C.V., | : | 07 CV 5598 (AKH) (GWG) ECF CASE |
| Plaintiffs, | : | |
| | | DECLARATION OF LYNN MARVIN, ESQ. |
| -against- | : | TO EXHIBIT B1 OF THE AMENDED PETITION |
| Valores Ecológicos S.A. de C.V. and Hector Vargas Garza, | : | TO CONFIRM AN ARBITRAL AWARD |
| | : | |
| Defendants. | | |
| | : | |

-------------------------------------------------------------x

I declare under penalty of perjury under the laws of the United States of America that the attached Exhibit B1 to the Petition to Confirm an Arbitral Award is a is a true and correct copy of the Agreement for the Purchase of Stock of Residuos Industriales Multiquím, S.A. de C.V., pages numbered CGEA0040449 through CGEA0041078.

Dated: New York, New York
January 22, 2008

                                                     s/ Lynn M. Marvin
                                               Lynn M. Marvin, Esq. (LM-2281)
                                               Jones Day
                                               222 East 41st Street
                                               New York, New York 10017-6702
                                               (212) 326-3939