UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Veolia Propreté, formerly known as CGEA Onyx, S.A. and SARP Industries Mexico S.A. de C.V., : 07 CV 5598 (AKH) (GWG)
ECF CASE

                    Plaintiffs, :

                      DECLARATION OF
                      LYNN MARVIN, ESQ.
     -against- : TO EXHIBIT B2 OF THE
                      AMENDED PETITION
Valores Ecológicos S.A. de C.V. and Hector Vargas Garza, : TO CONFIRM AN
ARBITRAL AWARD

                    Defendants. :
                                               :
-------------------------------------------------------------------x

     I declare under penalty of perjury under the laws of the United States of America that the attached Exhibit B2 to the Petition to Confirm an Arbitral Award is a is a true and correct copy of the Agreement for the Purchase of Stock of Residuos Industriales Multiquím, S.A. de C.V., pages numbered CGEA0041079 through CGEA0041424.

Dated:  New York, New York
         January 22, 2008

                                                       s/ Lynn M. Marvin
                                           Lynn M. Marvin, Esq. (LM-2281)
                                           Jones Day
                                           222 East 41st Street
                                           New York, New York 10017-6702
                                           (212) 326-3939