# (TRANSLATION FOR INFORMATION PURPOSES ONLY)

## MINERA LA FE DEL NORTE S.A. DE C.V.
### MINUTE OF THE GENERAL ORDINARY SHAREHOLDERS' MEETING
### OCTOBER 27, 2000

In the City of Monterrey, N.L., corporate domicile of MINERA LA FE DEL NORTE, S.A. DE C.V. being the 9:30 hours of October 27, 2000 the shareholders whose names and signatures appear in the Attendance List prepared and certified by the appointed Tellers whose original is attached to the file of the duplicate of this minute, gathered in order to hold a General Ordinary Shareholders' Meeting to which the aforesaid were duly called. Messrs. ING. HECTOR VARGAS GARZA and C.P. AMEL CIENFUEGOS PECINO, respectively Sole Administrator and Examiner of the Corporation, were also present.

The Meeting was presided by Mr. ING. HÉCTOR VARGAS GARZA, as Sole Administrator of the Corporation , and by the unanimous vote of the shareholders MR. HECTOR VARGAS AGUIRRE was appointed as Secretary, the aforesaid according to the by-laws.

Due to the proposal of the President, by unanimous vote the Meeting appointed MR. C.P. HECTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE as Tellers who accepted those positions and proceeded to verify the corresponding Attendance List, the Registry of Shares, and the Proxies that were shown, certifying that the 1,140 Shares in which the total corporate stock of the Corporation is divided were legally represented and consequently the quorum referred by the By-laws in order to legitimately declare installed a Meeting, distributed as follows:

| SHAREHOLDERS | SHARES | |
|---|---|---|
| | SERIES A FIXED | SERIES B VARIABLE |
| VALORES ECOLOGICOS, S.A. DE C.V. represented by Lic. Héctor Vargas Aguirre | 99 | |
| SERVICIOS ADMINISTRATIVOS ORVA, S.A. DE C.V. represented by Lic. Guillermo Vargas Aguirre | 1 | |
| VALORES ECOLOGICOS, S.A. DE C.V. represented by Lic. Héctor Vargas Aguirre | | 1,040 |

TOTALS

TOTAL CAPITAL STOCK            1,140

As a consequence of the certification of the Tellers regarding the representation of 100% of the shares that form the total subscribed and paid capital stock of the Corporation, the President declared the Meeting legally installed and able to treat and resolve the issues that originated it, even though there was no publication of a previous Call, according to the By-laws.

CGEA0041317

Afterwards, the Secretary read the following:-

## AGENDA:

I.- PRESENTATION OF THE PROPOSAL TO SELL SHARES ISSUED BY THE CORPORATION INMOBILIARIA CONFINAMINA, S.A. DE C.V.

II.- APPOINTMENT OF SPECIAL DELEGATE OR DELEGATES IN ORDER TO FORMALIZE THE ADOPTED RESOLUTIONS, IF APPLICABLE.

I.-Regarding the FIRST POINT contained in the Agenda, the Secretary read a proposal submitted to this Meeting to sell 5 shares issued by the Corporation Inmobiliaria Confinamina, S.A. de C.V. that are owned by Minera la Fe del Norte, S.A. de C.V.

After discussing the aforesaid proposal, the Meeting by unanimous vote adopted the following RESOLUTION:

FIRST: It is hereby approved the sale of the 5 shares issued by the Corporation Inmobiliaria Confinamina, S.A. de C.V. owned by this Corporation, that represent 0.001% of the capital stock of such corporation owned by MINERA LA FE DEL NORTE, S.A. de C.V. in favor of COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. in the terms that may be considered more convenient for the interest of the Corporation.

SECOND. MR. HECTOR VARGAS GARZA is authorized so that in the exercise of the powers and authority that he already has as Sole Administrator of this Corporation he executes and signs the corresponding Purchase and Sale Agreement and all the other legal acts that would be necessary in order to perform the transaction mentioned in the previous RESOLUTION, and the previous acts that for such effect could have been performed are hereby ratified.

II. Regarding the SECOND and last POINT of the Agenda, the Meeting by unanimous vote adopted the following RESOLUTION:

THIRD. Messrs. MR. HECTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE are appointed as SPECIAL DELEGATES of this Meeting so that in a joint or separate form they appear before the Notary public of their choice in order to protocolize the required parts of this Minute and to perform the required procedures in order to file the corresponding Public Deed of the aforesaid protocolization in the Public Registry of Property and Commerce, in case that would be necessary or convenient, formalizing the adopted Resolutions.

Without any other issue to deal with, this Meeting finished after being suspended by the proper time so that the Secretary could draft this Minute in duplicate; following the Secretary read it and it was approved by unanimous vote, and was signed by the President, the Secretary of the Meeting, all the shareholders, and the Examiner.

It is herein set forth that all the representatives of the shareholders were present since the beginning of this Meeting until it finished, as well as in the moment of taking each and every one of the adopted RESOLUTIONS.

A copy of this Minute in simple paper, the Attendance List signed by the Attendants and duly certified by the appointed examiners and the other documents shown in the Meeting are added

CGEA0041318

as attachments of this Minute. The aforesaid forms the file of this Meeting that is kept in the files of the Secretary.

The Meeting was adjourned at the 10:30 hours of the day, month, and year mentioned at the beginning.

| ING. HECTOR VARGAS GARZA | LIC. HECTOR VARGAS AGUIRRE |
|---|---|
| PRESIDENT | SECRETARY |

| VALORES ECOLOGICOS, S.A. DE C.V. | SERVICIOS ADMINISTRATIVOS ORVA, |
|---|---|
| represented by LIC. HECTOR VARGAS | S.A. DE C.V. represented by LIC. |
| AGUIRRE | GUILLERMO VARGAS AGUIRRE |

C.P. AMEL CIENFUEGOS PECINO
EXAMINER

CGEA0041319

## ATTENDANCE LIST

TO THE GENERAL ORDINARY SHAREHOLDERS' MEETING OF MINERA LA FE DEL
NORTE, S.A. DE C.V. THAT TOOK PLANCE AT THE 9:30 HOURS OF OCTOBER 27,
2000 IN MONTERREY, N.L. CORPORATE DOMICILE.

| SHAREHOLDERS | SHARES | | SIGNATURES |
|---|---|---|---|
| | SERIES A FIXED | SERIES B VARIABLE | |
| VALORES ECOLOGICOS, S.A. DE C.V. represented by Lic. Héctor Vargas Aguirre | 99 | | _____ |
| SERVICIOS ADMINISTRATIVOS ORVA, S.A. DE C.V. represented by Lic. Guillermo Vargas Aguirre | 1 | | _____ |
| VALORES ECOLOGICOS, S.A. DE C.V. represented by Lic. Héctor Vargas Aguirre | | 1,040 | _____ |
| TOTALS | | | |
| | 100 | 1,040 | |
| TOTAL CAPITAL STOCK | | 1,140 | |

The undersigned appointed as Tellers in order to verify the Attendance Quorum of this
Meeting, CERTIFY that, after revising the Book of Registry of Shares, the proxies submitted,
and this Attendance List the totality of the 1,140 shares of the Total Capital Stock of MINERA
LA FE DEL NORTE, S.A. DE C.V. that represent the 100% of the subscribed and paid capital
of the Corporation are represented.


_____          _____
LIC. HECTOR VARGAS AGUIRRE          LIC. GUILLERMO VARGAS AGUIRRE
          TELLER                                TELLER

CGEA0041320

**VALORES ECOLOGICOS, S.A. DE C.V.**
**ACTA DE ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS**
**OCTUBRE 20, 2000**

En la ciudad de San Pedro Garza García, N.L., domicilio social de **VALORES ECOLOGICOS, S.A. DE C.V.** siendo las (10:30) horas del día (20) de octubre del (2000) se reunieron en Lázaro Cárdenas 2400 Edificio Losoles Despacho PB-7, los accionistas cuyos nombres y firmas aparecen en la Lista de Asistencia al efecto preparada y certificada por los Escrutadores designados, de la cual el original se agrega al expediente del duplicado de la presente Acta, con el objeto de celebrar una Asamblea General Ordinaria de Accionistas a la cual fueron debidamente citados. Estuvo también presente el señor C.P. RAUL SALINAS GARZA, Comisario de la Sociedad.-

Presidió la Asamblea el Sr. Ing. HECTOR VARGAS GARZA, en su calidad de Administrador Unico de la Sociedad y, por unanimidad de votos de los accionistas se designó como Secretario al Sr. LIC. HECTOR VARGAS AGUIRRE, esto de conformidad con los Estatutos Sociales.-

A propuesta del Presidente, por unanimidad de votos la Asamblea designó como Escrutadores a los señores Lic. HECTOR VARGAS AGUIRRE y Lic. GUILLERMO VARGAS AGUIRRE quienes aceptaron su cargo y procedieron a verificar la correspondiente Lista de Asistencia y el Registro de Acciones, certificando que en la Asamblea de relación se encontraron legalmente representadas las 500 Acciones en que se encuentra dividido el capital social total de la Sociedad y por ende el quórum a que se refieren los Estatutos Sociales para declarar legítimamente instalada la Asamblea, distribuidas de la siguiente manera:

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A |
|---|---|
| ING. HECTOR VARGAS GARZA | 495 |
| LIC. HECTOR VARGAS AGUIRRE | 1 |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 |
| LIC. EDUARDO VARGAS AGUIRRE | 1 |
| .P. JOSE DE JESUS VARGAS AGUIRRE | 1 |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 |
| TOTAL CAPITAL SOCIAL | 500 |

En virtud de la certificación de los Escrutadores respecto de haberse encontrado representado el 100% de las acciones representativas del Capital Social total de la Sociedad, el Presidente declaró legalmente instalada la Asamblea y apta para tratar y resolver los asuntos que la motivan, a pesar de

CGEA0041321

·o haberse publicado Convocatoria previa, de conformidad con lo dispuesto por los Estatutos ʊociales.

Acto seguido, el Secretario dio lectura, a la siguiente:-

### ORDEN DEL DIA:

I.- PRESENTACION DE LA PROPUESTA PARA ADQUIRIR ACCIONES EMITIDAS POR LA SOCIEDAD RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.-

II.- NOMBRAMIENTO DE DELEGADO O DELEGADOS ESPECIALES PARA FORMALIZAR LOS ACUERDOS ADOPTADOS, EN SU CASO.

I.- Con respecto al desahogo del PRIMER PUNTO contenido en la Orden del Día, el Secretario dio lectura a la propuesta presentada a esta Asamblea para adquirir 971 acciones emitidas por la Sociedad Residuos Industriales Multiquim, S. A. de C.V. por considerar una buena adquisición para el portafolio de inversión de la Sociedad y puede redituar ganancias para los accionistas de la Sociedad por considerar a Residuos Industriales Multiquim, S.A. de C.V. una empresa sólida y líder en su ramo.-

Discutida que fue la proposición anterior, la Asamblea por unanimidad de votos tomó el siguiente ACUERDO:

**PRIMERO:** Se autoriza la compra de 971 acciones de la Sociedad Residuos Industriales Multiquim, S.A. de C.V., que representan el 12.1375% del capital social de dicha empresa, en los términos que se consideren más convenientes para la Sociedad, autorizándose asimismo la celebración de los actos jurídicos necesarios para llevar a cabo la transacción mencionada.

II.- Con respecto al desahogo del SEGUNDO y último PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos, tomó el siguiente ACUERDO:

**SEGUNDO:** Se designan a los Señores LIC. HECTOR VARGAS AGUIRRE Y LIC. GUILLERMO VARGAS AGUIRRE como DELEGADOS ESPECIALES de la presente Asamblea, a fin de que en forma conjunta o separada ocurran ante el Notario Público de su elección a protocolizar en lo conducente el Acta que se levante de la presente Asamblea y gestionar la inscripción en el Registro Público de la Propiedad y del Comercio, correspondiente del Testimonio que de dicha protocolización se expida, en caso de así

considerarse necesario o conveniente, formalizando los Acuerdos adoptados.-

No habiendo otro asunto que tratar, se dió por terminada la presente Asamblea que se suspendió por el término prudente para que el Secretario procediera a levantar la presente Acta por duplicado; acto seguido el Secretario dió lectura a la misma, y por unanimidad de votos se aprobó, firmándose por el Presidente y el Secretario de la Asamblea, todos los accionistas y el Comisario.

Se hace constar que todos los accionistas estuvieron presentes desde el inicio de la presente Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los ACUERDOS adoptados.-

Se agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose esta última la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los scrutadores designados y demás documentos presentados en la Asamblea. Todo ello forma el expediente de esta Asamblea que se conserva en el archivo de la Secretaría.-

Se concluyó la Asamblea a las 11:20 horas del día, mes y año al principio señalados.-

_____
ING. HECTOR VARGAS GARZA
PRESIDENTE

_____
LIC. HECTOR VARGAS AGUIRRE
SECRETARIO

_____
P. JOSE DE JESUS VARGAS AGUIRRE

_____
ARQ. ALBERTO VARGAS AGUIRRE

_____
LIC. EDUARDO VARGAS AGUIRRE

_____
LIC. GUILLERMO VARGAS AGUIRRE

_____
C.P. RAUL SALINAS GARZA
COMISARIO

CGEA0041323

## LISTA DE ASISTENCIA

A LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE VALORES ECOLOGICOS. S.A. DE C.V. CELEBRADA A LAS 10:30 HORAS DEL DIA 20 DE OCTUBRE DEL 2000, EN LAZARO CARDENAS 2400 DESPACHO PB-7, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| ING. HECTOR VARGAS GARZA | 495 | |
| LIC. HECTOR VARGAS AGUIRRE | 1 | |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 | |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 | |
| TOTAL CAPITAL SOCIAL | 500 | |

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de relación, HACEMOS CONSTAR que, habiendo revisado el Libro de Registro de Acciones y esta Lista de Asistencia. se encuentran representadas la totalidad de las 500 acciones del Capital Social Total de **VALORES ECOLOGICOS, S.A. DE C.V.**, mismas que representan el 100% del capital social suscrito y pagado de la Sociedad.

LIC. HECTOR VARGAS AGUIRRE
ESCRUTADOR

LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR

CGEA0041324

considerarse ........ sario o conveniente, formalizando los Acuerdos
adoptados.-

Jo habiendo otro asunto que trata...... dió por terminada la presente Asamblea que se suspendió
... el término prudente para que el ...... retario procediera a levantar la presente Acta por duplicado;
...cto seguido el Secretario dió lectu..... ...a misma, y por unanimidad de votos se aprobó, firmándose
...or el Presidente y el Secretario de ...... ...amblea, todos los accionistas y el Comisario.

Se hace constar que todos los ac....... ...istas estuvieron presentes desde el inicio de la presente
Asamblea hasta su total terminación ....l como en el momento de tomarse todos y cada uno de los
ACUERDOS adoptados.-

Se agrega al Apéndice de la prese.... .cta, un ejemplar de la misma en papel simple, adjuntándose
...sta última la Lista de Asistenci..... ...scrita por los Asistentes y debidamente certificada por los
...crutadores designados y demás ...... ...umentos presentados en la Asamblea. Todo ello forma el
expediente de esta Asamblea que s..... ...serva en el archivo de la Secretaría.-

Se concluyó la Asamblea a las 11:3..... ...as del día, mes y año al principio señalados.-


_____          _____
ING. HECTOR VARGAS GARZA                   LIC. HECTOR VARGAS AGUIRRE
        PRESIDENTE                                   SECRETARIO


_____          _____
...P. JOSE DE JESUS VARGAS AG....RRE        ARQ. ALBERTO VARGAS AGUIRRE


_____          _____
LIC.EDUARDO VARGAS AGUIRR.                 LIC. GUILLERMO VARGAS AGUIRRE


_____
.. RAUL SALINAS GARZA
        COMISARIO

NOV.15'2000 11:06 212 571 5965

CGEA0041325

LISTA DE ASISTENCIA

LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE VALORES ECOLOGICOS, S.A.
DE C.V. CELEBRADA A LAS 10:30 HORAS DEL DIA 20 DE OCTUBRE DEL 2000, EN LAZARO
CARDENAS 2400 DESPACHO PB-EN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| ING. HECTOR VARGAS GARZA | 495 | |
| LIC. HECTOR VARGAS AGUIRRE | 1 | |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 | |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 | |
| TOTAL CAPITAL SOCIAL | 500 | |

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de
relación, HACEMOS CONSTAR que habiendo revisado el Libro de Registro de Acciones y esta Lista
de Asistencia, se encuentran representadas la totalidad de las 500 acciones del Capital Social Total
de VALORES ECOLOGICOS, S.A. DE C.V., mismas que representan el 100% del capital social
suscrito y pagado de la Sociedad.-

LIC. HECTOR VARGAS AGUIRRE                          LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR                                                        ESCRUTADOR

NOV.15'2000 11:06 212 574 5965

CGEA0041326

## LISTA DE ASISTENCIA

A LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE VALORES ECOLOGICOS, S.A. DE C.V. CELEBRADA A LAS 10:30 HORAS DEL DIA 20 DE OCTUBRE DEL 2000, EN LAZARO CARDENAS 2400 DESPACHO PB-7, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| ING. HECTOR VARGAS GARZA | 495 | |
| LIC. HECTOR VARGAS AGUIRRE | 1 | |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 | |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 | |
| TOTAL CAPITAL SOCIAL | 500 | |

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de relación, HACEMOS CONSTAR que, habiendo revisado el Libro de Registro de Acciones y esta Lista de Asistencia, se encuentran representadas la totalidad de las 500 acciones del Capital Social Total de VALORES ECOLOGICOS, S.A. DE C.V., mismas que representan el 100% del capital social suscrito y pagado de la Sociedad.

LIC. HECTOR VARGAS AGUIRRE
ESCRUTADOR

LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR

CGEA0041327

considerarse necesario o conveniente, formalizando los Acuerdos adoptados.-

No habiendo otro asunto que tratar, se dió por terminada la presente Asamblea que se suspendió por el término prudente para que el Secretario procediera a levantar la presente Acta por duplicado; acto seguido el Secretario dió lectura a la misma, y por unanimidad de votos se aprobó, firmándose por el Presidente y el Secretario de la Asamblea, todos los accionistas y el Comisario.

Se hace constar que todos los accionistas estuvieron presentes desde el inicio de la presente Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los ACUERDOS adoptados.-

Se agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose a esta última la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los Escrutadores designados y demás documentos presentados en la Asamblea. Todo ello forma el expediente de esta Asamblea que se conserva en el archivo de la Secretaría.-

Se concluyó la Asamblea a las 11:20 horas del día, mes y año al principio señalados.-


_____
ING. HECTOR VARGAS GARZA
PRESIDENTE


_____
LIC. HECTOR VARGAS AGUIRRE
SECRETARIO


_____
C.P. JOSE DE JESUS VARGAS AGUIRRE


_____
ARQ. ALBERTO VARGAS AGUIRRE


_____
LIC. EDUARDO VARGAS AGUIRRE


_____
LIC. GUILLERMO VARGAS AGUIRRE


_____
C.P. RAUL SALINAS GARZA
COMISARIO

CGEA0041328

## (TRANSLATION FOR INFORMATION PURPOSES ONLY)

**VALORES ECOLOGICOS, S.A. DE C.V.**
**MINUTE OF THE GENERAL ORDINARY SHAREHOLDERS' MEETING**
**OCTOBER 20, 2000**

In the City of San Pedro Garza García, N.L., corporate domicile of VALORES ECOLOGICOS, S.A. DE C.V. being the 10:30 hours of October 20, 2000 the shareholders whose names and signatures appear in the Attendance List prepared and certified by the appointed Tellers whose original is attached to the file of the duplicate of this minute, gathered in Lázaro Cárdenas 2400 Edificio Losoles Office PB-7 in order to hold a General Ordinary Shareholders' Meeting to which the aforesaid were duly called. Mr. C.P. RAUL SALINAS GARZA, Examiner of the Corporation was also present.

The Meeting was presided by MR. ING. HÉCTOR VARGAS GARZA, as Sole Administrator of the Corporation, and by the unanimous vote of the shareholders MR. HECTOR VARGAS AGUIRRE was appointed as Secretary, the aforesaid according to the by-laws.

Due to the proposal of the President, by unanimous vote the Meeting appointed Mr. C.P. HÉCTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE were appointed as Tellers who accepted those positions and proceeded to verify the corresponding Attendance List and the Registry of Shares certifying that the 500 Shares in which the total corporate stock of the Corporation is divided were legally represented and consequently the quorum referred by the By-laws in order to legitimately declare installed a Meeting. distributed as follows:

| SHAREHOLDERS | SHARES |
|---|---|
| | SERIES A |
| ING. HECTOR VARGAS GARZA | 495 |
| LIC. HECTOR VARGAS AGUIRRE | 1 |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 |
| LIC. EDUARDO VARGAS AGUIRRE | 1 |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 |
| TOTAL CAPITAL STOCK | 500 |

As a consequence of the certification of the tellers regarding the representation of 100% of the shares that form the total subscribed and paid capital stock of the Corporation, the President declared the meeting legally installed and able to treat and resolve the issues that originated it, even though there was no publication of a previous Call, according to the By-laws.

Afterwards, the Secretary read the following:-

**AGENDA:**

CGEA0041329

I.- PRESENTATION OF THE PROPOSAL TO ACQUIRE SHARES ISSUED BY THE CORPORATION RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

II.- APPOINTMENT OF SPECIAL DELEGATE OR DELEGATES IN ORDER TO FORMALIZE THE ADOPTED RESOLUTIONS, IF APPLICABLE.

I. Regarding the FIRST POINT contained in the Agenda, the Secretary read a proposal submitted to this Meeting for the purchase of 971 shares issued by the Corporation Residuos Industriales Multiquim, S.A. de C.V. since they consider it a good purchase for the Corporation suitable to produce gains for the shareholders of the Corporation since they consider Residuos Industriales Multiquim, S.A. de C.V. a solid company that is a leader on its line of business.

After discussing the aforesaid proposal, the Meeting by unanimous vote adopted the following RESOLUTION:

FIRST: It is hereby approved the purchase of 971 shares of the Corporation Residuos Industriales Multiquim, S.A. de C.V. that represent 12.1375% of the capital stock of such company in the terms that may be more convenient for the interest of the Corporation and the execution of the required legal acts in order to perform the aforementioned transaction are also authorized.

II. Regarding the SECOND and last POINT of the Agenda, the Meeting by unanimous vote, adopted the following RESOLUTION:

SECOND. Messrs. LIC. HECTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE are appointed as SPECIAL DELEGATES of this Meeting so that in a joint or separate form they appear before the Notary public of their choice in order to protocolize the required parts of this Minute and to perform the required procedures in order to file the corresponding Public Deed of the aforesaid protocolization in the Public Registry of Property and Commerce, in case that would be necessary or convenient, formalizing the adopted Resolutions.

Without any other issue to deal with, this Meeting finished after being suspended by the proper time so that the Secretary could draft this Minute in duplicate; following the Secretary read it and it was approved by unanimous vote, and was signed by the President, the Secretary of the Meeting, all the shareholders, and the Examiner.

It is herein set forth that all the shareholders were present since the beginning of this Meeting until it finished, as well as in the moment of taking each and every one of the adopted RESOLUTIONS.

A copy of this Minute in simple paper, the Attendance List signed by the Attendants and duly certified by the appointed examiners and the other documents shown in the Meeting are added as attachments of this Minute. The aforesaid forms the file of this Meeting that is kept in the files of the Secretary.

The Meeting was finished at the 11:20 hours of the day, month, and year mentioned at the beginning.

CGEA0041330

ING. HECTOR VARGAS GARZA
PRESIDENT

C.P. HECTOR VARGAS AGUIRRE
SECRETARY

C.P. JOSE DE JESUS VARGAS AGUIRRE

ARQ. ALBERTO VARGAS AGUIRRE

LIC. EDUARDO VARGAS AGUIRRE

LIC. GUILLERMO VARGAS AGUIRRE

C.P. RAUL SALINAS GARZA
EXAMINER

CGEA0041331

**ATTENDANCE LIST**

TO THE GENERAL ORDINARY SHAREHOLDERS' MEETING OF RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V. THAT TOOK PLANCE AT THE 10:30 HOURS OF OCTOBER 20, 2000 IN LAZARO CARDENAS 2400 OFFICE PB-7, SAN PEDRO GARZA GARCIA, N.L. CORPORATE DOMICILE.

| SHAREHOLDERS | SHARES | SIGNATURES |
|---|---|---|
| | SERIES A | |
| ING. HECTOR VARGAS GARZA | 495 | _____ |
| LIC. HECTOR VARGAS AGUIRRE | 1 | _____ |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | _____ |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | _____ |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 | _____ |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 | _____ |

TOTALS

TOTAL CAPITAL STOCK                    500

The undersigned appointed as Tellers in order to verify the Attendance Quorum of this Meeting, CERTIFY that, after revising the Book of Registry of Shares and this Attendance List the totality of the 500 shares of the Total Capital Stock of VALORES ECOLOGICOS, S.A. DE C.V. that represent the 100% of the subscribed and paid capital of the Corporation, are represented.


LIC. HECTOR VARGAS AGUIRRE          LIC. GUILLERMO VARGAS AGUIRRE
          TELLER                                   TELLER

CGEA0041332

**VALORES ECOLOGICOS, S.A. DE C.V.**
**ACTA DE ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS**
**OCTUBRE 25, 2000**

En la ciudad de San Pedro Garza García, N.L., domicilio social de **VALORES ECOLOGICOS, S.A. DE C.V.** siendo las (15:00) horas del día (25) de octubre del (2000) se reunieron en Lázaro Cárdenas 2400 Edificio Losoles Despacho PB-7, los accionistas cuyos nombres y firmas aparecen en la Lista de Asistencia al efecto preparada y certificada por los Escrutadores designados, de la cual el original se agrega al expediente del duplicado de la presente Acta, con el objeto de celebrar una Asamblea General Ordinaria de Accionistas a la cual fueron debidamente citados. Estuvo también presente el señor C.P. RAUL SALINAS GARZA, Comisario de la Sociedad.-

Presidio la Asamblea el Sr. Ing. HECTOR VARGAS GARZA, en su calidad de Administrador Unico de la Sociedad y por unanimidad de votos de los accionistas se designó como Secretario al Sr. LIC. HECTOR VARGAS AGUIRRE esto de conformidad con los Estatutos Sociales.-

A propuesta del Presidente, por unanimidad de votos la Asamblea designó como Escrutadores a los señores Lic. HECTOR VARGAS AGUIRRE y Lic. GUILLERMO VARGAS AGUIRRE quienes aceptaron su cargo y procedieron a verificar la correspondiente Lista de Asistencia y el Registro de Acciones, certificando que en la Asamblea de relación se encontraron legalmente representadas las 500 Acciones en que se encuentra dividido el capital social total de la Sociedad y por ende el quórum a que se refieren los Estatutos Sociales para declarar legitimamente instalada la Asamblea, distribuidas de la siguiente manera:

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A |
|---|---|
| ING. HECTOR VARGAS GARZA | 495 |
| LIC. HECTOR VARGAS AGUIRRE | 1 |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 |
| LIC. EDUARDO VARGAS AGUIRRE | 1 |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 |
| TOTAL CAPITAL SOCIAL | 500 |

En virtud de la certificación de los Escrutadores respecto de haberse encontrado representado el 100% de las acciones representativas del Capital Social total suscrito y pagado de la Sociedad, el Presidente declaró legalmente instalada la Asamblea y apta para tratar y resolver los asuntos que la

CGEA0041333

~otivan, a pesar de no haberse publicado Convocatoria previa, de conformidad con lo dispuesto por .s Estatutos Sociales.

Acto seguido, el Secretario dio lectura, a la siguiente:-

**ORDEN DEL DIA:**

I.- PRESENTACION DE LA PROPUESTA PARA VENDER ACCIONES EMITIDAS POR LA SOCIEDAD RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.-

II.- PRESENTACION DE LA PROPUESTA PARA VENDER ACCIONES EMITIDAS POR LA SOCIEDAD INMOBILIARIA CONFINAMINA, S.A. DE C.V.-

III.- NOMBRAMIENTO DE DELEGADO O DELEGADOS ESPECIALES PARA FORMALIZAR LOS ACUERDOS ADOPTADOS, EN SU CASO.

I.- Con respecto al desahogo del PRIMER PUNTO contenido en la Orden del Día, el Secretario dio lectura a la propuesta presentada a esta Asamblea para enajenar 2,400 de las 3,200 acciones emitidas por la Sociedad Residuos Industriales Multiquim, S. A. de C.V. propiedad de la Sociedad Valores Ecológicos, S.A. de C.V. por considerar una buena enajenación por parte de la Sociedad, dado que, aunque se vende una parte, se conserva una participación en dicha Sociedad.-

Discutida que fue la proposición anterior, la Asamblea por unanimidad de votos tomaron los siguientes ACUERDOS:

PRIMERO:   Se autoriza la enajenación de 2,400 acciones emitidas por la Sociedad Residuos Industriales Multiquim, S.A. de C.V. propiedad de esta Sociedad, las cuales representan el 30% del capital social de Residuos Industriales Multiquim, S.A. de C.V. a favor de Inmobiliaria Confinamina, S.A. de C.V., en los términos que se consideren más convenientes para la Sociedad.

SEGUNDO:   Se autoriza al Ing. HECTOR VARGAS GARZA para que, en el ejercicio de los poderes y facultades que ya tiene como Administrador Unico de esta Sociedad celebre y firme el Contrato de Compraventa respectivo y todos los demás actos jurídicos que sean necesarios para llevar a cabo la transacción mencionada en el ACUERDO anterior, y se ratifican los actos previos que para ese mismo efecto hubiere realizado.

CGEA0041334

II.- Con respecto al desahogo del SEGUNDO PUNTO contenido en la Orden del Día, el Secretario o lectura a la propuesta presentada a esta Asamblea para enajenar la totalidad de las 3,270,495 acciones emitidas por la Sociedad Inmobiliaria Confinamina, S. A. de C.V. propiedad de VALORES ECOLOGICOS, S.A. de C.V. por considerar una buena enajenación por parte de la Sociedad.-

Discutida que fue la proposición anterior, la Asamblea por unanimidad de votos tomó los siguientes ACUERDOS:

TERCERO:    Se autoriza la enajenación de la totalidad de las 3,270,495 acciones emitidas por la Sociedad Inmobiliaria Confinamina, S.A. de C.V. que representan el 99.999% del capital social de dicha empresa, propiedad de Valores Ecologicos, S.A. de C.V. a favor de SARP INDUSTRIES MEXICO, S.A DE C.V., en los términos que se consideren más convenientes para la Sociedad.

CUARTO:    Se autoriza al Ing. HECTOR VARGAS GARZA para que, en el ejercicio de los poderes y facultades que ya tiene como Administrador Único de esta Sociedad celebre y firme el Contrato de Compraventa respectivo y todos los demás actos jurídicos que sean necesarios para llevar a cabo la transacción mencionada en el ACUERDO que antecede, y se ratifican los actos previos que para ese mismo efecto hubiere realizado.

III.- Con respecto al desahogo del TERCER y último PUNTO contenido en la Orden del Día, la Asamblea por unanimidad de votos, tomó el siguiente ACUERDO:

QUINTO:    Se designan a los Señores LIC. HECTOR VARGAS AGUIRRE Y LIC. GUILLERMO VARGAS AGUIRRE como DELEGADOS ESPECIALES de la presente Asamblea, a fin de que en forma conjunta o separada ocurran ante el Notario Público de su elección a protocolizar en lo conducente el Acta que se levante de la presente Asamblea y gestionar la inscripción en el Registro Público de la Propiedad y del Comercio, correspondiente del Testimonio que de dicha protocolización se expida, en caso de así considerarse necesario o conveniente, formalizando los Acuerdos adoptados.-

No habiendo otro asunto que tratar, se dió por terminada la presente Asamblea que se suspendió por el término prudente para que el Secretario procediera a levantar la presente Acta por duplicado; acto seguido el Secretario dió lectura a la misma, y por unanimidad de votos se aprobó, firmándose por el Presidente y el Secretario de la Asamblea, todos los accionistas y el Comisario, de conformidad con lo dispuesto por los Estatutos Sociales y Artículo 194 de la Ley General de Sociedades Mercantiles.-

CGEA0041335

Se hace constar que todos los accionistas estuvieron presentes desde el inicio de la presente Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los ACUERDOS adoptados.-

Se agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose a esta última la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los Escrutadores designados y demás documentos presentados en la Asamblea. Todo ello forma el expediente de esta Asamblea que se conserva en el archivo de la Secretaria.-

Se concluyó la Asamblea a las  16:00 horas del día, mes y año al principio señalados.-


_____          _____
ING. HECTOR VARGAS GARZA                   LIC. HECTOR VARGAS AGUIRRE
            PRESIDENTE                                      SECRETARIO


_____          _____
C.P. JOSE DE JESUS VARGAS AGUIRRE          ARQ. ALBERTO VARGAS AGUIRRE


_____          _____
LIC.EDUARDO VARGAS AGUIRRE                  LIC. GUILLERMO VARGAS AGUIRRE


                    _____
                    C.P. RAUL SALINAS GARZA
                            COMISARIO


CGEA0041336

## LISTA DE ASISTENCIA

A LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE VALORES ECOLOGICOS, S.A. DE C.V. CELEBRADA A LAS 15:00 HORAS DEL DIA 25 DE OCTUBRE DEL 2000, EN LAZARO CARDENAS 2400 DESPACHO PB-7, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| ING. HECTOR VARGAS GARZA | 495 | |
| 'C. HECTOR VARGAS AGUIRRE | 1 | |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 | |
| IC. GUILLERMO VARGAS AGUIRRE | 1 | |
| TOTAL CAPITAL SOCIAL | 500 | |

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de relación, HACEMOS CONSTAR que, habiendo revisado el Libro de Registro de Acciones y esta Lista de Asistencia. se encuentran representadas la totalidad de las 500 acciones del Capital Social Total de **VALORES ECOLOGICOS, S.A. DE C.V.**, mismas que representan el 100% del capital social suscrito y pagado de la Sociedad.

LIC. HECTOR VARGAS AGUIRRE
ESCRUTADOR

LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR

CGEA0041337

hace constar que todos los accionistas estuvieron presentes desde el inicio de la presente
Asamblea hasta su total terminación, así como en el momento de tomarse todos y cada uno de los
ACUERDOS adoptados.-

Se agrega al Apéndice de la presente Acta, un ejemplar de la misma en papel simple, adjuntándose
a esta última la Lista de Asistencia suscrita por los Asistentes y debidamente certificada por los
escrutadores designados y demás documentos presentados en la Asamblea. Todo ello forma el
expediente de esta Asamblea que se conserva en el archivo de la Secretaría.-

Se concluyó la Asamblea a las 16:00 horas del día, mes y año al principio señalados.-

ING. HECTOR VARGAS GARZA
PRESIDENTE

LIC. HECTOR VARGAS AGUIRRE
SECRETARIO

C.P. JOSE DE JESUS VARGAS AGUIRRE

ARQ. ALBERTO VARGAS AGUIRRE

LIC. EDUARDO VARGAS AGUIRRE

LIC. GUILLERMO VARGAS AGUIRRE

C.P. RAUL SALINAS GARZA
COMISARIO

CGEA0041338

LISTA DE ASISTENCIA

LA ASAMBLEA GENERAL ORDINARIA DE ACCIONISTAS DE VALORES ECOLOGICOS, S.A.
C.V. CELEBRADA A LAS 15:00 HORAS DEL DIA 25 DE OCTUBRE DEL 2000, EN LAZARO
CARDENAS 2400 DESPACHO PB-7, SAN PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ACCIONISTAS | ACCIONES PARTE FIJA SERIE A | FIRMAS |
|---|---|---|
| ING. HECTOR VARGAS GARZA | 495 | |
| HECTOR VARGAS AGUIRRE | 1 | |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | |
| C.P JOSE DE JESUS VARGAS AGUIRRE | 1 | |
| C. GUILLERMO VARGAS AGUIRRE | 1 | |
| TOTAL CAPITAL SOCIAL | 500 | |

Los suscritos designados ESCRUTADORES para verificar el Quórum de Asistencia a la Asamblea de
relación, HACEMOS CONSTAR que, habiendo revisado el Libro de Registro de Acciones y esta Lista
de Asistencia, se encuentran representadas la totalidad de las 500 acciones del Capital Social Total
de VALORES ECOLOGICOS, S.A. DE C.V., mismas que representan el 100% del capital social
suscrito y pagado de la Sociedad.

LIC. HECTOR VARGAS AGUIRRE
ESCRUTADOR

LIC. GUILLERMO VARGAS AGUIRRE
ESCRUTADOR

CGEA0041339

nace constar que todos los acc[...]es estuvieron presentes desde el inicio de la presente
amblea hasta su total terminación, [...] como en el momento de tomarse todos y cada uno de los
CUERDOS adoptados.-

e agrega al Apéndice de la presente [...], un ejemplar de la misma en papel simple, adjuntándose
esta última la Lista de Asistencia [...]rita por los Asistentes y debidamente certificada por los
scrutadores designados y demás d[...]mentos presentados en la Asamblea. Todo ello forma el
xpediente de esta Asamblea que se [...]erva en el archivo de la Secretaría.-

e concluyó la Asamblea a las  15:00 [...]as del día, mes y año al principio señalados.-


ING. HECTOR VARGAS GARZA
PRESIDENTE

LIC. HECTOR VARGAS AGUIRRE
SECRETARIO

C.P. JOSE DE JESUS VARGAS AG[...]RRE

ARQ. ALBERTO VARGAS AGUIRRE

LIC. EDUARDO VARGAS AGUIRR[...]

LIC. GUILLERMO VARGAS AGUIRRE

[...]P. RAUL SALINAS GARZA
COMISARIO

CGEA0041340

...TA DE ASISTENCIA

...LA ASAMBLEA GENERAL ORDIN...A DE ACCIONISTAS DE VALORES ECOLOGICOS, S.A.
...C.V. CELEBRADA A LAS 15:00 ...AS DEL DIA 25 DE OCTUBRE DEL 2000, EN LAZARO
...RDENAS 2400 DESPACHO PB-7, ...N PEDRO GARZA GARCIA, N.L., DOMICILIO SOCIAL.-

| ...CCIONISTAS | ACCIONES PARTE FIJA SERIE A· | FIRMAS |
|---|---|---|
| G. HECTOR VARGAS GARZA | 495 | |
| C. HECTOR VARGAS AGUIRRE | 1 | |
| RO. ALBERTO VARGAS AGUIRRE | 1 | |
| IC. EDUARDO VARGAS AGUIRRE | 1 | |
| ...P. JOSE DE JESUS VARGAS AGU...E | 1 | |
| IC. GUILLERMO VARGAS AGUIRR... | 1 | |
| ...TAL CAPITAL SOCIAL | 500 | |



...os suscritos designados ESCRUTAD...ES para verificar el Quórum de Asistencia a la Asamblea de
...elación, HACEMOS CONSTAR que...endo revisado el Libro de Registro de Acciones y esta Lista
...e Asistencia. se encuentran repres...as la totalidad de las 500 acciones del Capital Social Total
...e VALORES ECOLOGICOS, S.A. ...C.V., mismas que representan el 100% del capital social
...uscrito y pagado de la Sociedad.

...IC. HECTOR VARGAS AGUIRRE                     LIC. GUILLERMO VARGAS AGUIRRE
...ESCRUTADOR                                     ESCRUTADOR

NOV.15'2000 11:07 212 574 5965

CGEA0041341

**VALORES ECOLOGICOS, S.A. DE C.V.**
**MINUTE OF THE GENERAL ORDINARY SHAREHOLDERS' MEETING**
**OCTOBER 25, 2000**

In the City of San Pedro Garza García, N.L., corporate domicile of VALORES ECOLOGICOS, S.A. DE C.V. being the 15:00 hours of October 25, 2000 the shareholders whose names and signatures appear in the Attendance List prepared and certified by the appointed Tellers whose original is attached to the file of the duplicate of this minute, gathered in Lázaro Cárdenas 2400 Edificio Losoles Office PB-7 in order to hold a General Ordinary Shareholders' Meeting to which the aforesaid were duly called. Mr. C.P. RAUL SALINAS GARZA, Examiner of the Corporation was also present.

The Meeting was presided by MR. ING. HÉCTOR VARGAS GARZA, as Sole Administrator of the Corporation, and by the unanimous vote of the shareholders MR. HECTOR VARGAS AGUIRRE was appointed as Secretary, the aforesaid according to the by-laws.

Due to the proposal of the President, by unanimous vote the Meeting appointed MR. C.P. HÉCTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE were appointed as Tellers who accepted those positions and proceeded to verify the corresponding Attendance List and the Registry of Shares that were shown, certifying that the 500 Shares in which the total corporate stock of the Corporation is divided were legally represented and consequently the quorum referred by the By-laws in order to legitimately declare installed a Meeting, distributed as follows:

| SHAREHOLDERS | SHARES |
|---|---|
|  | SERIES A |
| ING. HECTOR VARGAS GARZA | 495 |
| LIC. HECTOR VARGAS AGUIRRE | 1 |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 |
| LIC. EDUARDO VARGAS AGUIRRE | 1 |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 |
| TOTAL CAPITAL STOCK | 500 |

As a consequence of the certification of the teller regarding the representation of 100% of the shares that form the total subscribed and paid capital stock of the Corporation, the President declared the meeting legally installed and able to treat and resolve the issues that originated it, even though there was no publication of a previous Call, according to the By-laws.

Afterwards, the Secretary read the following:-

**AGENDA:**

CGEA0041342

I.- PRESENTATION OF THE PROPOSAL TO SELL SHARES ISSUED BY THE CORPORATION RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

II.- PRESENTATION OF THE PROPOSAL TO SELL SHARES ISSUED BY THE CORPORATION INMOBILIARIA CONFINAMINA, S.A. DE C.V.

III.- APPOINTMENT OF SPECIAL DELEGATE OR DELEGATES IN ORDER TO FORMALIZE THE ADOPTED RESOLUTIONS, IF APPLICABLE.

I. Regarding the FIRST POINT contained in the Agenda, the Secretary read a proposal submitted to this Meeting to sell 2,400 shares of the 3,200 shares issued by the Corporation Residuos Industriales Multiquim, S.A. de C.V. owned by the Corporation Valores Ecológicos, S.A. de C.V. since they consider it a good sale since, even though a part is sold, a participation in that Corporation remains.

After discussing the aforesaid proposal, the Meeting by unanimous vote adopted the following RESOLUTION:

FIRST: It is hereby approved the sale of the 2,400 shares issued by the Corporation Residuos Industriales Multiquim, S.A. de C.V. owned by this Corporation, that represent 30% of the capital stock of Residuos Industriales Multiquim, S.A. de C.V. in favor of Inmobiliaria Confinamina, S.A: de C:V. in the terms that may be more convenient to the interest of the Corporation.

SECOND. Mr Ing. HECTOR VARGAS GARZA is authorized so that in the exercise of the powers and authority that he already has as Sole Administrator of this Corporation he executes and signs the corresponding Purchase and Sale Agreement and all the other legal acts that would be necessary in order to perform the transaction mentioned in the previous RESOLUTION, and the previous acts that for such effect could have been performed are hereby ratified.

II. Regarding the SECOND POINT contained in the Agenda, the Secretary read a proposal submitted to this Meeting to sell 3,270,495 shares issued by the Corporation Inmobiliaria Confinamina, S.A. de C.V. owned by the Corporation Valores Ecológicos, S.A. de C.V. since they consider it a good sale by the Corporation.

After discussing the aforesaid proposal, the Meeting by unanimous vote adopted the following RESOLUTION:

THIRD. It is hereby approved the sale of the totality of the 3,270,495 shares issued by the Corporation Inmobiliaria Confinamina, S.A. de C.V. that represent the 99.999% of the capital stock of such corporation, owned by Valores Ecologicos, S.A. de C.V., in favor of Sarp Industries México, S.A. de C.V. in the terms that may be more convenient to the interest of the Corporation.

FOURTH. Mr. Ing. HECTOR VARGAS GARZA is authorized so that in the exercise of the powers and authority that he already has as Sole Administrator of this Corporation he executes and signs the corresponding Purchase and Sale Agreement and all the other legal acts that would be necessary in order to perform the transaction mentioned in the previous RESOLUTION, and the previous acts that for such effect could have been performed are hereby ratified.

CGEA0041342A

III. Regarding the THIRD and last POINT of the Agenda, the Meeting by unanimous vote, adopted the following RESOLUTION:

THIRD. Messrs. LIC. HECTOR VARGAS AGUIRRE and LIC. GUILLERMO VARGAS AGUIRRE are appointed as SPECIAL DELEGATES of this Meeting so that in a joint or separate form they appear before the Notary public of their choice in order to protocolize the required parts of this Minute and to perform the required procedures in order to file the corresponding Public Deed of the aforesaid protocolization in the Public Registry of Property and Commerce, in case that would be necessary or convenient, formalizing the adopted Resolutions.

Without any other issue to deal with, this Meeting finished after being suspended by the proper time so that the Secretary could draft this Minute in duplicate; following the Secretary read it and it was approved by unanimous vote, and was signed by the President, the Secretary of the Meeting, all the shareholders, and the Examiner according to the By-laws and Article 194 of the General Law of Commercial Corporations.

It is herein set forth that all the shareholders were present since the beginning of this Meeting until it finished, as well as in the moment of taking each and every one of the adopted RESOLUTIONS.

A copy of this Minute in simple paper, the Attendance List signed by the Attendants and duly certified by the appointed examiners and the other documents shown in the Meeting are added as attachments of this Minute. The aforesaid forms the file of this Meeting that is kept in the files of the Secretary.

The Meeting was adjourned at the 16:00 hours of the day, month, and year mentioned at the beginning.

| | |
|---|---|
| ING. HECTOR VARGAS GARZA<br>PRESIDENT | LIC. HECTOR VARGAS AGUIRRE<br>SECRETARY |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | ARQ. ALBERTO VARGAS AGUIRRE |
| LIC. EDUARDO VARGAS AGUIRRE | LIC. GUILLERMO VARGAS AGUIRRE |

C.P. RAUL SALINAS GARZA
EXAMINER

CGEA0041343

## ATTENDANCE LIST

TO THE GENERAL ORDINARY SHAREHOLDERS' MEETING VALORES ECOLOGICOS, S.A. DE C.V. THAT TOOK PLACE AT THE 15:00 HOURS OF OCTOBER 25, 2000 IN LAZARO CARDENAS 2400 OFFICE PB-5, SAN PEDRO GARZA GARCIA, N.L. CORPORATE DOMICILE.

| SHAREHOLDERS | SHARES | SIGNATURES |
|---|---|---|
| | SERIES A | |
| ING. HECTOR VARGAS GARZA | 495 | _____ |
| LIC. HECTOR VARGAS AGUIRRE | 1 | _____ |
| ARQ. ALBERTO VARGAS AGUIRRE | 1 | _____ |
| LIC. EDUARDO VARGAS AGUIRRE | 1 | _____ |
| C.P. JOSE DE JESUS VARGAS AGUIRRE | 1 | _____ |
| LIC. GUILLERMO VARGAS AGUIRRE | 1 | _____ |

TOTALS

TOTAL CAPITAL STOCK          500

The undersigned appointed as Tellers in order to verify the Attendance Quorum of this Meeting, CERTIFY that, after revising the Book of Registry of Shares and this Attendance List the totality of the 500 shares of the Total Capital Stock of VALORES ECOLOGICOS, S.A. DE C.V. that represent the 100% of the subscribed and paid capital of the Corporation are represented.

| LIC. HECTOR VARGAS AGUIRRE | LIC. GUILLERMO VARGAS AGUIRRE |
|---|---|
| TELLER | TELLER |

# INMOBILIARIA CONFINAMINA, S.A. DE C.V.

COPIES (WITH ENGLISH TRANSLATION) OF ENTRIES MADE IN THE STOCK
REGISTRY BOOK AS A RESULT OF CLOSING.

CGEA0041345

ASIENTO No. 4

**FECHA DE REGISTRO:**  14 de NOVIEMBRE del 2000.

**MOTIVO:**  Venta de 3'270,495 acciones de Valores Ecológicos, S.A. de C.V . a favor de SARP INDUSTRIES    MEXICO, S.A. DE C.V..

**ACCIONISTAS:**  Nombre: VALORES ECOLOGICOS, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

Nombre: MINERA LA FE DEL NORTE, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-3, Col. Residencial San Agustín, San Pedro Garza García, N.L.

**ACCIONISTA VENDEDOR:**  Nombre: VALORES ECOLOGICOS, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

**ACCIONISTA COMPRADOR:**  Nombre: SARP INDUSTRIES    MEXICO,S.A DE C.V.
Nacionalidad: Mexicana
Domicilio: Ave. Lázaro Cardenas 2400 PD-6-D Col. Residencial San Agustin, San Pedro Garza Garcia, N.L.

DISTRIBUCION DE ACCIONES QUE SE VENDEN

| TITULO | ACCIONES | SERIE |
|--------|----------|-------|
| 1 | 495 | Serie A |
| 3 | 3'270,000 | Serie B |
| Total de Acciones Vendidas | 3'270,495 | |

INTEGRACION DEL CAPITAL SOCIAL:

Como consecuencia del presente registro, el Capital social de la empresa se encuentra actualmente representado de la siguiente forma:

| | | |
|--|--|--|
| Capital Social Mínimo: | $ | 50,000.00 |
| Capital Social Variable | $327,000,000.00 | |
| Capital Social Total | $327,050,000.00 | |

| SOCIOS | Serie A | ACCIONES Serie B |
|--------|---------|------------------|
| SARP INDUSTRIES    MEXICO, S.A. DE C.V. | 495 | 3'270,000 |
| MINERA LA FE DEL NORTE | 5 | |
| Total de Capital Social | 500 | 3'270,000 |

El Suscrito, Secretario del Consejo de Administración de INMOBILIARIA CONFINAMINA, S.A. DE C.V., hago constar el presente asiento, en la ciudad de San Pedro Garza García, N.L. a los 14 días del NOVIEMBRE del 2000.

ING. ABELARDO RAUL CAVAZOS GARZA
Administración Unico

CGEA0041346

**Entry Number 4**

| | |
|---|---|
| DATE OF THE REGISTRY: | November 14, 2000 |
| PURPOSE: | Sale of 3'270,495 shares of Valores Ecológicos, S.A. de C.V. in favor of SARP INDUSTRIES MEXICO, S.A. DE C.V. |
| SHAREHOLDERS: | Name: VALORES ECOLOGICOS, S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L. |
| | Name: MINERA LA FE DEL NORTE, S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-3, Col. Residencial San Agustín, San Pedro Garza García, N.L. |
| SELLER SHAREHOLDER: | Name: VALORES ECOLOGICOS, S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L. |
| PURCHASER SHAREHOLDER: | Name: SARP INDUSTRIES MEXICO, S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 PD-6-D, Col. Residencial San Agustín, San Pedro Garza García, N.L. |

## DISTRIBUTION OF SHARES THAT ARE SOLD:

| STOCK CERTIFICATE | SHARES | SERIES |
|---|---|---|
| 1 | 495 | A |
| 3 | 3'270,000 | V |

Total number of shares sold: 3'270,495

## INTEGRATION OF THE CAPITAL STOCK:

As a consequence of this entry, the capital stock of the corporation is currently represented as follows:

| | |
|---|---|
| Minimum Capital Stock: | $50,000.00 |
| Variable Portion of the Capital Stock: | $327'000,000.00 |
| Total Capital Stock: | $327'050,000.00 |

| SHAREHOLDERS | SHARES | |
|---|---|---|
| | SERIES A | SERIES B |
| SARP INDUSTRIES MEXICO, S.A. DE C.V. | 495 | 3'270,000 |
| MINERA LA FE DEL NORTE, S.A. DE C.V. | 5 | |

CGEA0041347

| TOTAL CAPITAL STOCK | 500 | 3'270,000 |
|---|---|---|

The undersigned Secretary of the Board of Directors of INMOBILIARIA CONFINAMINA, S.A. DE C.V. certifies this entry in the City of San Pedro Garza García, N.L. on November 14, 2000.

ING. ABELARDO RAUL CAVAZOS GARZA
Sole Administrator

CGEA0041348

## ASIENTO No. 5

**FECHA DE REGISTRO:**  14 de NOVIEMBRE del 2000.

**MOTIVO:** Venta de 5 acciones de Minera La Fe del Norte, S.A. de C.V . a favor de COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES S.A.

**ACCIONISTAS:** Nombre: SARP INDUSTRIES MEXICO, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PD-6-D, Col. Residencial San Agustin, San Pedro Garza Garcia, N.L.

Nombre: MINERA LA FE DEL NORTE, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-3, Col. Residencial San Agustin, San Pedro Garza Garcia, N.L.

**ACCIONISTA VENDEDOR:** Nombre: MINERA LA FE DEL NORTE, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-3, Col. Residencial San Agustin, San Pedro Garza Garcia, N.L.

**ACCIONISTA COMPRADOR:** Nombre: COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES S.A.
Nacionalidad: Francesa
Domicilio: Parc des Fontaines 169 Avenue Georges Clémenceau 92735 Nanterre Cedex, Francia

### DISTRIBUCION DE ACCIONES QUE SE VENDEN

| TITULO | ACCIONES | SERIE |
|--------|----------|-------|
| 2 | 5 | Serie A |

| Total de Acciones Vendidas | 5 |
|-----|-----|

### INTEGRACION DEL CAPITAL SOCIAL:

Como consecuencia del presente registro, el Capital social de la empresa se encuentra actualmente representado de la siguiente forma:

| | | |
|---|---|---|
| Capital Social Mínimo: | $ | 50,000.00 |
| Capital Social Variable | $327,000,000.00 | |
| Capital Social Total | $327'050,000.00 | |

| SOCIOS | ACCIONES Serie A | ACCIONES Serie B |
|--------|------------------|------------------|
| SARP INDUSTRIES   MEXICO, S.A. DE C.V | 499 | 3'270,000 |
| COMPAGNIE    GENERALE    D'ENTREPRISES AUTOMOBILES S.A | 5 | |
| SubTotal de Capital Social | 500 | 3'270,000 |
| Total de Capital Social | | 3'270,500 |

El Suscrito, Secretario del Consejo de Administración de INMOBILIARIA CONFINAMINA, S.A. DE C.V., hago contar el presente asiento, en la Ciudad de San Pedro Garza Garcia, N.L. a los 14 dias del NOVIEMBRE del 2000.

ING. ABELARDO RAUL CAVAZOS GARZA
Administración Unico

CGEA0041349

**Entry Number 5**

| | |
|---|---|
| DATE OF THE REGISTRY: | November 14, 2000 |
| PURPOSE: | Sale of 5 shares of Minera la Fe del Norte. S.A. de C.V. in favor of COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES. S.A. |
| SHAREHOLDERS: | Name: SARP INDUSTRIES MEXICO. S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 PD-6-D. Col. Residencial San Agustín. San Pedro Garza García. N.L. |
| | Name: MINERA LA FE DEL NORTE. S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente. Edificio Losoles PB-3. Col. Residencial San Agustín. San Pedro Garza García. N.L. |
| SELLER SHAREHOLDER: | Name: MINERA LA FE DEL NORTE. S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente. Edificio Losoles PB-3. Col. Residencial San Agustín. San Pedro Garza García. N.L. |
| PURCHASER SHAREHOLDER: | Name: COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES. S.A. |
| | Nationality: French |
| | Domicile: Parc des Fontaines 169 avenue Georges Clémenceau 92735 Nanterre Cedex |

## DISTRIBUTION OF SHARES THAT ARE SOLD:

| STOCK CERTIFICATE | SHARES | SERIES |
|---|---|---|
| 2 | 5 | A |

Total number of shares sold: 5

## INTEGRATION OF THE CAPITAL STOCK:

As a consequence of this entry. the capital stock of the corporation is currently represented as follows:

| | |
|---|---|
| Minimum Capital Stock: | $50.000.00 |
| Variable Portion of the Capital Stock: | $327'000.000.00 |
| Total Capital Stock: | $327'050.000.00 |

| SHAREHOLDERS | SHARES | |
|---|---|---|
| | SERIES A | SERIES B |
| SARP INDUSTRIES MEXICO. S.A. DE C.V. | 495 | 3'270,000 |
| COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES. S.A. | 5 | |

**CGEA0041350**

TOTAL CAPITAL STOCK                    500              3'270.000

The undersigned Secretary of the Board of Directors of INMOBILIARIA CONFINAMINA.
S.A. DE C.V. certifies this entry in the City of San Pedro Garza García. N.L. on November
14. 2000.

ING. ABELARDO RAUL CAVAZOS GARZA
Sole Administrator

CGEA0041353

**RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.**

COPIES (WITH ENGLISH TRANSLATION) OF ENTRIES MADE IN THE STOCK
REGISTRY BOOK AS A RESULT OF CLOSING.

CGEA0041354

*17*

<u>DECIMO SEGUNDO ASIENTO</u>

**FECHA DE REGISTRO:**  26 de Octubre del 2000.

**MOTIVO:**  Venta de 2,400 acciones de Valores Ecológicos, S.A. de C.V. a favor de Inmobiliaria Confianza, S.A. de C.V.

**ACCIONISTAS:**  Nombre: CHEMICAL WASTE MANAGEMENT INC.
Nacionalidad: Norteamericana
Domicilio: Butterfield Road 3003, Oak Brook, Il 60521, E.UA.

Nombre: VALORES ECOLOGICOS, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Locales PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

**ACCIONISTA VENDEDOR:**  Nombre: VALORES ECOLOGICOS, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Locales PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

**ACCIONISTA COMPRADOR:**  Nombre: INMOBILIARIA CONFIANZA, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Locales PB-5, Col. Residencial San Agustín, San Pedro Garza García, N.L.

## DISTRIBUCION DE ACCIONES QUE SE VENDEN

| TITULO | ACCIONES | SERIE |
|--------|----------|-------|
| 14 | 686 | B |
| 16 | 42 | B-V |
| 18 | 1,672 | P |

Total de Acciones Vendidas   2,400

## INTEGRACION DEL CAPITAL SOCIAL:

Como consecuencia del presente registro, el Capital social de la empresa se encuentra actualmente representado de la siguiente forma:

CGEA0041355

Capital Social Variable      $63'417,468.00
Capital Social Total —    ——$63'437,468.00 —

| SOCIOS | Serie B | Serie B-V | Serie P |
|---|---|---|---|
| CHEMICAL WASTE MANAGEMENT INC. | 3,885 | 372 | 3,343 |
| VALORES ECOLOGICOS,S.A DE C.V. | 229 | 14 | 557 |
| INMOBILIARIA CONFINAMINA, S.A DE C.V. | 686 | 42 | 1,672 |
| Sub-Totales. | 2,000 | 428 | 5,572 |

Total de Capital Social                          8,000

El Suscrito, Secretario del Consejo de Administración de RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.; hago constar el presente asiento, en la ciudad de San Pedro Garza García, N.L. a los 26 dias del mes de Octubre del 2000.

LIC. ALEJANDRO MARTIN SANCHEZ FRANCO
Secretario del Consejo de Administración

CGEA0041356

## Entry Number Twelve

| | |
|---|---|
| DATE OF THE REGISTRY: | October 26. 2000 |
| PURPOSE: | Sale of 2.400 shares of Valores Ecológicos. S.A. de C.V. in favor of Inmobiliaria Confinamina. S.A. de C.V. |
| SHAREHOLDERS: | Name: CHEMICAL WASTE MANAGEMENT. INC. |
| | Nationality: American |
| | Domicile: Butterfield Road 3003. Oak Brook. Il 60521. U.S.A. |
| | Name: VALORES ECOLOGICOS. S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente. Edificio Losoles PB-7. Col. Residencial San Agustín. San Pedro Garza García. N.L. |
| SELLER SHAREHOLDER: | Name: VALORES ECOLOGICOS. S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente. Edificio Losoles PB-7. Col. Residencial San Agustín. San Pedro Garza García. N.L. |
| PURCHASER SHAREHOLDER: | Name: INMOBILIARIA CONFINAMINA. S.A. DE C.V. |
| | Nationality: Mexican |
| | Domicile: Av. Lázaro Cárdenas 2400 Poniente. Edificio Losoles PB-5. Col. Residencial San Agustín. San Pedro Garza García. N.L. |

### DISTRIBUTION OF SHARES THAT ARE SOLD:

| STOCK CERTIFICATE | SHARES | SERIES |
|---|---|---|
| 14 | 686 | B |
| 16 | 42 | B-V |
| 18 | 1.672 | P |

Total number of shares sold: 2.400

### INTEGRATION OF THE CAPITAL STOCK:

As a consequence of this entry. the capital stock of the corporation is currently represented as follows:

| | |
|---|---|
| Minimum Capital Stock: | $20,000.00 |
| Variable Portion of the Capital Stock: | $63`417.460.00 |
| Total Capital Stock: | $63`437,460.00 |

| SHAREHOLDERS | SHARES | | |
|---|---|---|---|
| | SERIES B | SERIES B-V | SERIES P |
| CHEMICAL WASTE MANAGEMENT. INC. | 1.085 | 372 | 3.343 |

CGEA0041357

| | | | |
|---|---|---|---|
| INMOBILIARIA CONFINAMINA. S.A. DE C.V. | 686 | 42 | 1,672 |
| VALORES ECOLOGICOS, S.A. DE C.V. | 229 | 14 | 557 |
| TOTALS | 2,000 | 428 | 5,572 |
| TOTAL CAPITAL STOCK | | 8,000 | |

The undersigned Secretary of the Board of Directors of RESIDUOS INDUSTRIALES MULTIQUIM. S.A. DE C.V. certifies this entry in the City of San Pedro Garza García, N.L. on October 26, 2000.

LIC. ALEJANDRO MARTIN SANCHEZ FRANCO
Secretary

CGEA0041358

*19*

## RECIBO TERCERO ASIENTO

**FECHA DE REGISTRO:** 14 de noviembre del 2000.

**MOTIVO:** Venta de 4,800 acciones de Chemical Waste Management Inc. a favor de SARP INDUSTRIES MEXICO, S.A. DE C.V.

**ACCIONISTAS:** Nombre: CHEMICAL WASTE MANAGEMENT INC.
Nacionalidad: Norteamericana
Domicilio: Butterfield Road 3003, Oak Brook, Il 60521, E.UA.

Nombre: VALORES ECOLOGICOS, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

Nombre: INMOBILIARIA CONFIDANCIA, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-5, Col. Residencial San Agustín, San Pedro Garza García, N.L.

**ACCIONISTA VENDEDOR:** Nombre: CHEMICAL WASTE MANAGEMENT Inc.
Nacionalidad: Norteamericana
Domicilio: Butterfield Road 3003, Oak Brook, Il 60521, E.UA.

**ACCIONISTA COMPRADOR:** Nombre: SARP INDUSTRIES MEXICO, S.A. DE C.V.
Nacionalidad: Mexicana
Domicilio: Av. Lázaro Cárdenas 2400 PB-D Col. Residencial San Agustín, San Pedro Garza García, N.L.

### DISTRIBUCION DE ACCIONES QUE SE VENDEN

| TITULO | ACCIONES | SERIE |
|--------|----------|-------|
| 9 | 1,085 | Serie B |
| 8 | 286 | Serie B-V |
| 11 | 84 | Serie B-V |
| 12 | 396 | Serie P |
| 13 | 2,953 | Serie P |
| Total de Acciones Vendidas | 4,800 | |

INTEGRACION DEL CAPITAL SOCIAL:

CGEA0041359

20

Como consecuencia del presente registro, el Capital Social de la
empresa se encuentra actualmente representado de la siguiente forma:

Capital Social Mínimo:    $.    20,000.00
Capital Social Variable    $63'417,460.00
Capital Social Total:-- --  $63'437,460.00

| SOCIOS | ACCIONES | | |
|---|---|---|---|
| | Serie B | Serie B-V | Serie P |
| SARP INDUSTRIES    MEXICO, S.A DE CV: | 1,085 | 372 | 3,343 |
| VALORES ECOLOGICOS,S.A DE C.V. | 229 | 14 | 557 |
| INMOBILIARIA CONFINAMINA, S.A DE C.V. | 686 | 42 | 1,672 |
| Sub-Totales.- | 2,000 | 428 | 5,572 |

Total de Capital Social                           8,899

El Suscrito, Secretario del Consejo de Administración de RESIDUOS
INDUSTRIALES MULTIQUIM, S.A. DE C.V., hago constar el presente asiento,
en la ciudad de San Pedro Garza García, N.L. a los 14 días del mes de
Noviembre del 2000.

L.C. ALEJANDRO AGUSTIN SANCHEZ FRANCO
Secretario del Consejo de Administración

CGEA0041360

**Entry Number Thirteen**

| | |
|---|---|
| DATE OF THE REGISTRY: | November 14, 2000 |
| PURPOSE: | Sale of 4,800 shares of Chemical Waste Management, Inc. in favor of Sarp Industries México, S.A. de C.V. |
| SHAREHOLDERS: | Name: CHEMICAL WASTE MANAGEMENT, INC. |

Nationality: American

Domicile: Butterfield Road 3003, Oak Brook, Il 60521, U.S.A.

Name: VALORES ECOLOGICOS, S.A. DE C.V.

Nationality: Mexican

Domicile: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

Name: INMOBILIARIA CONFINAMINA, S.A. DE C.V.

Nationality: Mexican

Domicile: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-5, Col. Residencial San Agustín, San Pedro Garza García, N.L.

| | |
|---|---|
| SELLER SHAREHOLDER: | Name: CHEMICAL WASTE MANAGEMENT, INC. |

Nationality: Mexican

Domicile: Av. Lázaro Cárdenas 2400 Poniente, Edificio Losoles PB-7, Col. Residencial San Agustín, San Pedro Garza García, N.L.

| | |
|---|---|
| PURCHASER SHAREHOLDER: | Name: SARP INDUSTRIES MEXICO, S.A. DE C.V. |

Nationality: Mexican

Domicile: Av. Lázaro Cárdenas 2400 PD-6-D, Col. Residencial San Agustín, San Pedro Garza García, N.L.

**DISTRIBUTION OF SHARES THAT ARE SOLD:**

| STOCK CERTIFICATE | SHARES | SERIES |
|---|---|---|
| 9 | 1,085 | B |
| 8 | 288 | B-V |
| 11 | 84 | B-V |
| 12 | 390 | P |
| 13 | 2,953 | P |

Total number of shares sold: 4,800

**INTEGRATION OF THE CAPITAL STOCK:**

As a consequence of this entry, the capital stock of the corporation is currently represented as follows:

Minimum Capital Stock:                $20,000.00

Variable Portion of the Capital Stock:          $63'417,460.00

Total Capital Stock:                            $63'437,460.00

| SHAREHOLDERS | SHARES | | |
|---|---|---|---|
| | SERIES B | SERIES B-V | SERIES P |
| SARO INDUSTRIES MEXICO, S.A. DE C.V. | 1.085 | 372 | 3.343 |
| INMOBILIARIA CONFINAMINA, S.A. DE C.V. | 686 | 42 | 1.672 |
| VALORES ECOLOGICOS, S.A. DE C.V. | 229 | 14 | 557 |
| TOTALS | 2.000 | 428 | 5.572 |
| TOTAL CAPITAL STOCK | | 8,000 | |

The undersigned Secretary of the Board of Directors of RESIDUOS INDUSTRIALES
MULTIQUIM, S.A. DE C.V. certifies this entry in the City of San Pedro Garza García, N.L.
on November 14, 2000.


LIC. ALEJANDRO MARTIN SANCHEZ FRANCO
Secretary

CGEA0041362

21

## DECIMO CUARTO ASIENTO

El suscrito, Secretario del Consejo de Administración de la persona moral denominado RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., con fundamento en lo establecido por los Artículos 128 y 129 de la Ley General de Sociedades Mercantiles y la cláusula Décima Quinta de los Estatutos Sociales, hago constar que en la Asamblea General Extraordinaria de Accionistas de esta Sociedad celebrada en esta fecha se acordó lo siguiente:

a). La conversión de las 5,572 acciones preferentes emitidas hasta esta fecha por RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., en 5,572 acciones ordinarias, representativas de la parte variable del capital social de esta Sociedad.

b). El cambio en las Series en las que están distribuidas las acciones representativas del capital social de esta Sociedad y la modificación del número de ... en integran cada Serie

Como consecuencia de lo anterior ... con a partir de esta fecha los Títulos actualmente en circulación y en su sustitución se expidieron los siguientes Títulos en favor de los accionistas y por las cantidades que a continuación se indica:

| TITULO | ACCIONISTA | NACIONALIDAD | DOMICILIO | ACCIONES |
|---|---|---|---|---|
| 1 | SERP INDUSTRIES MEXICO, S.A. DE C.V. | Mexicana | San Pedro Garza García, N.L. | 1,200 acciones Serie "F-I", capital fijo |
| 2 | INMOBILIARIA CONFINAMIA, S.A. DE C.V. | Mexicana | San Pedro Garza García, N.L. | 600 acciones Serie "F-I" capital fijo |
| 3 | VALORES ECOLOGICOS, S.A. DE C.V. | Mexicana | San Pedro Garza García, N.L. | 200 acciones Serie "F-I", capital fijo |
| 4 | SERP INDUSTRIES MEXICO, S.A. DE C.V. | Mexicana | San Pedro Garza García, N.L. | 3,600 acciones Serie "V-I", capital variable |
| 5 | INMOBILIARIA CONFINAMIA, S.A. DE C.V. | Mexicana | San Pedro Garza García, N.L. | 1,000 acciones Serie "V-I", capital variable |
| 6 | VALORES ECOLOGICOS, S.A. DE C.V. | Mexicana | San Pedro Garza García, N.L. | 600 acciones Serie "V-I", capital variable |

Total: 8,989 acciones, ordinarias, nominativas, sin expresión de valor nominal, que representan el capital social total de RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V. por $63,437,468.98, integrado de la siguiente manera:

a). $20,000.00 integran el capital fijo representado 1,800 acciones Serie "F-I" y 200 acciones Serie "F-II"; y

22

b).    $63,417,468.00 integran el capital variable representado por 5,408 acciones Serie "V-I" y 600 acciones Serie "V-II".

San Pedro Garza García, N.L. a 14 de noviembre del 2000

Lic. Luis Santos Theriot
Secretario

CGEA0041364

## FOURTEENTH ENTRY

The undersigned. Secretary of the Board of Directors of the corporation named RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V. based upon Articles 128 and 129 of the General Law of Commercial Corporations and the Fifteenth clause of the Corporate by-laws, herein certifies that the on the General Extraordinary Shareholders' Meeting gathered on this date the following was agreed:

a) The conversion of the 5.572 shares of preferred stock issued up to this date by RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V. into 5.572 ordinary shares, representative of the variable portion of the capital stock of the Corporation.

b) The change in the Series in which the shares that represent the capital stock of this Corporation are distributed and the change to the total number of shares that form each Series.

Based upon the foregoing, the current stock certificates are canceled and in order to substitute them the following stock certificates that represent the type and number of shares referred below are issued in favor of the shareholders:

| Stock Certificate Number: | Shareholder | Nationality | Domicile | Shares |
|---|---|---|---|---|
| 1 | SARP INDUSTRIES MEXICO. S.A. DE C.V. | Mexican | San Pedro Garza García. N.L. | 1.200 shares Series "F-I" fixed portion |
| 2 | INMOBILIARIA CONFINAMINA. S.A. DE C.V. | Mexican | San Pedro Garza García. N.L. | 600 shares Series "F-I" fixed portion |
| 3 | VALORES ECOLOGICOS. S.A. DE C.V. | Mexican | San Pedro Garza García. N.L. | 200 shares Series "F-II" fixed portion |
| 4 | SARP INDUSTRIES MEXICO. S.A. DE C.V. | Mexican | San Pedro Garza García. N.L. | 3.600 shares Series "V-I" variable portion |
| 5 | INMOBILIARIA CONFINAMINA. S.A. DE C.V. | Mexican | San Pedro Garza García. N.L. | 1.800 shares Series "V-I" variable portion |
| 6 | VALORES ECOLOGICOS. S.A. DE C.V. | Mexican | San Pedro Garza García. N.L. | 600 shares Series "V-II" variable portion |

Total: 8.000 ordinary, nominative shares without expression of par value that represent the total capital stock of RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V. for an amount of $63'437,460.00 that is integrated as follows:

a) $20,000.00 form the fixed capital that is represented by 1,800 Series "F-I" shares and 200 Series "F-II" shares; and

b) $63'417,460.00 form the variable portion of the capital stock represented by 5,400 Series "V-I" shares and 600 Series "V-II" shares.

San Pedro Garza García, N.L., November 14, 2000

Lic. Luis Santos Theriot
Secretary

CGEA0041367

# SARP INDUSTRIES MÉXICO, S.A. DE C.V.

## COPIES (WITH ENGLISH TRANSLATION) OF ENTRIES MADE IN THE STOCK REGISTRY BOOK AS A RESULT OF CLOSING.

CGEA0041368

1

El suscrito, Secretario del Consejo de Administración de la sociedad denominada SARP INDUSTRIES MEXICO, S.A. DE C.V., con fundamento en lo establecido por los artículos 128 y 129 de la Ley General de Sociedades Mercantiles, y Noveno de los Estatutos Sociales, doy inicio al presente Libro de Registro de Acciones, haciendo una relación de la forma en que se encuentran distribuidas las 500 (quinientas) acciones ordinarias, nominativas, liberadas, Serie "F", con valor nominal de $100.00 (CIEN PESOS 00/100 M.N.) cada una, las cuales representan el actual capital social total de SARP INDUSTRIES MEXICO, S.A. DE C.V. por la cantidad de $50,000.00 (CINCUENTA MIL PESOS 00/100 M.N.).  En esta relación se incluyen los datos procedentes de los accionistas fundadores de esta Sociedad, quienes suscribieron y pagaron en efectivo las referidas 500 (quinientas) acciones y a quienes se les expidieron en esta fecha y en la forma que a continuación se indica, los Títulos Definitivos representativos de dichas acciones:

| TITULO DEFINI-TIVO No. | ACCIONISTA | NACIONALIDAD | DOMICILIO | ACCIONES |
|---|---|---|---|---|
| 1 | SARP INDUSTRIES, S.A. | Francesa | Route du Hazay, Zone Portuaire de Limay Porcheville 78520 Limay, Francia | 499 acciones Serie "F", de la No. 001 a la No. 499 |
| 2 | COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES, S.A. | Francesa | Parc des Fontaines 169 Avenue Georges Clémenceau 92735 Nanterre Cedex, Francia | 1 (una) acción Serie "F", la No. 500 |

San Pedro Garza García, N.L., a 17 de octubre del 2000

Lic. Luis Santos Theriot
Secretario

CGEA0041369

El suscrito, Secretario del Consejo de Administración de la persona moral denominada SARP INDUSTRIES MEXICO, S.A. DE C.V., con fundamento en lo establecido por los Artículos 128 y 129 de la Ley General de Sociedades Mercantiles y 7ª de los Estatutos Sociales, hago constar la transmisión, por parte de SARP INDUSTRIES, S.A. en favor de SIIO, S.A. de 499 (cuatrocientos noventa y nueve) acciones ordinarias, nominativas, Serie "F", con valor nominal de $100.00 (CIEN PESOS 00/100 M.N.) cada una, representativas de la parte mínima fija del capital social de SARP INDUSTRIES MEXICO, S.A. DE C.V.

Para acreditar lo anterior, se me exhibe el original del Título Accionario No. 1 (uno), que ampara los referidos 499 (cuatrocientas noventa y nueve) acciones, debidamente endosado en favor de SIIO, S.A.

En consecuencia, se procede a lo siguiente:

1. Se cancela la inscripción existente en este Registro, en favor de SARP INDUSTRIES, S.A., de nacionalidad francesa, como titular de 499 (cuatrocientas noventa y nueve) acciones representativas del capital social de SARP INDUSTRIES MEXICO, S.A. DE C.V., amparadas por el Título Accionario No. 1 (uno).

2. Se inscribe a SIIO, S.A., de nacionalidad francesa, con domicilio en Zone Industrielle de Limay Porcheville, Route du Hazoy 78520, Limay, Francia, como titular de 499 (cuatrocientas noventa y nueve) acciones ordinarias, nominativas, Serie "F", con valor nominal de $100.00 (CIEN PESOS 00/100 M.N.) cada una, representativas de la parte mínima fija del capital social de SARP INDUSTRIES MEXICO, S.A. DE C.V., amparadas por el Título Accionario No. 1 (uno), expedido en fecha 17 de octubre del 2000.

San Pedro Garza García, N.L., a 7 de noviembre del 2000

Lic. Luis Santos Theriot
Secretario

CGEA0041370

The undersigned. Secretary of the Board of Directors of the corporation named SARP
INDUSTRIES MEXICO. S.A. DE C.V., based upon the content of articles 128 and 129 of the
General Law of Commercial Corporations. and Ninth·of the Corporate By-laws. begins this
Book of Registry of Shares. making a relation of the form in which the 500 (five hundred)
ordinary. nominative. fully paid. Series "F" shares with a par value of $100.00 (ONE
HUNDRED PESOS AND 00/100 Mexican Currency) each one. which represent the total
capital stock of SARP INDUSTRIES MEXICO. S.A. DE C.V. for the amount of $50,000.00
(FIFTY THOUSAND PESOS AND 00/100 Mexican Currency). This relation includes the
information from the founding shareholders of the Corporation, who subscribed and paid in
cash the aforesaid 500 (five hundred) shares and to whom the Definite Stock Certificates that
represent those shares are issued to them on this date as follows:

| STOCK CERTIFICATE # | SHAREHOLDER | NATIONALITY | DOMICILE | SHARES |
|---|---|---|---|---|
| 1 | SARP INDUSTRIES. S.A. | French | Route du Hazay. Zone Portuaire de Limay Porcheville 78520 Limay. France | 499 Series "F" shares from number 1 to 499 |
| 2 | COMPAGNIE GENERALE D'ENTREPRISES AUTOMOBILES. S.A. | French | Parc des Fontaines 169 Avenue Georges Clémenceau. Nanterre Cedex. France | 1 (one) Series "F" shares. number 500. |

San Pedro Garza García. N.L.. October 17, 2000

Lic. Luis Santos Theriot
Secretary

CGEA0041371

The undersigned, Secretary of the Board of Directors of the corporation named SARP INDUSTRIES MEXICO, S.A. DE C.V., based upon the content of articles 128 and 129 of the General Law of Commercial Corporations and Seventh of the Corporate By-laws, herein certify the transfer, by SARP INDUSTRIES, S.A. in favor of SICO, S.A., of 499 (four hundred ninety nine) ordinary, nominative, Series "F" shares with a par value of $100.00 (ONE HUNDRED PESOS AND 00/100 Mexican currency) each one, representatives of the minimum fixed portion of the capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V.

In order to support the foregoing, the Stock Certificate Number 1 (one), that covers the referred 499 (four hundred ninety nine) shares, duly endorsed in favor of SICO, S.A., is shown to me.

Consequently, the following actions result applicable:

1. The entry of this book in favor of SARP INDUSTRIES, S.A. of French nationality as title holder of 499 (four hundred ninety nine) shares representative of the capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V. supported by the Stock Certificate Number 1 (one) is canceled.

2. The company SICO, S.A. of French nationality and domicile in Zone Industrialle de Limay Porcheville, Route du Hazay 78520, Limay, Francia is registered as title holder of 499 (four hundred ninety nine) ordinary, nominative, Series "F" shares with a par value of $100.00 (ONE HUNDRED PESOS AND 00/100 Mexican currency) each one, representatives of the minimum fixed portion of the capital stock of SARP INDUSTRIES MEXICO, S.A. DE C.V. supported by the Stock Certificate Number 1 (one) issued on October 17, 2000.

San Pedro Garza García, N.L., November 7, 2000


Lic. Luis Santos Theriot
Secretary

CGEA0041372

## INMOBILIARIA CONFINAMINA, S.A. DE C.V.

| No. of Stock Certificate | Name of Owner | No. of Shares |
|---|---|---|
| 1 | Sarp Industries México, S.A. de C.V. | 495 Serie A |
| 2 | Sarp Industries México, S.A. de C.V. | 3.270.000 Serie B |
| 3 | Compagnie Générale D'Entreprises Automobiles, S.A. | 5 Serie A |

CGEA0041373



| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 1 | $49,500.00 M.N. |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA |
|---|---|
| CUATROCIENTAS NOVENTA Y CINCO | SI ☑   NO ☐ |

**NOMBRE DE LA SOCIEDAD**

INMOBILIARIA CONFINAMINA, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

LA COMPRA VENTA, POSESION DE TODO TIPO DE BIENES MUEBLES E INMUEBLES
EL FRACCIONAMIENTO Y TODA CLASE DE CONSTRUCCIONES O RECONSTRUCCIONES

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, N.L. | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| | |
|---|---|
| ESCRITURA No. 5442 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 4 DE AGOSTO 1999 | SECCION DE COMERCIO CON EL No. 2495 |
| CIUDAD MONTERREY, N.L. | A FOJAS SIN FOLIO |
| NOTARIO No. 3 | VOLUMEN 431 |
| LIC. EMILIO CARDENAS ESTRADA | LIBRO 3 SEGUNDO AUXILIAR |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 3,270,500 | $100.00 | $327,050,000.00 M.N. |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| NOMINATIVAS | VALORES ECOLOGICOS, S.A. DE C.V. | |
| NACIONALIDAD | DOMICILIO | |
| MEXICANA | LAZARO CARDENAS 2400 PB-7 SAN PEDRO GARZA GARCIA N.L. | |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que forman el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".

**FECHA DE EMISION** OCTUBRE 25, 2000

| FIRMA | FIRMA |
|---|---|
| NOMBRE ING. ABELARDO CAVAZOS GARZA | NOMBRE |
| CARGO ADMINISTRADOR UNICO | CARGO |

CGEA0041374