

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE SABP
INDUSTRIES MEXICO, S.A. DE C.V. TODOS LOS DERECHOS EN PROPIEDAD DE LAS
ACCIONES QUE AMPARA EL PRESENTE TITULO

NOVIEMBRE 14, 2008

VALORES ECOLOGICOS, S.A. DE C.V.

ING. HECTOR VARGAS GARZA

ADMINISTRADOR UNICO

CGEA0041375



CGEA0041376

CGEA0041377

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 2 | $500.00 M.N. |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| CINCO | SI | ☒ |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**

INMOBILIARIA CONFINAMINA, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

LA COMPRA VENTA, POSESION DE TODO TIPO DE BIENES MUEBLES E INMUEBLES
EL FRACCIONAMIENTO Y TODA CLASE DE CONSTRUCCIONES O RECONSTRUCCIONES

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, N.L. | NOVENTA Y NEUVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| ESCRITURA No. 5442 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| FECHA 4 DE AGOSTO 1999 | SECCION DE COMERCIO CON EL No. 2495 |
| CIUDAD MONTERREY, N.L. | A FOJAS SIN FOLIO |
| NOTARIO No. 3 | VOLUMEN 431 |
| LIC. EMILIO CARDENAS ESTRADA | LIBRO 3 SEGUNDO AUXILIAR |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 3,270,500 | $100.00 | $327,050,000.00 M.N. |

| NOMINATIVAS AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS |
|---|---|
| NOMINATIVAS | MINERA LA FE DEL NORTE, S.A. DE C.V. |

| NACIONALIDAD | DOMICILIO |
|---|---|
| MEXICANA | TIZOC 404-3 COL VALLE DE ANAHUAC, SAN NICOLAS DE DE LOS GARZA, N.L. |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentran representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerara por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".

| FECHA DE EMISION | |
|---|---|
| OCTUBRE 25, 2000 | |

| FIRMA | FIRMA |
|---|---|
| NOMBRE ING. ABELARDO CAVAZOS GARZA | NOMBRE |
| CARGO ADMINISTRADOR UNICO | CARGO |

CGEA0041378

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR COMPAGNIE
GENERALE D'ENTREPRISES AUTOMOBILES, S.A. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

NOVIEMBRE 14, 2000

MINERA LA FE DEL NORTE, S.A. DE C.V.
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041379

NUMERO DEL TITULO | ACCIONES QUE AMPARA
NOMBRE DE LA SOCIEDAD
FIRMA

CGEA0041380



| VEINTIUNO | CATORCE | SIETE |
| VEINTE | TRECE | SEIS |
| DIECINUEVE | DOCE | CINCO |
| DIECIOCHO | ONCE | CUATRO |
| DIECISIETE | DIEZ | TRES |
| DIECISEIS | NUEVE | DOS |
| QUINCE | OCHO | UNO |

CGEA0041381

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 3 | $327,000,000.00 M.N. |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| TRES MILLONES DOSCIENTAS SETENTA MIL | SI | ☒ |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**

INMOBILIARIA CONFINAMINA, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

LA COMPRA VENTA, POSESION DE TODO TIPO DE BIENES MUEBLES E INMUEBLES
EL FRACCIONAMIENTO Y TODA CLASE DE CONSTRUCCIONES O RECONSTRUCCIONES

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, N.L. | NOVENTA Y NUEVE AÑOS |

### DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL

| | |
|---|---|
| ESCRITURA No 5442 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 4 DE AGOSTO 1999 | SECCION DE COMERCIO CON EL No. 2405 |
| CIUDAD MONTERREY, N.L. | A FOJAS SIN FOLIO |
| NOTARIO No. 3 | VOLUMEN 431 |
| LIC EMILIO CARDENAS ESTRADA | LIBRO 3 SEGUNDO AUXILIAR |

### DATOS DEL CAPITAL SOCIAL

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 3,270,500 | $100.00 | $327,050,000.00 M.N. |
| NOMINATIVAS | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS VALORES ECOLOGICOS, S.A. DE C.V. | |
| NACIONALIDAD MEXICANA | DOMICILIO LAZARO CARDENAS 2400 PB-7 SAN PEDRO GARZA GARCIA,N.L. | |

### PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.

VOTO.— Los accionistas podran votar personalmente o por medio de apoderado.

ASAMBLEAS — Las asambleas generales seran ordinarias o extraordinarias: será obligatorio celebrar una asamblea general ordinaria dentro de los 120 dias siguientes a la clausura de cada ejercicio social

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA - "Todo extranjero que en el acto de la Constitucion o en cualquier tiempo ulterior adquiera un interés o participacion social en la Sociedad, se considerara por ese simple hecho como mexicano respecto de una y otra, y se entendera que conviene en no invocar la proteccion de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participacion en beneficio de la Nacion Mexicana"

| FECHA DE EMISION OCTUBRE 25, 2000 | |
|---|---|
| FIRMA | FIRMA |
| NOMBRE ING. ABELARDO CAVAZOS GARZA | NOMBRE |
| CARGO ADMINISTRADOR UNICO | CARGO |

CGEA0041382

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE SARP
INDUSTRIES MEXICO,S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

NOVIEMBRE 14, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZA

ADMINISTRADOR UNICO

CGEA0041383



CGEA0041384

CGEA0041385

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

| No. of Stock Certificate | Name of Owner | Number of Shares |
|---|---|---|
| 1 | Sarp Industries México, S.A. de C.V. | 1.200 Serie F-1 |
| 4 | Sarp Industries México, S.A. de C.V. | 3.600 Serie V-1 |
| 2 | Inmobiliaria Confinamina, S.A. de C.V | 600 Serie F-1 |
| 5 | Inmobiliaria Confinamina, S.A. de C.V | 1.800 Serie V-1 |

CGEA0041386

TITULO ACCIONARIO
NUMERO    1

AMPARA 1200 ACCIONES
Serie "F-I"
Parte Fija

## DE

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
DURACION: 99 AÑOS

Sarp Industries México, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte. Edificio Losoles, Despacho PD6D en San Pedro Garza García, Nuevo León, es titular e 1200 (un mil doscientas) de las 1800 (un mil ochocientas) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "F-I" que representa el 90% de la parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas, Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

Jean-Alain Jullién
Presidente

Pascal Gauthier
Consejero

CGEA0041387

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o mediante resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones íntegramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| **ENDOSO:** | **ENDOSO:** |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041388

**TITULO ACCIONARIO**
**NUMERO    2**

**AMPARA 600 ACCIONES**
**Serie "F-I"**
**Parte Fija**

### DE

### RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.
#### DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
#### DURACION: 99 AÑOS

Inmobiliaria Confinamina, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte, Edificio Losoles, Despacho PB5 en San Pedro Garza García, Nuevo León, es titular de 600 (seiscientas) de las 1800 (un mil ochocientas) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "F-I" que representa el 90% de la parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas, Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

Jean-Alain Jullien
**Presidente**

Pascal Gauthier
**Consejero**

CGEA0041389

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obliga formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o mediante resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas. d) Solamente acciones íntegramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| ENDOSO: | ENDOSO: |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041390

**TITULO ACCIONARIO**
**NUMERO     4**

**AMPARA  3600  ACCIONES**
**Serie "V-I"**
**Parte Variable**

## DE

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

#### DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
#### DURACION: 99 AÑOS

Sarp Industries México, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte. Edificio Losoles, Despacho PD6D en San Pedro Garza García, Nuevo León, es titular 3600 (tres mil seiscientas) de las 6000 (seis mil) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "V-I" que representa el 90% de la parte variable del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

_____
Jean-Alain Jullien
**Presidente**

_____
Pascal Gauthier
**Consejero**

CGEA0041391

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o medí resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones integramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| **ENDOSO:** | **ENDOSO:** |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041392

**TITULO ACCIONARIO**
**NUMERO    5**

**AMPARA 1800 ACCIONES**
**Serie "V-I"**
**Parte Variable**

DE

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

### DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
### DURACION: 99 AÑOS

Inmobiliaria Confinamina, S.A. de C.V., de nacionalidad mexicana, con domicilio en Avenida Lázaro Cárdenas #2400 Pte, Edificio Losoles, Despacho PB5 en San Pedro Garza García, Nuevo León, es titular de 1800 (un mil ochocientas) de las 6000 (seis mil) acciones ordinarias, nominativas, sin expresión de valor nominal que integran la Serie "V-I" que representa el 90% de la parte variable del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas. El capital de la Sociedad es variable.

La Sociedad se constituyó bajo la denominación RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V., mediante Escritura Pública número 3579 (tres mil quinientos setenta y nueve) otorgada el 13 de junio de 1985 ante la fe del Lic. Víctor M. Garza Salinas, Titular de la Notaría Pública Número 67 en Monterrey, Nuevo León, y quedó registrada bajo el Número 456, Folio 235, Volumen 293, Libro No. 3, Segundo Auxiliar Escrituras de Sociedades Mercantiles, Sección de Comercio, en el Registro Público de la Propiedad y del Comercio de la Cd. de Monterrey, Nuevo León con fecha 21 de mayo de 1987.

San Pedro Garza García, Nuevo León, a 14 de Noviembre del 2000.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

Jean-Alain Jullien
**Presidente**

Pascal Gauthier
**Consejero**

CGEA0041393

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como Nacionales respecto a las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Todas las acciones del capital social inclusive cualesquiera acciones preferentes, o con derechos especiales o de voto limitado, serán nominativas sin expresión de valor nominal.

Todas las acciones representativas del capital social mínimo de la Sociedad estarán divididas en Serie "F-I" que representará el 90% del capital mínimo y en "Serie F-II" que representará el 10% del capital mínimo de la sociedad, y las acciones representativas del capital social variable estarán divididas en Serie "V-I" que representarán el 90% del capital variable de la sociedad y en Serie "V-II" que representarán el 10% del capital variable de la sociedad.

Los aumentos y reducciones del capital social quedan sujetos a las siguientes disposiciones: a) Los aumentos y disminuciones del capital mínimo y variable, se efectuarán mediante resolución de una asamblea general extraordinaria de accionistas o mediante resolución unánime adoptada por los accionistas fuera de asamblea y confirmada por escrito. b) No se emitirán nuevas acciones, sino hasta que todas las acciones emitidas con anterioridad hayan sido totalmente pagadas. c) Las acciones autorizadas, pero aún no suscritas y aquellas que hayan sido amortizadas o retiradas, deberán conservarse en la Tesorería de la sociedad. d) Solamente acciones íntegramente pagadas podrán ser amortizadas o retiradas. e) La amortización y retiro de acciones se harán proporcionalmente entre los accionistas, salvo acuerdo en contrario unánime de los accionistas adoptado en Asamblea de Accionistas o mediante resolución unánime de los accionistas tomada fuera de asamblea y confirmada por escrito y respetando el derecho de retiro de los accionistas según lo dispuesto por los Estatutos Sociales.

| | |
|---|---|
| **ENDOSO:** | **ENDOSO:** |
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| _____ | _____ |
| De Nacionalidad_____ | De Nacionalidad_____ |
| Con Domicilio en_____ | Con Domicilio en_____ |
| _____ | _____ |
| Fecha:_____ | Fecha:_____ |
| Firma:_____ | Firma:_____ |

CGEA0041394

## SARP INDUSTRIES MÉXICO, S.A. DE C.V.

| No. of Stock Certificate | Name of Owner | No. of Shares |
|---|---|---|
| 1 | Sico, S.A. | 499 Serie F |
| 2 | Compagnie Générale D´Entreprises, S.A. | 1 Serie F |

CGEA0041395

**TITULO ACCIONARIO**
**NUMERO    1**

**AMPARA 499 ACCIONES**
Serie "F"
Parte Fija

**DE**

**SARP INDUSTRIES MEXICO, S.A. DE C.V.**

DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
DURACION: 99 AÑOS

Sarp Industries, S.A., de nacionalidad francesa, con domicilio en Route du Hazay, Zone Portuaire de Limay Porcheville, 78520 Limay, es titular de 499 (cuatrocientas noventa y nueve) de las 500 (quinientas) acciones ordinarias, nominativas, con valor nominal de $100.00 (Cien Pesos 00/100 M.N.) cada una, que integran la Serie "F" parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas.

El capital de la Sociedad es variable. El capital mínimo fijo es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.) y el máximo es ilimitado. El capital representado por las acciones de la Serie "F" es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.).

La Sociedad se constituyó bajo la denominación SARP INDUSTRIES MEXICO, S.A. DE C.V., mediante Escritura Pública número 8,581 (ocho mil quinientos ochenta y uno), otorgada el 12 de Octubre del 2000 ante la fe del Lic. Carlos Rousseau Garza, Titular de la Notaría Pública Número 74 en Guadalupe, Nuevo León, y quedó registrada bajo el Número 3402, Volumen 1, Libro No. 1, Registro Público de Comercio, Primer Distrito de la Cd. de Monterrey, Nuevo León con fecha 16 de Octubre del 2000.

San Pedro Garza García, Nuevo León, a 17 de Octubre del 2000.
SARP INDUSTRIES MEXICO, S.A. DE C.V.

Jean-Alain Jullien
**Presidente**

Pascal Gauthier
**Consejero**

CGEA0041396

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Todo extranjero que en el acto de la constitución de la Sociedad o en cualquier tiempo posterior, adquiera un interés o participación en la Sociedad, se considerará por ese simple hecho como Mexicano respecto de uno u otra, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la Sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia Sociedad con autoridades mexicanas, obligándose así mismo a no invocar la protección de sus gobiernos bajo la pena, en caso contrario, de perder en beneficio de la Nación Mexicana dicho interés o participación social que hubieren adquirido.

Los certificados provisionales y en su caso, los títulos de las acciones, contendrán los datos a que se refiere el artículo 125 (ciento veinticinco), de la Ley General de Sociedades Mercantiles y la transcripción del artículo 5o. de estos estatutos; éstos deberán ser suscritos por dos consejeros propietarios que al efecto autorice la Asamblea General de Accionistas o el Consejo ,o, en su caso, por el Administrador Único. Llevarán la firma autógrafa o impresa en facsímil de las mencionadas personas a condición, en este último caso, de depositar el original de sus firmas en el Registro Público de Comercio del domicilio de la Sociedad. El Consejo de Administración o, en su caso, el Administrador Único, determinará las denominaciones de los títulos y demás datos convenientes a dichos documentos. A falta de designación por la Asamblea General de Accionistas, los títulos definitivos y los certificados provisionales serán suscritos por el Presidente y el Secretario del Consejo de Administración o, en su caso, por el Administrador Único.

El capital mínimo fijo de la Sociedad podrá ser aumentado o reducido por acuerdo de una Asamblea General Extraordinaria de Accionistas tomado en los términos del Apartado No. 2 (dos) del Artículo 15o. (décimo quinto) de estos Estatutos. La parte variable del capital social podrá ser aumentada o disminuida por acuerdo de una Asamblea General Ordinaria de Accionistas adoptado en los términos establecidos en el Apartado No. 1 del Artículo 15o. (décimo quinto) de estos Estatutos. Las resoluciones de la Asamblea Ordinaria de Accionistas en que se decreten variaciones a la porción variable del capital social no requerirán ser protocolizadas ni inscritas en el Registro Público del Comercio. El capital social no podrá disminuirse por retiro total o parcial de las aportaciones de los accionistas, salvo que así lo autorice la Asamblea Ordinaria de Accionistas. No se autorizará ningún aumento de capital social a menos que las acciones que representen el aumento inmediato anterior hayan sido totalmente suscritas y pagadas.

| ENDOSO: | ENDOSO: |
|---|---|
| Cedo en propiedad todos los derechos que ampara el presente título a: | Cedo en propiedad todos los derechos que ampara el presente título a: |
| SICO, S.A. | |
| De Nacionalidad Francesa | De Nacionalidad |
| Con Domicilio en Zone Industrielle de Limay Porchevilleroute du Hazay – 78520 LIMAY | Con Domicilio en |
| Fecha: 7 Noviembre, 2000 | Fecha: |
| Firma: | Firma: |

CGEA0041397

**TITULO ACCIONARIO**
**NUMERO      2**

**AMPARA 1 ACCION**
**Serie "F"**
**Parte Fija**

## DE

## SARP INDUSTRIES MEXICO, S.A. DE C.V.

### DOMICILIO: SAN PEDRO GARZA GARCIA, NUEVO LEON, MEXICO
### DURACION: 99 AÑOS

Compagnie Générale d'Entreprises Automobiles, S.A., de nacionalidad francesa, con domicilio en Parc des Fontaines 169 avenue Georges Clémenceau 92735 Nanterre Cedex, es titular de 1 (una) de las 500 (quinientas) acciones ordinarias, nominativas, con valor nominal de $100.00 (Cien Pesos 00/100 M.N.) cada una, que integran la Serie "F" parte fija del capital de esta Sociedad a la fecha de emisión de este título. Las acciones que ampara el presente título están totalmente pagadas.

El capital de la Sociedad es variable. El capital mínimo fijo es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.) y el máximo es ilimitado. El capital representado por las acciones de la Serie "F" es de $50,000.00 (Cincuenta Mil Pesos 00/100 M.N.).

La Sociedad se constituyó bajo la denominación SARP INDUSTRIES MEXICO, S.A. DE C.V., mediante Escritura Pública número 8.581 (ocho mil quinientos ochenta y uno), otorgada el 12 de Octubre del 2000 ante la fe del Lic. Carlos Rousseau Garza, Titular de la Notaría Pública Número 74 en Guadalupe, Nuevo León. y quedó registrada bajo el Número 3402, Volumen 1, Libro No. 1, Registro Público de Comercio, Primer Distrito de la Cd. de Monterrey, Nuevo León con fecha 16 de Octubre del 2000.

San Pedro Garza García, Nuevo León, a 17 de Octubre del 2000.
SARP INDUSTRIES MEXICO, S.A. DE C.V.

_____
Jean-Alain Jullien
**Presidente**

_____
Pascal Gauthier
**Consejero**

CGEA0041398

## PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Todo extranjero que en el acto de la constitución de la Sociedad o en cualquier tiempo posterior, adquiera un interés o participación en la Sociedad, se considerará por ese simple hecho como Mexicano respecto de uno u otra, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la Sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia Sociedad con autoridades mexicanas, obligándose así mismo a no invocar la protección de sus gobiernos bajo la pena, en caso contrario, de perder en beneficio de la Nación Mexicana dicho interés o participación social que hubieren adquirido.

Los certificados provisionales y en su caso, los títulos de las acciones, contendrán los datos a que se refiere el artículo 125 (ciento veinticinco), de la Ley General de Sociedades Mercantiles y la transcripción del artículo 5o. de estos estatutos; éstos deberán ser suscritos por dos consejeros propietarios que al efecto autorice la Asamblea General de Accionistas o el Consejo, o, en su caso, por el Administrador Único. Llevarán la firma autógrafa o impresa en facsímil de las mencionadas personas a condición, en este último caso, de depositar el original de sus firmas en el Registro Público de Comercio del domicilio de la Sociedad. El Consejo de Administración o, en su caso, el Administrador Único, determinará las denominaciones de los títulos y demás datos convenientes a dichos documentos. A falta de designación por la Asamblea General de Accionistas, los títulos definitivos y los certificados provisionales serán suscritos por el Presidente y el Secretario del Consejo de Administración o, en su caso, por el Administrador Único.

El capital mínimo fijo de la Sociedad podrá ser aumentado o reducido por acuerdo de una Asamblea General Extraordinaria de Accionistas tomado en los términos del Apartado No. 2 (dos) del Artículo 15o. (décimo quinto) de estos Estatutos. La parte variable del capital social podrá ser aumentada o disminuida por acuerdo de una Asamblea General Ordinaria de Accionistas adoptado en los términos establecidos en el Apartado No. 1 del Artículo 15o. (décimo quinto) de estos Estatutos. Las resoluciones de la Asamblea Ordinaria de Accionistas en que se decreten variaciones a la porción variable del capital social no requerirán ser protocolizadas ni inscritas en el Registro Público del Comercio. El capital social no podrá disminuirse por retiro total o parcial de las aportaciones de los accionistas, salvo que así lo autorice la Asamblea Ordinaria de Accionistas. No se autorizará ningún aumento de capital social a menos que las acciones que representen el aumento inmediato anterior hayan sido totalmente suscritas y pagadas.

### ENDOSO:

Cedo en propiedad todos los derechos que ampara el presente título a:

De Nacionalidad_____

Con Domicilio en_____

Fecha:_____

Firma:_____

### ENDOSO:

Cedo en propiedad todos los derechos que ampara el presente título a:

De Nacionalidad_____

Con Domicilio en_____

Fecha:_____

Firma:_____

CGEA0041399

## RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

The following are a copy of the stock certificates which were endorsed and transfer to Sarp Industries México. S.A. de C.V. by Chemical Waste Management Inc. and to Inmobiliaria Confinamina. S.A. de C.V. by Valores Ecológicos. All these stock certificates were replaced by new ones already issued and delivery (as listed in other schedule). The old certificates include the endorsements which were made at Closing.

| No. of Stock Certificate | Former Owner | Endorsed to: | No. of Shares |
|---|---|---|---|
| 8 | Chemical Waste Management. Inc. | Sarp Industries México. S.A. de C.V. | 288 B-V |
| 9 | Chemical Waste Management. Inc. | Sarp Industries México. S.A. de C.V. | 1.085 B |
| 11 | Chemical Waste Management. Inc. | Sarp Industries México. S.A. de C.V. | 84 B |
| 12 | Chemical Waste Management. Inc. | Sarp Industries México, S.A. de C.V. | 390 P |
| 13 | Chemical Waste Management. Inc. | Sarp Industries México. S.A. de C.V. | 2.953 P |
| 14 | Valores Ecológicos. S.A. de C.V. | Inmobiliaria Confinamina, S.A. de C.V. | 687 B |
| 16 | Valores Ecológicos, S.A. de C.V. | Inmobiliaria Confinamina. S.A. de C.V. | 42 B-V |
| 18 | Valores Ecológicos, S.A. de C.V. | Inmobiliaria Confinamina. S.A. de C.V. | 1.672 P |

CGEA0041400

"RESIDUOS INDUSTRIALES MULTIQUIM", S.A. DE C.V.

TITULO DE ACCIONES No. 8

REPRESENTA:    288 ACCIONES

SERIE: "B-V"

CAPITAL SOCIAL MINIMO:    N$20,000.00 M.N.
CAPITAL SOCIAL VARIABLE: ILIMITADO
DOMICILIO SOCIAL:    GARZA GARCIA, NUEVO LEON
DURACION: 99 años

Este título de acciones se expide a favor de CHEMICAL WASTE
MANAGEMENT, INC., de nacionalidad estadounidense, con domicilio en
3001 Oak Brook, Illinois    60521, Estados Unidos de América, y
representa 288 acciones, comunes, nominativas y liberadas de la
Serie "B-V" sin expresión de valor nominal,  cada una, expedidas
por RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V. se constituyó
mediante escritura pública número 3579, otorgada el 13 de junio de
1985 ante la fe del licenciado Víctor M. Garza Salinas, Notario
Público Número 67, en ejercicio para la ciudad de Monterrey, Estado
de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el
Registro Público de la Propiedad y de Comercio de esta ciudad bajo
el número 456, Libro 235, Volumen 293, del libro número 3, de fecha
21 de mayo de 1987.

PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se
derivan, estarán en todo momento sujetos a los estatutos sociales
que rijan a la sociedad emisora, así como a las leyes aplicables de
la República Mexicana, y a las resoluciones que adopten los órganos
sociales, por lo cual, el tenedor de este certificado sólo podrá
ejercitar los derechos incorporados en el mismo, con estricto apego
a dichos ordenamientos, quedando, por lo tanto, el titular del
presente, obligado en tales términos.

CGEA0041401

Todas las acciones confieren iguales derechos y obligacior a sus tenedores.    Para que los accionistas sean admitidos a cualquier Asamblea de Accionistas, es necesario que los accionistas estén inscritos en el Libro de Registro de Accionistas, que para tal efecto lleva la sociedad.    Los accionistas tendrán derecho de asistir personalmente a las Asambleas, o por medio de representantes, bastando para tal efecto carta poder simple.    La propiedad de las acciones y las transmisiones de las mismas, serán reconocidas por la sociedad, cuando están inscritos en el Libro de Registro de Accionistas.    La sociedad sólo reconocerá como accionista a quien aparezca inscrito como tal en el Libro de Registro de Accionistas.    Los accionistas tendrán el derecho del tanto para adquirir las acciones en venta, bajo los términos y condiciones estipulados en los estatutos sociales.    La sociedad no podrá inscribir ninguna transmisión de acciones en el Libro de Accionistas, hasta que no se haya cumplido con los requisitos establecidos en los estatutos sociales.    Los accionistas tendrán derecho del tanto para suscribir cualquier aumento de capital, en proporción al número de acciones de su propiedad, de conformid' con el Artículo 132 de la Ley General de Sociedad Mercantile. Cualquier accionista o grupo de accionistas que representen cuando menos el 25% del capital social podrán nombrar a un Consejero o Consejero Suplente y al Comisario.

DIECISIETE.- "Todo extranjero, que en el acto de la constitución o en cualquier tiempo ulterior, adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como Mexicano respecto de uno y otra y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana."

Garza García, Nuevo León, a 8 de febrero de 1994

HECTOR VARGAS GARZA
Presidente del Consejo
de Administración.


WE HEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED BY THIS STOCK CERTIFICATES TO SARP INDUSTRIES MEXICO, S.A. DE C.V.

NOVEMBER 14, 2000

CHEMICAL WASTE MANAGEMENT, INC.

MR. JOHN H. SLOCUM
ATTORNEY IN FACTT

CGEA0041402

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

TITULO DE ACCIONES No. 9

REPRESENTA 1,085 ACCIONES
SERIE "B"

| | |
|---|---|
| CAPITAL SOCIAL MINIMO: | N$20,000.00 M.N. |
| CAPITAL SOCIAL VARIABLE: | ILIMITADO |
| DOMICILIO SOCIAL: | GARZA GARCIA, NUEVO LEON |
| DURACION: | 99 AÑOS |
| OBJETO: | MANEJO Y CONTROL DE RESIDUOS SOLIDOS, PELIGROSOS O POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON DICHOS RESIDUOS. |

CHEMICAL WASTE MANAGEMENT, INC., de nacionalidad Estadounidense, con domicilio en Butterfield Road 3003, Oak Brook Illinois, E.U.A., es propietaria de 1,085 acciones comúnes, nominativas y liberadas Serie "B", sin expresión de valor nominal, de la sociedad denominada RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

La Sociedad emisora se constituyó mediante Escritura Pública número 3,579, otorgada el 13 de junio de 1985 ante la fe del Licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y del Comercio de esta ciudad bajo el número 456, folio 235, volumen 293, libro número tres, segundo auxiliar, escrituras de sociedades mercantiles, sección de comercio, de fecha 22 de mayo de 1987. Su capital social mínimo fijo se encuentra representado por 2,000 acciones comúnes, nominativas de la Serie B, sin expresión de valor nominal, su capital variable es ilimitado, mismo que está representado por 288 acciones serie BV, sin expresión de valor nominal.

Mediante Asamblea General Extraordinaria de fecha 3 de enero de 1994, la sociedad resolvió modificar totalmente sus estatutos sociales.

Mediante Asamblea General Ordinaria de fecha 8 de febrero de 1994, la sociedad resolvió aumentar su capital variable.

PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las Leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por lo cual, el tenedor de éste certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando por lo tanto el titular del presente, obligado en tales términos. Con excepción de las acciones preferentes o con derechos especiales o limitados que se emitan, todas las acciones conferirán los mismos derechos y obligaciones. Cada accionista registrado tendrá preferencia para suscribir y adquirir las nuevas acciones que sean emitidas por la sociedad al efectuarse cualquier aumento del capital social en proporción al número de acciones que posea antes del aumento y sin contar, para los efectos de dicha proporción, las acciones poseídas por accionistas que no ejerzan sus derechos de preferencia.

"La enajenación de las acciones amparadas por el presente título o certificado esta sujeta a los términos y condiciones de las disposiciones de la Cláusula Décima de los estatutos de la sociedad."

"La sociedad llevará un Registro de Acciones en que se harán constar todas las emisiones de acciones, así como el nombre, domicilio y nacionalidad de los tenedores de las mismas, y si las acciones han sido total o parcialmente pagadas, las exhibiciones que se hagan y todas las transmisiones de acciones. Este registro será llevado por el Secretario de la sociedad, o cualquier otro funcionario autorizado por una asamblea de accionistas. Toda transmisión de acciones será efectiva respecto de la sociedad, a partir de la fecha en que dicha transmisión haya sido inscrita en el Registro de Acciones de la sociedad."

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena, en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Garza García, Nuevo León a 17 de junio de 1994.

Consejero                                                    Consejero

CGEA0041403

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXX

XXXXXXXXXXXXXXXX

WEHEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED
BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO, S.A. DE C.V.
SAN PEDRO GARZA GARCIA, N.L., A 14 DENOVIEMBRE 2000

CHEMICAL WASTE MANAGEMENT,INC.

MR. JOHN H. SLOCUM
ATTORNEY-IN FACT

CGEA0041404

# RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

## TITULO DE ACCIONES No. 11

### REPRESENTA 84 ACCIONES
### SERIE "B-V"

CAPITAL SOCIAL MINIMO:    N$20,000.00 M.N.
CAPITAL SOCIAL VARIABLE:    ILIMITADO
DOMICILIO SOCIAL:    GARZA GARCIA, NUEVO LEON
DURACION:    99 AÑOS
OBJETO:    MANEJO Y CONTROL DE RESIDUOS SOLIDOS, PELIGROSOS O POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON DICHOS RESIDUOS.

CHEMICAL WASTE MANAGEMENT, INC., de nacionalidad Estadounidense, con domicilio en Butterfield Road 3003, Oak Brook Illinois, E.U.A., es propietaria de 84 acciones comúnes, nominativas y liberadas Serie "B-V" , sin expresión de valor nominal, de la sociedad denominada RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

La Sociedad emisora se constituyó mediante Escritura Pública número 3,579, otorgada el 13 de junio de 1985 ante la fe del Licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y del Comercio de esta ciudad bajo el número 456, folio 235, volumen 293, libro número tres, segundo auxiliar, escrituras de sociedades mercantiles, sección de comercio, de fecha 22 de mayo de 1987. Su capital social mínimo fijo se encuentra representado por 2,000 acciones comúnes, nominativas de la Serie B, sin expresión de valor nominal, su capital variable es ilimitado, mismo que está representado por 428 acciones serie BV, sin expresión de valor nominal.

Mediante Asamblea General Extraordinaria de fecha 3 de enero de 1994, la sociedad resolvió modificar totalmente sus estatutos sociales.

Mediante Asambleas Generales Ordinarias de fecha 8 de febrero de 1994 y 15 de febrero de 1996, la sociedad resolvió aumentar su capital variable.

### PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las Leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por lo cual, el tenedor de éste certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando por lo tanto el titular del presente, obligado en tales términos. Con excepción de las acciones preferentes o con derechos especiales o limitados que se omitan, todas las acciones conferirán los mismos derechos y obligaciones. Cada accionista registrado tendrá preferencia para suscribir y adquirir las nuevas acciones que sean emitidas por la sociedad al efectuarse cualquier aumento del capital social en proporción al número de acciones que posea antes del aumento y sin contar, para los efectos de dicha proporción, las acciones poseídas por accionistas que no ejerzan sus derechos de preferencia.

"La enajenación de las acciones amparadas por el presente título o certificado esta sujeta a los términos y condiciones de las disposiciones de la Cláusula Décima de los estatutos de la sociedad."

"La sociedad llevará un Registro de Acciones en que se harán constar todas las emisiones de acciones, así como el nombre, domicilio y nacionalidad de los tenedores de las mismas, y si las acciones han sido total o parcialmente pagadas, las exhibiciones que se hagan y todas las transmisiones de acciones. Este registro será llevado por el Secretario de la sociedad, o cualquier otro funcionario autorizado por una asamblea de accionistas. Toda transmisión de acciones será efectiva respecto de la sociedad, a partir de la fecha en que dicha transmisión haya sido inscrita en el Registro de Acciones de la sociedad."

CGEA0041405

WE HEREBY ENDORSE,TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES REPRESENTED

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena, en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Garza García, Nuevo León a 16 de febrero de 1996.

Consejero

Consejero

btacc11.rwm

WE HEREBY ENDORSE,TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES

REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO,S.A. DE C.V.

NOVEMBER 14, 2000

chemicalwaste management, inc.

MR. JOHN H. SLOCUM
ATTORNEY IN FACT

CGEA0041406

# RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

## TITULO DE ACCIONES No. 12

### REPRESENTA 390 ACCIONES
### SERIE "P"

CAPITAL SOCIAL MINIMO:      $20,000.00 M.N.
CAPITAL SOCIAL VARIABLE:    ILIMITADO
DOMICILIO SOCIAL:           GARZA GARCIA, NUEVO LEON
DURACION:                   99 AÑOS
OBJETO:                     MANEJO Y CONTROL DE RESIDUOS SOLIDOS, PELIGROSOS O POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON DICHOS RESIDUOS.

CHEMICAL WASTE MANAGEMENT, INC., de nacionalidad Estadounidense, con domicilio en Butterfield Road 3003, Oak Brook Illinois, E.U.A., es propietaria de 390 acciones preferentes de voto limitado, nominativas y liberadas Serie "P", sin expresión de valor nominal, de la sociedad denominada RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

La Sociedad emisora se constituyó mediante Escritura Pública número 3,579, otorgada el 13 de junio de 1985 ante la fe del Licenciado Víctor M. Garza Salinas, Notario Público Número 67, en ejercicio para la ciudad de Monterrey, Estado de Nuevo León, cuyo Primer Testimonio se encuentra inscrito en el Registro Público de la Propiedad y del Comercio de esta ciudad bajo el número 456, folio 235, volumen 293, libro número tres, segundo auxiliar, escrituras de sociedades mercantiles, sección de comercio, de fecha 22 de mayo de 1987. Su capital social mínimo fijo se encuentra representado por 2,000 acciones comúnes, nominativas de la Serie S, sin expresión de valor nominal, su capital variable es ilimitado, mismo que está representado por 428 acciones serie BV y 390 acciones serie "P", sin expresión de valor nominal.

Mediante Asamblea General Extraordinaria de fecha 3 de enero de 1994, la sociedad resolvió modificar totalmente sus estatutos sociales.

Mediante Asambleas Generales Ordinarias de fecha 8 de febrero de 1994, 15 de febrero de 1996 y 15 de febrero de 1997, la sociedad resolvió aumentar su capital variable.

### PRINCIPALES DERECHOS Y OBLIGACIONES DE LOS ACCIONISTAS

Este título de acciones y los derechos que del mismo se derivan, estarán en todo momento sujetos a los estatutos sociales que rijan a la sociedad emisora, así como a las Leyes aplicables de la República Mexicana, y a las resoluciones que adopten los órganos sociales, por lo cual, el tenedor de éste certificado sólo podrá ejercitar los derechos incorporados en el mismo, con estricto apego a dichos ordenamientos, quedando por lo tanto el titular del presente, obligado en tales términos. Con excepción de las acciones preferentes con derechos especiales o limitados que se emitan, todas las acciones conferirán los mismos derechos y obligaciones. Cada accionista registrado tendrá preferencia para suscribir y adquirir las nuevas acciones que sean emitidas por la sociedad al efectuarse cualquier aumento del capital social en proporción al número de acciones que posea antes del aumento y sin contar, para los efectos de dicha proporción, las acciones poseídas por accionistas que no ejerzan sus derechos de preferencia.

"La enajenación de las acciones amparadas por el presente título o certificado esta sujeta a los términos y condiciones de las disposiciones de la Cláusula Décima de los estatutos de la sociedad."

"La sociedad llevará un Registro de Acciones en que se harán constar todas las emisiones de accionas, así como el nombre, domicilio y nacionalidad de los tenedores de las mismas, y si las acciones han sido total o parcialmente pagadas, las exhibiciones que se hagan y todas las transmisiones de acciones. Este registro será llevado por el Secretario de la sociedad, o cualquier otro funcionario autorizado por una asamblea de accionistas. Toda transmisión de acciones será efectiva respecto de la sociedad, a partir de la fecha en que dicha transmisión haya sido inscrita en el Registro de Acciones de la sociedad."

CGEA0041407

Los socios extranjeros actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales respecto de las acciones de dicha sociedad que adquieran o de que sean titulares, así como de los bienes, derechos, concesiones, participaciones o intereses de que sea titular la sociedad, o bien de los derechos y obligaciones que deriven de los contratos en que sea parte la propia sociedad con autoridades mexicanas, y a no invocar, por lo mismo, la protección de sus Gobiernos, bajo la pena, en caso contrario, de perder en beneficio de la Nación las participaciones sociales que hubieren adquirido.

Las acciones preferentes de voto limitado que emita la sociedad se identificarán mediante la serie "P" y las mismas tendrán derecho a un dividendo y a la liquidación preferente en términos del artículo 113 de la Ley General de Sociedades Mercantiles y solamente tendrán derecho de voto en las Asambleas Extraordinarias que se reunan para tratar los asuntos comprendidos en las Fracciones I, II, IV, V, VI y VII del artículo 182 de la Ley General de Sociedades Mercantiles.

Garza García, Nuevo León a 16 de febrero de 1997.

_____                                    _____
        Consejero                                                  Consejero

btacc12.rem

WES HEREBY ENDORSE, TRANSFER, AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES

REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO, S.A. DE C.V.


                    NOVEMBER 14, 2000


            CHEMICAL WASTE MANAGEMENT, INC.


            MR. JOHN H. SLOCUM


            ATTORNEY IN FACT

CGEA0041408

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 13 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA |
|---|---|
| 2,953 SERIE "P" (DOS MIL NOVECIENTOS CINCUENTA Y TRES) | S I ☒    NO ☐ |

**NOMBRE DE LA SOCIEDAD**
RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**
A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS, POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION, TRATAMIENTO, REUSO....

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, NUEVO LEON | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| | |
|---|---|
| ESCRITURA No. 3,576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No. 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No. 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | | $63'507,460.00 |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| | CHEMICAL WASTE MANAGEMENT, INC. | |

| NACIONALIDAD | DOMICILIO |
|---|---|
| ESTADUNIDENSE | 1001 FANNIN ST. SUITE 4000, HOUSTON, TX. |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 130 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentran representadas las acciones que forman el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.– "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana"

CONSEJERO
JOHN H. SLOCUM

| FECHA DE EMISION JULIO 26, 2000 | |
|---|---|
| FIRMA | FIRMA |
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041409

WE HEREBY ENDORSE, TRANSFER AND ASSIGN ALL PROPERTY RIGHTS OF THE SHARES
REPRESENTED BY THIS STOCK CERTIFICATE TO SARP INDUSTRIES MEXICO,S.A. DE C.V.

NOVEMBER 14, 2000

CHEMICAL WASTE MANAGEMENT, INC.

MR) JOHN H. SLOCUM
ATTORNEY IN FACT

CGEA0041410



CGEA0041411

CGEA0041412

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 14 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| 686 SERIE "B" (SEISCIENTOS OCHENTA Y SEIS) | SI | ☒ |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**
RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**
A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS, POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION, TRATAMIENTO, REUSO....

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, NUEVO LEON | NOVENTA Y NUEVE AÑOS |

### DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL

| | |
|---|---|
| ESCRITURA No. 3,576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No. 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

### DATOS DEL CAPITAL SOCIAL

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | — | $63'507,460.00 |

| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS |
|---|---|
| | ING. HECTOR VARGAS GARZA |

| NACIONALIDAD | DOMICILIO |
|---|---|
| MEXICANA | RIO PAPALOAPAN No. 450, COL. MEXICO, MTY., N.L. |

### PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que forman el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aún cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".

CONSEJERO

| FECHA DE EMISION    JULIO 26, 2000 | JOHN H. SLOCUM |
|---|---|
| FIRMA | FIRMA |
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041413

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE
VALORES ECOLOGICOS,S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO



OCTUBRE 20, 2000

ING. HECTOR VARGAS GARZA

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE INMOBILIARIA
CONFINAMINA, S.A. DE C.V.TODOS LOS DERECHOS DE PROPIEDAD DE LAS
ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 25, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZ.
ADMINISTRADOR UNICO

CGEA0041414



CGEA0041415

CGEA0041416

| TITULO NUMERO | VALOR NOMINAL DE ESTE TITULO |
|---|---|
| 16 | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | LIBERADA | |
|---|---|---|
| 42 SERIRE "B-V" (CUARENTA Y DOS) | SI | ⬛ |
| | NO | ☐ |

**NOMBRE DE LA SOCIEDAD**

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**
A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS,
PODENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON
EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION,
~~DOMICILIO SOCIAL~~ REUSO....

| DOMICILIO SOCIAL | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA NUEVO LEON | NOVENTA Y NUEVE AÑOS |

**DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL**

| ESCRITURA No. 3 576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No. 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No. 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

**DATOS DEL CAPITAL SOCIAL**

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | | $63'507,460.00 |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| | ING. HECTOR VARGAS GARZA | |
| NACIONALIDAD | DOMICILIO | |
| MEXICANA | RIO PAPALOAPAN No.450, COL. MEXICO, MTY., N.L. | |

**PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.**

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado.

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social.

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que forman el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de unas y otras, y se entenderá que conviene en no invocar la protección de su Gobierno, bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana"

CONSEJERO
JOHN H. SLOCUM

FECHA DE EMISION JULIO 26, 2000

| FIRMA | FIRMA |
|---|---|
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041417

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE VALORES
ECOLOGICOS, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD DE LAS ACCIONES
QUE AMPARA EL PRESENTE TITULO

OCTUBRE 20, 2000

ING. HECTOR VARGAS GARZA

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE INMOBILIARIA
CONFINAMINA, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD DE LAS ACCIONES
QUE AMPARA EL PRESENTE TITULO

OCTUBRE 25, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041418

| TITULO NUMERO | | VALOR NOMINAL DE ESTE TITULO | |
|---|---|---|---|
| 18 | | | |

| ACCIONES QUE AMPARA ESTE TITULO (EN LETRA) | | LIBERADA | |
|---|---|---|---|
| 1,672 SERIE "P" (MIL SEISCIENTOS SETENTA Y DOS) | | SI ☒ | |
| | | NO ☐ | |

**NOMBRE DE LA SOCIEDAD**

RESIDUOS INDUSTRIALES MULTIQUIM, S.A. DE C.V.

**OBJETO O GIRO DE LA SOCIEDAD**

A) EL MANEJO Y CONTROL DE RESIDUOS SOLIDOS Y LIQUIDOS, PELIGROSOS,
POTENCIALMENTE PELIGROSOS, ASI COMO CUALQUIER ACTIVIDAD RELACIONADA CON
EL ALMACENAMIENTO, RECOLECCION, TRANSPORTACION, IMPORTACION, EXPORTACION,
TRATAMIENTO, REUSO...

| DOMICILIO | DURACION (AÑOS EN LETRA) |
|---|---|
| SAN PEDRO GARZA GARCIA, NUEVO LEON | NOVENTA Y NUEVE AÑOS |

## DATOS DE LA ESCRITURA CONSTITUTIVA O AUMENTOS DE CAPITAL

| ESCRITURA No 3,576 | INSCRITA EN EL REGISTRO PUBLICO DE LA PROPIEDAD |
|---|---|
| FECHA 13 DE JUNIO DE 1985 | SECCION DE COMERCIO CON EL No 456 |
| CIUDAD MONTERREY, NUEVO LEON | A FOJAS 235 |
| NOTARIO No 67 | VOLUMEN 293 |
| LIC. VICTOR M. GARZA SALINAS | LIBRO 3 |

## DATOS DEL CAPITAL SOCIAL

| NUMERO TOTAL DE ACCIONES | VALOR NOMINAL DE CADA ACCION | IMPORTE DEL CAPITAL SOCIAL |
|---|---|---|
| 8,000 (OCHO MIL) | | $63'507,460.00 |
| NOMINATIVAS O AL PORTADOR | NOMBRE DEL ACCIONISTA EN CASO DE SER NOMINATIVAS | |
| | VALORES ECOLOGICOS, S.A. DE C.V. | |
| NACIONALIDAD | DOMICILIO AV. LAZARO CARDENAS 2400 PTE. PB-7 SAN PEDRO | |
| MEXICANA | GARZA GARCIA, NUEVO LEON | |

## PRINCIPALES CLAUSULAS DE LOS ESTATUTOS DE LA SOCIEDAD.

VOTO.— Los accionistas podrán votar personalmente o por medio de apoderado

ASAMBLEAS.— Las asambleas generales serán ordinarias o extraordinarias; será obligatorio celebrar una asamblea general ordinaria dentro de los 120 días siguientes a la clausura de cada ejercicio social

CELEBRACION DE ASAMBLEAS.— Dado el caso de que se encuentren representadas las acciones que formen el Capital Social, podrá celebrarse cualquier asamblea ordinaria o extraordinaria aun cuando no se haya publicado la convocatoria que marca la ley.

CLAUSULA DE EXTRANJERIA.— "Todo extranjero que en el acto de la Constitución o en cualquier tiempo ulterior adquiera un interés o participación social en la Sociedad, se considerará por ese simple hecho como mexicano respecto de una y otra, y se entenderá que conviene en no invocar la protección de su Gobierno bajo la pena, en caso de faltar a su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana".

CONSEJERO _(firma)_

JOHN H. SLOCUM

| FECHA DE EMISION | |
|---|---|
| JULIO 26, 2000 | |

| FIRMA _(firma)_ | FIRMA _(firma)_ |
|---|---|
| NOMBRE ING. HECTOR VARGAS GARZA | NOMBRE LIC. ALEJANDRO MARTIN SANCHEZ F |
| CARGO PTE. DEL CONSEJO DE ADMON. | CARGO SRIO. DEL CONSEJO DE ADMON. |

CGEA0041419

POR MEDIO DEL PRESENTE ENDOSO CEDO Y TRASPASO A FAVOR DE
INMOBILIARIA CONFINAMINA, S.A. DE C.V. TODOS LOS DERECHOS DE PROPIEDAD
DE LAS ACCIONES QUE AMPARA EL PRESENTE TITULO

OCTUBRE 25, 2000

VALORES ECOLOGICOS, S.A. DE C.V.
ING. HECTOR VARGAS GARZA
ADMINISTRADOR UNICO

CGEA0041420



CGEA0041421

CGEA0041422

VEINTIUNO    CATORCE    SIETE

VEINTE    TRECE    SEIS

DIECINUEVE    DOCE    CINCO

DIECIOCHO    ONCE    CUATRO

DIECISIETE    DIEZ    TRES

DIECISEIS    NUEVE    DOS

QUINCE    OCHO    UNO

CGEA0041423

CGEA0041424