UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| Veolia Propreté, formerly known as CGEA Onyx, S.A. and SARP Industries Mexico S.A. de C.V., | : | 07 CV 5598 (AKH) (GWG) ECF Case |
| Plaintiffs, | : | |
| | | DECLARATION OF LYNN MARVIN, ESQ. |
| -against- | : | TO EXHIBITS C THROUGH K OF THE |
| Valores Ecológicos S.A. de C.V. and Hector Vargas Garza, | : | AMENDED PETITION TO CONFIRM AN |
| | : | ARBITRAL AWARD |
| Defendants. | | |
| | : | |

-----------------------------------------------------------------x

I declare under penalty of perjury under the laws of the United States of America that the attached Exhibits C through K to the Petition to Confirm an Arbitral Award are true and correct copies of:

C. Letter from Anne Marie Whitesell (Secretary General ICC) to Edward B. Safran of 5/7/02

D. Letter from T. Barry Kingham to Lucy McGrath (Assistant Counsel ICC) of 6/13/02

E. Letter from Briana Young. to Erica Stein (ICC) of 8/21/02

F. Letter from Rohini Rangachari (Assistant Counsel ICC) to Jan Paulsson *et al.* of 1/7/03

G. Claimants' Amended Request for Arbitration of 1/30/03

H. Letter from T. Barry Kingham to Lawrence W. Newman et al. of 3/14/03.

I. ICC Rules of Arbitration

J. Procedural Order No. 5 of 4/2/03

K. Terms of Reference

- 2 -

Dated: New York, New York
       January 22, 2008

                         /s Lynn M. Marvin
                 Lynn M. Marvin, Esq. (LM-2281)
                 Jones Day
                 222 East 41st Street
                 New York, New York 10017-6702
                 (212) 326-3939