USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Veolia Propreté, formerly known as CGEA
Onyx, S.A. and SARP Industries Mexico S.A.
de C.V.,

                Plaintiffs,

-against-

Valores Ecológicos S.A. de C.V. and Hector
Vargas Garza,

                Defendants.
------------------------------------------------------------x

07 CV 5598 (AKH) (GWG)
ECF CASE

NOTICE OF
DISMISSAL

Petitioners, Veolia Propreté, formerly known as CGEA Onyx, S.A., and SARP Industries Mexico S.A. de C.V., having settled all outstanding claims against Valores Ecológicos S.A. de C.V. and Hector Vargas Garza for payment in connection with the arbitral award that is the subject of the underlying Petition to Confirm, hereby dismiss this action against Valores Ecológicos S.A. de C.V. and Hector Vargas Garza.

As the Defendants have not yet been served, there are no parties upon whom to serve notice of this dismissal.

JONES DAY

Dated: New York, New York
        March 4, 2008

By: _____
Lynn M. Marvin (LM-2281)
222 East 41st Street
New York, New York 10017-6702
(312) 326-3939

Thomas F. Cullen, Jr.
Beth Heifetz
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939

So ordered
5/1/08
[signature]